**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, THE WHITE HOUSE OFFICE, OFFICE OF MANAGEMENT AND BUDGET, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:26-cv-3506 (LLA) |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER [OR PRELIMINARY INJUNCTION] AND § 705 STAY**

Upon consideration of Plaintiff's motion for a temporary restraining order (or preliminary injunction) and § 705 stay, this Court hereby **FINDS** that the Democratic National Committee (DNC) is likely to succeed on the merits of its claims that the White House Office has acted *ultra vires* and the Office of Management and Budget have violated the Administrative Procedure Act by using, authorizing, or obligating public funds to develop and air the five advertisements that have aired since September 26, 2026 with the tag line "Paid for by the U.S. Government" (the Propaganda Ads); that the DNC will suffer irreparable injury absent injunctive relief; and that the balance of the equities and the public interest favor enjoining the White House Office, OMB and DHS from continuing to develop or air the Propaganda Ads and related advertisements using public funds during the pendency of this litigation. Accordingly, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendants White House Office, Office of Management and Budget

(OMB), and U.S. Department of Homeland Security (DHS) are **ENJOINED** from developing and airing the Propaganda Ads or any other substantially similar advertisements; and it is further

**ORDERED** that the White House Office shall take all necessary actions to cease distribution of the Propaganda Ads, including through authorized third parties;

**ORDERED** that OMB's allocation of federal funds for the understood purpose of airing the Propaganda Ads is hereby **STAYED**; and it is further

**ORDERED** that the contract obligating government funds to LMD Agency for the purpose of the propaganda ads is hereby **STAYED**; and it is further

**ORDERED** that all DHS actions to air the Propaganda Ads are hereby **STAYED**; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and it is further

**ORDERED** that Defendants White House Office, OMB, and DHS shall immediately provide a copy of this Order to LMD Agency and LMO Advertising, constituting actual notice under Federal Rule of Civil Procedure 65(d)(2)(C), and that LMD Agency and LMO Advertising, each as a contractor that is in active concert and participation with Defendants pursuant to its September 19, 2026, contract with DHS, is **ENJOINED** from continuing to run the propaganda ads; and it is further

**ORDERED** that Defendants White House Office, OMB, and DHS shall file a status report with the Court by 5 p.m. Eastern Time on ____________, 2026, confirming and describing their compliance with the Court's Order; and it is further

**ORDERED** that this Order shall remain in effect until 14 days from today, subject to an extension by this Court.

**SO ORDERED.**

Dated: October __, 2026

______________________________
**THE HON. LOREN L. ALIKHAN**
**U.S. DISTRICT JUDGE**