**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Democratic National Committee,
430 South Capitol Street SE
Washington, DC 20003;

Plaintiff,

v.

Donald J. Trump, in his official capacity as President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500;

The White House Office
1600 Pennsylvania Avenue NW
Washington, DC 20500;

OFFICE OF MANAGEMENT AND BUDGET
725 17th Street NW
Washington, DC 20502;

and

U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528

**Defendants.**

Civil Action No. 1:26-cv-03506

**DECLARATION OF WEINESHET M. LINDHOLM IN SUPPORT OF THE DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Weineshet M. Lindholm, hereby declare and certify to the best of my knowledge and belief the following:

1. I am a paralegal at the Democratic National Committee (DNC).
2. I am over the age of eighteen and competent to make this declaration. I have personal knowledge of the facts set forth herein.
3. I am familiar with the facts and circumstances of the subject matter of this lawsuit and submit this Declaration in support of the Democratic National Committee's ("DNC") Motion for a Temporary Restraining Order (or Preliminary Injunction) and § 705 Stay.

**A. "2024 Campaign Ad"**

4. Attached here as Exhibit 1 is a link to a true and correct copy of a Trump campaign ad posted on January 12, 2024, to then Presidential candidate Donald J. Trump's personal Truth Social account, available at (https://truthsocial.com/@realDonaldTrump/111744538940058802) (the "2024 Campaign Ad"). The advertisement features a black-and-white video of President Trump walking down a hallway. During the video he states: "This is the final battle. With you at my side, we will demolish the Deep State. We will expel the war mongers from our government. We will drive out the globalists; we will cast out the communists, Marxists, and fascists. We will throw off the sick political class that hates our country. We will route the fake news media, and we will liberate America from these villains once and for all." The ad concludes with a graphic stating "Join President Trump's Fight for America" followed by a 2024 campaign logo.

**B. "The Country He Loves" (the "Love Me Ad")**

5. Attached here as Exhibit 2 is a link to a true and correct copy of the television broadcast version of the "The Country He Loves" ( the "Love Me Ad"), as it aired on or about September 23, 2026, available at

[https://platform.adimpact.com/viewer/74bb6ac3-dbfc-4161-b290-94c2ef199c3b (AdImpact)]. The Love Me Ad was the first of the advertisements to air on television. It flips rapidly through pictures and videos of President Trump over audio of him stating "Together we will defeat communism, socialism, and Marxism in America. America will never be a communist country." Throughout the ad, the song "Love Me" by JMSN plays. The ad displays partisan statements including "largest tax cuts in history," "reigniting American manufacturing," and "defend law and order and police." The Love Me Ad also displays clips of Ultimate Fighting Champion CEO Dana White, and a voiceover stating that President Trump is "the toughest, most resilient person that I've ever met, and nothing was going to stop him from fighting so hard for the country he loves." The Love Me Ad ends with a disclosure that it was "Paid for by the U.S. Government."

6. Attached here as Exhibit 3 is a link to a true and correct copy of the video "The Country He Loves," posted on September 11, 2026, to the official White House YouTube channel, available at [https://youtu.be/kB2tJV8bMnU?si=zw3Du8tw1O6ixZrr]. This video is the Love Me Ad in full, without the "Paid for by the U.S. Government" notice.

7. Attached here as Exhibit 4 is a link to a a true and correct copy of a @realdonaldtrump Instagram Post, dated September 9, 2026, available at [https://www.instagram.com/reel/DdFRX3pOo3U/?xtok=MXgwOHFucGQ1Njd4eA%3D%3D]. This video is the same as the Love Me Ad, but excludes the portion including the clips of and statement from Dana White.

**C. "Don't Play Games" (the "Maduro Ad")**

8. Attached here as Exhibit 5 is a link to a true and correct copy of the television broadcast version of the Maduro Ad, as it aired on or about September 28, 2026, available at

[https://ispot.tv/a/SIhz (iSpot.tv)]. The Maduro Ad has been aired in multiple versions, from 30 seconds to 60 seconds long. The Maduro Ad begins with Venezuelan President Nicolás Maduro giving a speech that he is waiting for President Trump to come get him. Maduro's statement is then interrupted by statements from Chairman of the Joint Chiefs of Staff General Dan Caine about the U.S.' military action in Caracas, Venezuela, while apparent clips of the raid to abduct President Maduro are displayed. The Maduro Ad focuses on the military capture of Venezuelan President Nicolás Maduro. The Maduro Ad ends with a clip of Secretary of State Marco Rubio flattering President Trump, and concludes with a clip of Secretary of State Marco Rubio saying "don't play games while this President is in office". This statement is followed by a disclosure that it was "Paid for by the U.S. Government."

9. Attached here as Exhibit 6 is a link to a true and correct copy of a post containing the Maduro Ad on the official White House X account on September 25, 2026, available at [https://x.com/whitehouse/status/2103661173497266315?s=46&t=Pe1LIJEvUFJouBSvwF2Q6A]. This is the same as the Maduro Ad except it does not include the "Paid for by the U.S. Government" disclosure.

**D. "The Final Battle" (the "Final Battle Ad")**

10. Attached here as Exhibit 7 is a link to a true and correct copy of the television broadcast version of the Final Battle Ad, as it aired on or about September 27, 2026, available at [https://www.ispot.tv/ad/SIF4/white-house-the-final-battle (iSpot.tv)]. It shows black-and-white video of President Trump walking down a hallway while he narrates, "This is the final battle. With you at my side, we will demolish the Deep State. We will expel the war mongers from our government. We will drive out the globalists; we will

cast out the communists, Marxists, and fascists. We will throw off the sick political class that hates our country. We will rout the fake news media, and we will liberate America from these villains once and for all." Apart from the closing graphics, it is nearly identical to the 2024 Campaign Ad in Exhibit 1, and it ends with the disclosure "Paid for by the U.S. Government."

**E. "Never Before" (the "Mount Rushmore Ad")**

11. Attached here as Exhibit 8 is a link to a true and correct copy of the television broadcast version of the Mount Rushmore Ad, as it aired on or approximately September 27, 2026, available at [https://www.ispot.tv/ad/SIrT/white-house-never-before (iSpot.tv)]. The ad shows clips of President Trump delivering a speech on July 3, 2026 in front of Mount Rushmore. Crowds of people watching are shown, including an individual holding President Trump's political campaign flag. The ad ends with a disclosure that it was "Paid for by the U.S. Government."

12. Attached here as Exhibit 9 is a link to a true and correct copy of the video posted on September 9, 2026, to the official White House YouTube channel, available at [https://youtu.be/wzR-9ek2unA?si=qqU5FZxx6RBezG2P]. It is the same video as the Mount Rushmore Ad, without the "Paid for by the U.S. Government" disclosure.

**F. "American Military Power" (the "American Military Power Ad")**

13. Attached here as Exhibit 10 is a link to a true and correct copy of the television broadcast version of the American Military Power Ad, as it aired on or about September 29, 2026, available at [https://www.ispot.tv/ad/SoLi/white-house-operation-epic-fury (iSpot.tv)]. The ad opens with President Trump's authorization of Operation Epic Fury in Iran and shows him wearing a "Make America Great Again" campaign baseball cap. The ad

shows clips of American aircraft and watercraft engaging in military action. During the ad, President Trump states "this regime will soon learn that no one should challenge the strength and might of the United States armed forces." The ad includes statements from Secretary of Defense Pete Hegseth stating: "He reminded the world, as he has time and time again, being an American means something unbreakable." "If you kill Americans, if you threaten Americans anywhere on Earth, we will hunt you down without apology and without hesitation, and we will kill you." "We didn't start this war, but under President Trump we are finishing it."

14. Attached here as Exhibit 11 is a link to a true and correct copy of the video posted on September 11, 2026, to the official White House YouTube channel, available at [https://www.youtube.com/watch?v=SviB6yBIBkc]. It is the same video as the American Military Power Ad, without the "Paid for by the U.S. Government" disclosure.

**H. The White House's "Public Service Announcement" and President Trump's Response**

15. Attached here as Exhibit 12 is a true and correct copy of the White House press release, *Presidential Public Service Announcements Are Nothing New*, published on the White House website on September 25, 2026, available at." (https://www.whitehouse.gov/releases/2026/09/presidential-public-service-announcements-are-nothing-new/).

16. Attached here as Exhibit 13 is a true and correct copy of a post on President Trump's personal Truth Social account, published on October 5, 2026, available at [https://truthsocial.com/@realDonaldTrump/posts/117390649505706640]

**I. Financial, Expenditure & Contract Documentation**

17. Attached as Exhibit 14 is a true and correct copy of MAGA Inc. Independent Expenditures recorded on October 8, 2026 from the Federal Election Commission (https://www.fec.gov/data/independent-expenditures/?data_type=processed&most_recent=true&q_spender=MAGA+Inc.&is_notice=true).

18. Attached here as Exhibit 15 is a true and correct copy of official government financial records, consisting of an Office of Management and Budget (OMB) apportionment for the Department of Homeland Security reimbursement records detailing Customs and Border Protection expenditures and allocations designated for commemorative activities dated, September 19, 2026 (https://openomb.org/file/11559134).

19. Attached here as Exhibit 16 is a true and correct copy of an official federal contract award record retrieved from [https://sam.gov/workspace/contract/award/view/70B06C26F00001137?agencyID=7014&modNumber=0&transactionNumber=0&refIdvPiid=70Z02323ACGRC0001&idvAgencyID=7008&contractType=AWARD], documenting a binding procurement agreement between the media company, Lempugh Inc., and the U.S. Customs and Border Protection (CBP) dated, September 20, 2026.

20. Attached here is Exhibit 17 which is a true and correct copy of the Trump Administration's contract with LMD Agency, Inc., a marketing agency, to carry out a "National Media Campaign", dated September 20, 2026 for the the subsequent year, [https://www.usaspending.gov/award/CONT_AWD_70B06C26F00001137_7014_70Z02323ACGRC0001_7008]. The Trump Administration awarded LMD Agency, Inc. a $20 million contract to air the propaganda ads in the remaining weeks before the November

2026 elections. The funds were awarded by CBP's "mission support contracting division" and passed through the CBP Office of Public Affairs.

## J. Government Publication

21. Attached here as Exhibit 18 is a true and correct copy of excerpts from Chapter 3 of the Government Accountability Office's *Principles of Federal Appropriations Law* (4th Edition, 2017, pages 278–305) [https://www.gao.gov/assets/2019-11/687162.pdf].

22. Attached as Exhibit 19 is a true and correct copy of relevant excerpts from Chapter 6 of the Government Accountability Office's *Principles of Federal Appropriations Law* (3rd Edition, 2006, pages 34–38), detailing the legal framework, requirements, and prohibitions associated with the Antideficiency Act [https://www.gao.gov/assets/gao-06-382sp.pdf].

## K. Public Reporting and Ad Airings

23. Attached here as Exhibit 20 is a true and correct copy of the news article titled *Scoop: Trump's hand-picked, taxpayer-funded ads about to ramp up*, published by Axios, [https://www.axios.com/2026/09/29/trump-ads-taxpayer-funds], on September 29, 2026 that I have reviewed. The article details how President Trump is personally selecting and directing government-funded promotional television advertisements.

24. Attached here as Exhibit 21 is a true and correct copy of the news article titled *Trump tells voters ahead of midterms: 'Pretend I'm on the ballot'*, published by The Hill, [https://thehill.com/homenews/administration/6055367-trump-midterm-republican-voters-pretend-ballot/], that I have reviewed on September 10, 2026. The article reports on President Trump urging voters and Republican supporters to cast their ballots in the upcoming midterms as if he himself were directly on the ballot.

25. Attached here as Exhibit 22 is a true and correct copy of the article titled "'*God Made Trump' Ad and at Least 12 Others Are Part of Controversial Taxpayer-Funded Ad Campaign*," published by CNN, [https://www.cnn.com/2026/10/02/politics/trump-taxpayer-funded-ads], on October 2, 2026 that I have reviewed.
26. Attached here as Exhibit 23 is a true and correct copy of the article titled "T*rump Directed Use of Taxpayer Money for Ads Praising His Presidency*" published by the New York Times, [https://www.nytimes.com/2026/10/02/us/politics/trump-ads.html], on October 2, 2026 that I have reviewed.
27. Attached here as Exhibit 24 is a true and correct copy of the article titled "*Homeland Security Spending $20M in Taxpayer Funds for Pro-Trump Ads*" published by PBS [https://www.pbs.org/newshour/politics/homeland-security-spending-20m-in-taxpayer-funds-for-pro-trump-ads], on September 29, 2026 that I have reviewed.
28. Attached here as Exhibit 25 is a true and correct copy of the article titled "*Trump Will Not Reimburse Federal Government For Taxpayer-Funded Advertisements*" published by Politico [https://www.politico.com/news/2026/10/06/trump-taxpayer-funded-advertisements-01109296], on October 6, 2026 that I have reviewed.
29. Attached here as Exhibit 26 is a true and correct copy of the article titled "*Trump Is Still Airing Campaign Ads With Your Money by the Way*" published by The New Republic [https://newrepublic.com/post/216328/trump-airing-campaign-ads-government-funded], on October 7, 2026 that I have reviewed.

30. Attached here as Exhibit 27 is a true and correct copy of the article titled "*DWTS Fans Furious as Trump 'Propaganda' Ad Funded by Taxpayers Airs and 'Ruined my Night*'" published by Daily Express U.S. [https://www.the-express.com/entertainment/celebrity-news/217477/dwts-trump-ad-fans-furious], on October 6, 2026 that I have reviewed.
31. Attached here as Exhibit 28 is a true and correct copy of the article titled "*CBS Continues to Air Ads Promoting Trump*" published by the Independent [https://www.independent.co.uk/bulletin/news/cbs-bari-weiss-trump-ad-b3056570.html], on September 25, 2026 that I have reviewed.
32. Attached here as Exhibit 29 is a link to a true and accurate copy of the television broadcast of the Maduro Ad as it aired on or about October 6, 2026, available at [https://insight.tveyes.com/public/share/e6633501-8728-40c4-97ef-c35e9ea5a5e5/44bd5eb6-5690-46ae-ab16-79ff7538d1a6 (tveyes.com)].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __________10/09/2026_______________

________/s/ *Weineshet M. Lindholm*_________________
Weineshet M. Lindholm