# Exhibit 1

**January 12, 2024**
**2024 Campaign Ad**
**Donald J. Trump 2024 Campaign Ad**
**Truth Social Post**

https://truthsocial.com/@realDonaldTrump/111744538940058802

TRUTH.

## Truth Details

940 replies

Trending

**Donald J. Trump**
@realDonaldTrump

Text TRUMP to 88022




**4.88k** ReTruths **16.1k** Likes Jan 12, 2024, 2:05 PM

**I Love America News**
@ILoveAmericaNews · Jan 13, 2024

Replying to @realDonaldTrump

Donald Trump is a genuinely good man.

That's why Democrats can't stand him. They can't understand that a man with power can be honest because it is completely foreign to their world view.

#Truth #MAGA #Trump2204 #DemocratsAreRacists




33 437 941

MagaGlam
@MagaGlam · Jan 13, 2024

Replying to @realDonaldTrump
We ❤️ Trump—MAGA




6 65 177

OK∽ANA TRUMP
@OksanaTrump · Jan 13, 2024

Replying to @realDonaldTrump

57



4 33 118

57

# Exhibit 2

**September 23, 2026**
**“The Country He Loves” (Love Me Ad)**
**2026 Love Me Ad; Television Ad**

https://platform.adimpact.com/viewer/74bb6ac3-dbfc-4161-b290-94c2ef199c3b

AdMo+ Creative Alert



**SPOT TITLE**

The Country He Loves

**ADVERTISER**

US Government

90,000+ ADVERTISERS

**CATEGORY**

Election Advertisements

320+ ADVERTISER CATEGORIES

Unlock AdImpact's Proprietary Ad Catalog - Available via the AdImpact Platform, custom data solutions, and real-time alerts

LEARN MORE

LOGIN TO ADIMPACT

VIEW CREATIVE IN-PLATFORM

**TRANSCRIPT**

Together we will defeat communism, socialism, and Marxism in America. America will never be a communist country. He's the toughest, most resilient person that I've ever met, and nothing was going to stop him from fighting so hard for the country he loves.

AdMo+

Get Mobile Alerts Available on the App Store GET IT ON Google Play

Terms Privacy

AdImpact © 2026

# Exhibit 3

**September 11, 2026**
**“The Country He Loves” (Love Me Ad)**
**2026 Love Me Ad; White House YouTube Post**

https://youtu.be/kB2tJV8bMnU?si=zw3Du8tw1O6ixZrr

YouTube

Search




**America Will Never Be A Socialist/Communist Country**

The White House
3.34M subscribers

Subscribe

1.7K

37,451 views Sep 11, 2026

*No description has been added to this video.*

**Ask**

# Exhibit 4

**September 1, 2026**
**"The Country He Loves" (Love Me Ad)**
**2026 Love Me Ad; @realdonaldtrump Instagram Post**

https://www.instagram.com/reel/DdFRX3pOo3U/?xtok=MXgwOHFucGQ1Njd4eA%3D%3D

Instagram Log In Sign Up




realdonaldtrump • Follow
Original audio

freshteh1921 10h
شیر مرد
Like Reply

dr.fardinsami 1d
وقتی بمب‌ها فرود می‌آیند، این مردم‌اند که خانه، عزیزان
و آینده‌شان را از دست می‌دهند.

هیچ انسانی نباید قربانی قدرت‌طلبی و خودخواهی دولت‌ها
شود.
پشت هر انسان، خانه‌ای، چشم‌انتظاری است؛

394.4K 17.6K
September 9

Log in to like or comment.

More posts from realdonaldtrump

Instagram Log In Sign Up



Instagram

Log In Sign Up

# Exhibit 5

**September 24, 2026**
**“Don’t Play Games” (Maduro Ad)**
**2026 Maduro Ad; Television Ad**

https://ispot.tv/a/SIhz

10 Ways iSpot SAGE Speeds Up TV & Video Campaign Analysis. **Get the Guide>**

iSpot Solutions Products Ad Center Resources About Super Bowl Get A Demo



Browse / Politics, Government & Organizations / Government Services / White H

## White House TV Spot, 'Don't Play Games'

Check out White House's 60 second TV commercial, 'Don't Play Games' from the Government Services industry. Keep an eye on this page to learn about the songs, characters, and celebrities appearing in this TV commercial. Share it with friends, then discover more great TV commercials on iSpot

| | |
|---|---|
| Published | September 28, 2026 |
| Advertiser | White House |
| Advertiser Profiles | Facebook, Twitter, YouTube |
| Songs | None have been identified for this spot |
| Mood | Active |
| Actors - Add | None have been identified for this spot. |

Have questions about this ad or our catalog? Check out our FAQ Page.

We Hope You Enjoyed Your Metrics Access!

iSpot is a comprehensive ad performance management platform.

Get A Demo

National Airings
First Airing
Last Airing
Creatives
Recently Aired On
Est. Spend
TV Impressions
National Impressions
Local Impressions

There's a Better Way to Measure TV & Streaming Ad ROI



# Exhibit 6

**September 25, 2026**
**“Don’t Play Games” (Maduro Ad)**
**2026 Maduro Ad; White House Truth Social Post**

Search

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

M Lind
@mlind003

Post

**The White House** @WhiteHouse

"This is a president of action.... If you don't know, now you know." 🇺🇸




0:11 / 0:57

9:41 PM · Sep 25, 2026 · **526.9K** Views

1.2K 5.2K 25K 941

Relevant View quotes

Post your reply Reply

**Clau de Luca** 🇧🇷 @ClaudeLuca_ · Sep 26
Continue please...👇

3 13 230 1.8K

**Tradutor de Direita** @TradutordoBR · Sep 26
Translated from Portuguese Show original
I translated and captioned this new video so people can know what's being said.

> **Tradutor de Direita** @TradutordoBR · Sep 26
> Translated from Portuguese
> Marco Rubio: Don't try to play games with this president, because the outcome won't be good.
>
> Donald John Trump posted this video TODAY here on X and on the official White House page. I translated and captioned it manually for ...

**Relevant peo**

**The White H**
@WhiteHou
Welcome to America. 🇺🇸 receive alert

**What's happe**

Trending in United Sta
**Autobiography of**

Music · Trending
**Jeff Cannonball**

Sports · Trending
**#LetEmKnow**

Show more

Terms · Privacy · Coo
US TIDA · Ads info ·

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

2 22 92 1.4K

Odnalda Whigson Fênix @OdnaldaW2 · Sep 26
Translated from Portuguese Show original
May President Trump keep taking action, and not forget Maduro's friends ...

The White House @WhiteHouse · Sep 25
"This is a president of action.... If you don't know, now you know."

2 11 63 1.1K

Luigino Bracci Roa @lubrio · Sep 25
TRUMP IS A LIAR.

Maduro's words, spoken on July 30, 2024, were not directed at the United States but at former candidate Edmundo González. Trump is a murdered, he killed 100 people in Venezuela on January, 3th, and he MUST BE ARRESTED!!!!

4 6 16 1K

Relevant peo
The White H
@WhiteHou
Welcome to
America.
receive aler

What's happe
Trending in United Sta
Autobiography of
Music · Trending
Jeff Cannonball
Sports · Trending
#LetEmKnow
Show more

Terms · Privacy · Coo
US TIDA · Ads info ·

M Lind
@mlind003

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

M Lind
@mlind003

Relevant peo

The White H
@WhiteHou
Welcome to
America. 🇺🇸
receive alert

What's happe

Trending in United Sta
Autobiography of

Music · Trending
Jeff Cannonball

Sports · Trending
#LetEmKnow

Show more

Terms · Privacy · Coo
US TIDA · Ads info ·

# Exhibit 7

**September 27, 2026**
**“The Final Battle” Ad**
**Television Advertisement Documentation**

https://www.ispot.tv/ad/SIF4/white-house-the-final-battle

10 Ways iSpot SAGE Speeds Up TV & Video Campaign Analysis. **Get the Guide›**

iSpot Solutions Products Ad Center Resources About Super Bowl Get A Demo



Browse / Politics, Government & Organizations / Government Services / White H

## White House TV Spot, 'The Final Battle'

Check out White House's 30 second TV commercial, 'The Final Battle' from the Government Services industry. Keep an eye on this page to learn about the songs, characters, and celebrities appearing in this TV commercial. Share it with friends, then discover more great TV commercials on iSpot

| | |
|---|---|
| **Published** | September 27, 2026 |
| **Advertiser** | White House |
| **Advertiser Profiles** | Facebook, Twitter, YouTube |
| **Songs** | None have been identified for this spot |
| **Mood** | Active |
| **Actors** - Add | None have been identified for this spot. |

Have questions about this ad or our catalog? Check out our FAQ Page.

### More White House Commercials


## We Hope You Enjoyed Your Metrics Access!

iSpot is a comprehensive ad performance management platform.

Get A Demo


National Airings
First Airing
Last Airing
Creatives
Recently Aired On
Est. Spend
TV Impressions
National Impressions
Local Impressions


### There's a Better Way to Measure TV & Streaming Ad ROI



# Exhibit 8

**September 25, 2026**
**“Never Before” (Mount Rushmore) Ad**
**Television Advertisement Documentation**

https://www.ispot.tv/ad/SIrT/white-house-never-before

10 Ways iSpot SAGE Speeds Up TV & Video Campaign Analysis. Get the Guide›

iSpot Solutions Products Ad Center Resources About Super Bowl Get A Demo



Browse / Politics, Government & Organizations / Government Services / White I

## White House TV Spot, 'Never Before'

Check out White House's 60 second TV commercial, 'Never Before' from the Government Services industry. Keep an eye on this page to learn about the songs, characters, and celebrities appearing in this TV commercial. Share it with friends, then discover more great TV commercials on iSpot

| | |
|---|---|
| **Published** | September 25, 2026 |
| **Advertiser** | White House |
| **Advertiser Profiles** | Facebook, Twitter, YouTube |
| **Songs** | None have been identified for this spot |
| **Mood** | Active |
| **Actors** - Add | None have been identified for this spot. |

Have questions about this ad or our catalog? Check out our FAQ Page.


## We Hope You Enjoyed Your Metrics Access!

iSpot is a comprehensive ad performance management platform.

Get A Demo


National Airings

First Airing

Last Airing

Creatives

Recently Aired On

Est. Spend

TV Impressions

National Impressions

Local Impressions


There's a Better Way to Measure TV & Streaming Ad ROI




# Exhibit 9

**September 9, 2026**
**“Never Before” (Mount Rushmore) Ad**
**White House YouTube Post**

https://youtu.be/wzR-9ek2unA?si=qqU5FZxx6RBezG2P

YouTube

Search



# Mount Rushmore

The White House
3.34M subscribers

Subscribe

2.2K

32,594 views Sep 9, 2026
*No description has been added to this video.*

**Ask**

Get answers, explore topics, and more

Ask questions

# Exhibit 10

**September 29, 2026**
**“American Military Power” (Operation Epic Fury) Ad**
**Television Advertisement Documentation**

https://www.ispot.tv/ad/SoLi/white-house-operation-epic-fury

10 Ways iSpot SAGE Speeds Up TV & Video Campaign Analysis. **Get the Guide›**

iSpot Solutions Products Ad Center Resources About Super Bowl Get A Demo




Browse / Politics, Government & Organizations / Government Services / White I

## White House TV Spot, 'Operation Epic Fury'

Check out White House's 60 second TV commercial, 'Operation Epic Fury' from the Government Services industry. Keep an eye on this page to learn about the songs, characters, and celebrities appearing in this TV commercial. Share it with friends, then discover more great TV commercials on iSpot

| | |
|---|---|
| **Published** | September 29, 2026 |
| **Advertiser** | White House |
| **Advertiser Profiles** | Facebook, Twitter, YouTube |
| **Songs** | None have been identified for this spot |
| **Mood** | Active |
| **Actors** - Add | None have been identified for this spot. |

Have questions about this ad or our catalog? Check out our FAQ Page.

## Get Free Access to the Data Below for 10 Ads!

Work Email

By submitting this form, you agree that iSpot will process your personal information per our Privacy Policy and Terms of Use. You may opt out of marketing emails at any time.

Unlock These Ad Metrics Now

- National Airings
- First Airing
- Last Airing
- Creatives
- Recently Aired On
- Est. Spend
- TV Impressions
- National Impressions
- Local Impressions

There's a Better Way to Measure TV & Streaming Ad ROI



# Exhibit 11

**September 11, 2026**
**“American Military Power” (Operation Epic Fury) Ad**
**White House YouTube Post**

https://youtu.be/SviB6yBIBkc?si=i80vKt_5_xFW6ZAm

YouTube

Search



## American Military Power

The White House
3.34M subscribers

Subscribe

1.4K

25,692 views Sep 11, 2026

*No description has been added to this video.*

### Ask

Get answers, explore topics, and more

Ask questions

### Transcript

Follow along using the transcript.

Show transcript

# Exhibit 12

**September 25, 2026**
**Presidential Public Service Announcements Are Nothing New**
**Official White House Website Publication Document**

USE APP • REAL-TIME NEWS • LIVE UPDATES • A DIRECT LINE TO THE ADMINISTRATION → DOWNLOAD THE OFFICIAL WHITE HOUSE APP • REAL-TIME



RELEASES

# Presidential Public Service Announcements Are Nothing New

The White House

September 25, 2026

**The attacks on President Donald J. Trump's public service announcements are highly dishonest.** The announcements are very clearly not campaign ads; President Trump is not on the ballot and there is no call to action. Instead, the announcements are a reminder for Americans to love their country and know why it's worth defending — at home, at the border, and abroad.

That's not partisanship — that's a government that still believes in the country it serves.

Administrations of both parties have used public service announcements to explain policy and make the case for the nation's direction:

- The G.W. Bush Administration ran a national television campaign explaining the Medicare Prescription Drug, Improvement, and Modernization Act to seniors. It also bought Super Bowl airtime for anti-drug and anti-terrorism public service announcements.
- The Obama Administration used national advertising to promote Obamacare subsidies and open enrollment, and a digital campaign to sell its Waters of the United States rule.
- The Biden Administration poured hundreds of millions of dollars into "We Can Do This" — television, digital, radio, and print spots — to drive a nationwide public health message.
- It's not just modern Administrations. President Woodrow Wilson's Committee on Public Information used posters, films, and speakers to rally the country. President Franklin D. Roosevelt's Office of War Information produced films, radio, and posters to promote the war effort.

---

When prior Administrations utilized the airwaves, it was called "public education." When this Administration promotes pride in our country, many of those same voices call it "propaganda."

**Patriotism isn't partisan.** These public service announcements are unapologetically American, clearly disclosed, and aimed at the country — not a line on the ballot.

Click to listen

Related

WEEK 16 WINS: President Trump Advances America's New Golden Age

Releases | May 9, 2025

First Lady Melania Trump Announces Executive Order on Fostering the Future, Opens New Opportunities for Public-Private Partnerships

Briefings & Statements | November 13, 2025

CEQ Demos Tech to Speed Up Federal Environmental Reviews – CE Works

Releases | January 29, 2026

President Trump Hosts Historic Cabinet Meeting at Camp David

Releases | July 31, 2026

Trump Administration: Follow the Law

Releases | February 13, 2025

1 2 3 ... 21 NEXT PAGE




ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

Click to listen

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email SIGN UP

Click here or text 45470 to receive updates

DOWNLOAD THE WHITE HOUSE APP:

Available On The App Store Get It On Google Play

AVAILABLE ON

GET UPDATES STRAIGHT TO YOUR DESKTOP

Download Browser Extension Enable Desktop Notifications

Click to listen

# Exhibit 13

**October 5, 2026**
**President Donald J. Trump Spending Statement**
**Donald J. Trump Truth Social Account**

0

TRUTH.

## Truth Details

2172 replies

Trending

**Donald J. Trump**
@realDonaldTrump

The Radical Left is upset with the fact that I am taking Ads, which I consider to be a positive promotion for our Great U.S.A., and paying for them with U.S.A. money. This is a rather standard thing to do but, rather than doing that, although nothing will make them happy, I have decided to do the Patriotic Ads, among others, and pay for them myself, and with money I raised for MAGA, Inc. MAKE AMERICA GREAT AGAIN! President DONALD J. TRUMP

**5.3k** ReTruths **21.5k** Likes Oct 05, 2026, 6:25 PM

**Anne #StopYulin**
@CrazyCatRescuer · 3d

Replying to @realDonaldTrump
#XTeam #MRG2 #MH16

57




12 147 212

Extremely Stable Genius
@mazurikl · 3d

Replying to @realDonaldTrump
#XTeam #MRG2




57

5 74 178

Extremely Stable Genius
@mazurikl · 3d

Replying to @realDonaldTrump
#XTeam #MRG2




7 72 162

Extremely Stable Genius
@mazurikl · 3d

Replying to @realDonaldTrump
🇺🇸 🇺🇸 🇺🇸 VOTE RED! MAGA IS STRONGER THAN EVER! 🇺🇸 🇺🇸 🇺🇸
#XTeam #MRG2

57


THEY WANT US
DIVIDED BY RACE,
CLASS, RELIGION
AND POLITICS!
LEARN FROM THAT!
STAY STRONG!

7 75 141

57

# Exhibit 14

**October 8, 2026**
**MAGA Inc. Spending Statement**
**Federal Election Commission Independent Expenditure Report**

An official website of the United States government
Here's how you know

An official website of the United States Government

Federal Election Commission
UNITED STATES —of— AMERICA



# Independent expenditures

**Viewing 41 filtered results for:** Clear all filters

Data type: processed | MAGA Inc. | 24- and 48-Hour Reports | Current and unknown versions

| Spender | Support/Oppose | Candidate | Description | Payee | Expenditure date | Amount |
|---|---|---|---|---|---|---|
| MAGA INC. | Oppose | TALARICO, JAMES | PLACED MEDIA: CONNECTED TV AND DIGITAL ADVERTISING | DEL RAY MEDIA LLC | 09/28/2026 | $5,000,000.00 |
| MAGA INC. | Oppose | TALARICO, JAMES | PLACED MEDIA: CONNECTED TV AND DIGITAL ADVERTISING | DEL RAY MEDIA LLC | 09/21/2026 | $5,000,000.00 |
| MAGA INC. | Oppose | TALARICO, JAMES | PLACED MEDIA: CONNECTED TV AND DIGITAL | DEL RAY MEDIA LLC | 09/15/2026 | $2,500,000.00 |

**Your downloads**

schedule_e-2026-10-09T13:20:26.csv

Download

| Spender | Support/Oppose | Candidate | Description | Payee | Expenditure date | Amount |
|---|---|---|---|---|---|---|
| | | | DIGITAL ADVERTISING | | | |
| MAGA INC. | Support | PAXTON, WARREN KENNETH JR. | PLACED MEDIA: CONNECTED TV & DIGITAL ADVERTISING | DEL RAY MEDIA LLC | 09/04/2026 | $5,000,000.00 |
| MAGA INC. | Oppose | TALARICO, JAMES | PLACED MEDIA: CONNECTED TV & DIGITAL ADVERTISING | DEL RAY MEDIA LLC | 09/04/2026 | $5,000,000.00 |
| MAGA INC. | Support | GRAHAM, DARLINE | VOTER PHONE CALLS: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 08/24/2026 | $774,196.80 |
| MAGA INC. | Support | GRAHAM, DARLINE | TEXT MESSAGES | ELECTORAL COMMUNICATIONS GROUP, LLC | 08/24/2026 | $53,514.31 |
| MAGA INC. | Support | FULLER, CLAY | TEXT MESSAGES | ELECTORAL COMMUNICATIONS GROUP, LLC | 03/09/2026 | $8,950.44 |
| MAGA INC. | Support | FULLER, CLAY | TEXT MESSAGES | ELECTORAL COMMUNICATIONS GROUP, LLC | 03/09/2026 | $8,950.44 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | VOTER PHONE CALLS: GOTV | MASS MARKETS | 12/01/2025 | $11,473.80 |
| MAGA | Support | VAN EPPS, [illegible] | VOTER [illegible] | ELECTORAL [illegible] | [illegible] | [illegible] |

## Your downloads

schedule_e-2026-10-09T13:20:26.csv

Download

| Spender | Support/Oppose | Candidate | Description | Payee | Expenditure date | Amount |
|---|---|---|---|---|---|---|
| MAGA INC. | Oppose | BEHN, AFTYN | TEXT MESSAGES | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/28/2025 | $1,750.68 |
| MAGA INC. | Oppose | BEHN, AFTYN | PLACED MEDIA: TV AND CONNECTED TV | DEL RAY MEDIA LLC | 11/25/2025 | $200,035.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | VOTER PHONE CALLS: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/24/2025 | $77,008.30 |
| MAGA INC. | Oppose | BEHN, AFTYN | TEXT MESSAGES: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/24/2025 | $6,189.79 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | TEXT MESSAGES: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/24/2025 | $6,189.79 |
| MAGA INC. | Oppose | BEHN, AFTYN | PLACED MEDIA: TV | DEL RAY MEDIA LLC | 11/21/2025 | $40,035.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | TEXT MESSAGES: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/21/2025 | $2,292.40 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | TEXT MESSAGES: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/21/2025 | $2,292.41 |
| MAGA INC. | Oppose | BEHN, AFTYN | PLACED MEDIA: TV | DEL RAY MEDIA LLC | 11/20/2025 | $227,535.00 |

**Your downloads**

schedule_e-2026-10-09T13:20:26.csv

Download

| Spender | Support/Oppose | Candidate | Description | Payee | Expenditure date | Amount |
|---|---|---|---|---|---|---|
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | VOTER PHONE CALLS: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/19/2025 | $2,340.40 |
| MAGA INC. | Oppose | BEHN, AFTYN | PRODUCTION COST: TV AD | DESIGNATED MARKET MEDIA | 11/19/2025 | $13,000.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | PRODUCTION COST: RADIO AD | DESIGNATED MARKET MEDIA | 11/19/2025 | $1,675.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | PRODUCTION COST: RADIO AD | DESIGNATED MARKET MEDIA | 11/19/2025 | $825.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | PRODUCTION COST: DIGITAL AD | DESIGNATED MARKET MEDIA | 11/19/2025 | $2,310.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | PRODUCTION COST: DIGITAL AD | DESIGNATED MARKET MEDIA | 11/19/2025 | $4,690.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | PLACED MEDIA: TV | DEL RAY MEDIA LLC | 11/17/2025 | $80,000.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | PLACED MEDIA: RADIO AD | DEL RAY MEDIA LLC | 11/17/2025 | $43,550.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | PLACED MEDIA: RADIO AD | DEL RAY MEDIA LLC | 11/17/2025 | $21,450.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | DIGITAL ADVERTISING | DEL RAY MEDIA LLC | 11/17/2025 | $197,690.79 |

**Your downloads**

schedule_e-2026-10-09T13:20:26.csv

Download

| Spender | Support/Oppose | Candidate | Description | Payee | Expenditure date | Amount |
|---|---|---|---|---|---|---|
| MAGA INC. | Oppose | BEHN, AFTYN | PRODUCTION COST: DIGITAL ADS | FUNDAMENTAL DIGITAL STRATEGY LLC | 11/17/2025 | $1,500.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | PRODUCTION COST: DIGITAL ADS | FUNDAMENTAL DIGITAL STRATEGY LLC | 11/17/2025 | $6,000.00 |
| MAGA INC. | Oppose | BEHN, AFTYN | DIGITAL ADVERTISING | FUNDAMENTAL DIGITAL STRATEGY LLC | 11/17/2025 | $28,900.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | DIGITAL ADVERTISING | FUNDAMENTAL DIGITAL STRATEGY LLC | 11/17/2025 | $115,600.00 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | TEXT MESSAGES | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/15/2025 | $5,471.38 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | VOTER PHONE CALLS: GOTV | ELECTORAL COMMUNICATIONS GROUP, LLC | 11/15/2025 | $88,357.95 |
| MAGA INC. | Support | VAN EPPS, MATTHEW ROBERT | VOTER PHONE CALLS | MASS MARKETS | 11/13/2025 | $15,535.35 |

Results per page: 100

Showing 1 to 41 of 41 entries

**Your downloads**

schedule_e-2026-10-09T13:20:26.csv

Download

# Exhibit 15

**September 19, 2026**
**OMB Apportionment**
**DHS Reimbursement CBP (Commemorative Activity)**

OpenOMB

# Operations and Support

| File ID | File approved | Fiscal year |
|---|---|---|
| 11559134 | Sep 19, 2026 | 2026 |

| Approved by | Folder | Agency |
|---|---|---|
| Program Associate Director | Department of Homeland Security | Department of Homeland Security |

**Funds provided by †**
PublicLaw119-21

Download primary source as Excel
apportionment-public.max.gov

Download primary source as JSON
apportionment-public.max.gov

**Hide previous iteration**

## TAFS: 070-0530 2025/2029 - Operations and Support

| Iterations | Adjustment authority | Reporting categories | Bureau | Account |
|---|---|---|---|---|
| 1: 9/30/25<br>2: 11/28/25<br>3: 3/11/26 | No | No | U.S. Customs and Border Protection | Operations and Support |

4: 4/30/26
5: 7/7/26
6: 8/6/26
7: 8/19/26
8: 8/24/26
9: 9/2/26
10: 9/19/26 (this iteration)

| Line # | Split | Description | Iteration 9 Previously Approved Amount | Iteration 10 Current OMB Action Amount | Footnote |
|---|---|---|---|---|---|
| 1000 | A | Actual - Unob Bal: Brought forward, Oct 1 | $7,882,676,631 | $7,882,676,631 | |
| 1021 | | Unob Bal: Recov of prior year unpaid obligations | $200,000 | $200,000 | |
| 1800 | | BA: Mand: Spending auth: Collected | $10,615,000 | $10,615,000 | |
| 1801 | | BA: Mand: Spending auth: Chng uncoll pymts Fed src | $849,800,000 | $849,800,000 | |
| 1840 | | BA: Mand: Spending auth:Antic colls, reimbs, other | $5,330,593 | $5,330,593 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **$8,748,622,224** | **$8,748,622,224** | |
| 6011 | | General Reimbursable Activity | $865,745,593 | $865,745,593 | |
| 6031 | | OBBBA – Carrizo Cane & Wall | $43,749,000 | $43,749,000 | |
| 6032 | | OBBBA - Personnel | $876,198,000 | $876,198,000 | Footn |
| 6033 | | OBBBA - Retention, Hiring, and Performance Bonuses | $748,835,000 | $748,835,000 | Footn |
| 6034 | | OBBBA – Vehicles | $491,283,000 | $491,283,000 | |
| 6037 | | OBBBA - Non-Intrusive Inspection | $15,000,000 | $15,000,000 | |
| 6038 | | OBBBA - Air and Marine Interdiction | $40,630,000 | $40,630,000 | |

| Line # | Split | Description | Iteration 9 Previously Approved Amount | Iteration 10 Current OMB Action Amount | Footnote |
|---|---|---|---|---|---|
| 6039 | | OBBBA – Border Surveillance Technology | $31,223,000 | $31,223,000 | |
| 6040 | | OBBBA - Biometric Entry/Exit | $75,600,000 | $75,600,000 | |
| 6041 | | OBBBA - National Vetting Center | $7,000,000 | $7,000,000 | |
| 6042 | | OBBBA - Anti-Drug Campaign | $0 | $0 | |
| 6043 | | OBBBA - Commerative Events | $500,000 | +$20,000,000<br>$20,500,000 | |
| 6170 | | Apportioned in FY 2027 | $5,552,858,631 | -$20,000,000<br>$5,532,858,631 | |
| **6190** | | **Total budgetary resources available** | **$8,748,622,224** | **$8,748,622,224** | |

### Follow Updates

Receive email updates when new files are approved for **TAFS 070-0530 2025/2029 - FY 2026**.

By logging in or subscribing to updates, you agree to the OpenOMB privacy policy.

Log in to Subscribe

# Footnotes

Footnotes provide further information about, or establish further legal requirements related to the use of, the funds in a given line or set of lines in an apportionment. If footnotes appear on lines *1920* or *6190*, they apply to all the lines in the *1xxx* and *6xxx* sections, respectively. The following are all the footnotes associated with this file.

| Number | Text |
|---|---|
| A1 | Amounts on this line are apportioned with the understanding that the Department of Homeland Security will continue to work closely with OMB to finalize a CBP hiring plan that relies on existing funding sources to the greatest possible extent. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds.] |

The following are all of the footnotes associated with the previous iteration of this file . Note that previous iterations of accounts in this file may come from multiple previous files.

| Number | Text |
|---|---|
| A1 | Amounts on this line are apportioned with the understanding that the Department of Homeland Security will continue to work closely with OMB to finalize a CBP hiring plan that relies on existing funding sources to the greatest possible extent. [Rationale: OMB requests additional information on programmatic spending for some or all of the apportioned funds.] |

† Links to public laws are automatically generated and are not guaranteed to be accurate.

About For developers Contact Terms of use Privacy policy Subscriptions

This website is not affiliated with the Office of Management and Budget (OMB), the Executive Office of the President, the U.S. Congress, or any component of the U.S. government. OpenOMB is a searchable database maintained by Protect Democracy Project, a registered 501(c)(3) charitable organization and part of the Protect Democracy group.

FY 2026 Apportionment
Funds Provided by Public Law 119-21

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **Department of Homeland Security** | | |
| | | **Bureau: U.S. Customs and Border Protection** | | |
| | | **Account: Operations and Support, CBP** | | |
| | | **Treasury Account: Operations and Support** | | |
| | | **TAFS: 070-2025-2029-0530** | | |
| | | | | |
| IterNo | 10 | Last Approved Apportionment: 2026-09-02 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | NO | Adjustment Authority provided | | |
| 1000 | A | Actual - Unob Bal: Brought forward, Oct 1 | 7,882,676,631 | |
| 1021 | | Unob Bal: Recov of prior year unpaid obligations | 200,000 | |
| 1800 | | BA: Mand: Spending auth: Collected | 10,615,000 | |
| 1801 | | BA: Mand: Spending auth: Chng uncoll pymts Fed src | 849,800,000 | |
| 1840 | | BA: Mand: Spending auth:Antic colls, reimbs, other | 5,330,593 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **8,748,622,224** | |
| 6011 | | General Reimbursable Activity | 865,745,593 | |
| 6031 | | OBBBA – Carrizo Cane & Wall | 43,749,000 | |
| 6032 | | OBBBA - Personnel | 876,198,000 | A1 |
| 6033 | | OBBBA - Retention, Hiring, and Performance Bonuses | 748,835,000 | A1 |
| 6034 | | OBBBA – Vehicles | 491,283,000 | |
| 6037 | | OBBBA - Non-Intrusive Inspection | 15,000,000 | |
| 6038 | | OBBBA - Air and Marine Interdiction | 40,630,000 | |
| 6039 | | OBBBA – Border Surveillance Technology | 31,223,000 | |
| 6040 | | OBBBA - Biometric Entry/Exit | 75,600,000 | |
| 6041 | | OBBBA - National Vetting Center | 7,000,000 | |
| 6042 | | OBBBA - Anti-Drug Campaign | 0 | |
| 6043 | | OBBBA - Commerative Events | 20,500,000 | |
| 6170 | | Apportioned in FY 2027 | 5,532,858,631 | |
| **6190** | | **Total budgetary resources available** | **8,748,622,224** | |

# Exhibit 16

**September 20, 2026**
**LEMPUGH INC. & U.S. Coast Guard Contract Award**
**SAM.gov**

An official website of the United States government Here's how you know

Contract Awards Data Delayed Show Details
*Oct 1, 2026*

See All Alerts

ISR Workspace: Increased Contract Volume
Show Details
*Jun 26, 2026*

SAM.GOV

Home Search Data Bank Data Services Help

# Contract Award

- Award
- 70B06C26F00001137
- Modification Details
- Performance
- Solicitation
- Funding Details
- Description
- Awardee Information
- Business Category
- Current Contract Details
- Legislative and Policy Details
- Product/Service Information

Contract Award

## 70B06C26F00001137

Final

### Awardee

**LEMPUGH INC**

Unique Entity ID (UEI):
**K1XJQKPK52Y5**

Doing Business as:
**(blank)**

### Details

Award Type:
**BPA CALL**

Referenced IDV (PIID):
**70Z02323ACGRC0001**

Referenced IDV Sub-tier:
**7008 - U.S. COAST GUARD**

Total Obligations:
**$20,000,000.00**

Total Contract Value:
**$20,000,000.00**

Total Estimated Order Value:
**$20,000,000.00**

Original Date Signed:
**Sep 20, 2026**

Agency Identifier:
**7014**

Closed Status:
**No**

Competition Information

History

Contracting Department/Ind. Agency
**7000 - HOMELAND SECURITY, DEPARTMENT OF**

Contracting Sub-tier
**7014 - U.S. CUSTOMS AND BORDER PROTECTION**

Contracting Office
**70B06C - MISSION SUPPORT CONTRACTING DIVISION**

## Modification Details

Modification Number:
**0**

Transaction Number:
**0**

Action Obligation:
**$20,000,000.00**

Base And Exercised Options Value:
**$20,000,000.00**

Date Signed:
**Sep 20, 2026**

Total Contract Value:
**$20,000,000.00**

Reason for Modification:
**(blank)**

## Performance

Period Of Performance Start Date:
**Sep 20, 2026**

Principal Place of Performance State:
**DISTRICT OF COLUMBIA**

Principal Place Of Performance County Name:
**DISTRICT OF**

Congressional District Place of Performance:
**DISTRICT OF**

| | | | |
|---|---|---|---|
| Estimated Completion Date: **Sep 19, 2027** | Principal Place Of Performance Country: **UNITED STATES** | **COLUMBIA**<br>Principal Place Of City Name: **WASHINGTON** | **COLUMBIA 98**<br>Place Of Performance ZIP Code(+4): **20001-6111** |

## Solicitation

| | | |
|---|---|---|
| Solicitation ID: **(blank)** | Solicitation Date: **Sep 19, 2026** | Contract Opportunities Notice: **(blank)** |

## Funding Details

| | | | |
|---|---|---|---|
| Funding Department/Ind. Agency: **7000 - HOMELAND SECURITY, DEPARTMENT OF** | Funding Sub-Tier: **7014 - U.S. CUSTOMS AND BORDER PROTECTION** | Foreign Funding: **NOT APPLICABLE** | Treasury Account Symbol: **(blank)** |

## Description

NATIONAL MEDIA CAMPAIGN

## Awardee Information

Entity Name:
**LEMPUGH INC**

CAGE Code:
**1MZL1**

Unique Entity ID (UEI):
**K1XJQKPK52Y5**

Doing Business As:
**(blank)**

Ultimate Parent Entity Name:
**LMD AGENCY INC.**

Ultimate Parent Unique Entity ID (UEI):
**K1XJQKPK52Y5**

Domestic or Foreign Entity:
**U.S. OWNED BUSINESS**

FAR 4.1102 Exception:
**(blank)**

Physical Address:
**5950 SYMPHONY WOODS RD STE 500 COLUMBIA , MARYLAND 21044-3592 USA**

Phone:
**(301) 498-6656**

Fax:
**(301) 953-0321**

Country of Incorporation:
**USA**

State of Incorporation:
**MD**

Congressional District:
**MARYLAND 03**

## Business Category

Socio-Economic Data:
**Women-Owned Small Business**
**Women-Owned Business**

Contracting Officer's Determination of Business Size:
**SMALL BUSINESS**

Line of Business:
**(blank)**

Organization Factors:
**For Profit Organization**

Relationship with Federal Government
**All Awards**

Organization Type:
**CORPORATE NOT TAX EXEMPT**

Certifications:
**(blank)**

Educational Entities:
**(blank)**

Business Types:
**Corporate Entity, Not Tax Exempt**

Other Governmental Entities:
**(blank)**

## Current Contract Details

Type of Contract:
**FIRM FIXED PRICE**

Nature of Services:
**OTHER FUNCTIONS**

Emergency Acquisition:
**NOT APPLICABLE**

Consolidated Contract:
**NOT CONSOLIDATED**

National Interest Action:
**(blank)**

Multi Year Contract:
**(blank)**

Major Program:
**(blank)**

Contract Financing:
**(blank)**

Claimant Program Code:
**(blank)**

Cost or Pricing Data:
**(blank)**

Purchase Card As Payment Method:
**No**

Cost Accounting Standards Clause:
**NOT APPLICABLE EXEMPT FROM CAS**

Undefinitized Action:
**NO**

Performance Based Service Acquisition:
**NO - SERVICE WHERE PBA IS NOT USED.**

Number Of Actions:
**1**

GFP Provided Under This Action:
**TRANSACTION DOES NOT USE GFE/GFP**

Fee Paid for use of IDV:
**$0.00**

## Legislative and Policy Details

Clinger Cohen Act:
**YES**

Construction Wage Rate Requirements:
**NOT APPLICABLE**

Subcontract Plan:
**(blank)**

Initiative:
**(blank)**

Materials, Supplies, Articles, and Equip:
**NOT APPLICABLE**

Labor Standards:
**YES**

Recovered Materials/ Sustainability:
**NO CLAUSES INCLUDED AND NO SUSTAINABILITY INCLUDED**

Price Evaluation Percent Difference:
**(blank)**

Additional Reporting:
**SERVICE CONTRACT INVENTORY (FAR 4.17)**

Interagency Contracting Authority:
**(blank)**

Bundled Contract:
**NOT BUNDLED**

Other Interagency Contracting Statutory Authority:
**(blank)**

## Product/Service Information

Product/Service Code:
**R701 - SUPPORT-MANAGEMENT: ADVERTISING**

Principal NAICS Code:
**541810 - ADVERTISI**

Use Of EPA Designated Products:
**NOT REQUIRED**

DOD Acquisition Program:
**(blank)**

Country of Product or Service Origin:
**USA**

Sea Transportation:
**(blank)**

Place of Manufacture:
**NOT A MANUFACTURED END PRODUCT**

Information Technology Commercial Category:
**(blank)**

**NG AGENCIES**

## Competition Information

Extent Competed For Referenced IDV
**FULL AND OPEN COMPETITION**

Extent Competed:
**FULL AND OPEN COMPETITION**

Fair Opportunity/Limited Sources
**COMPETITIVE SET ASIDE**

Commercial Products and Services Acquisition Procedures
**COMMERCIAL PRODUCTS/SERVICES**

Source Selection Process:
**Trade-off**

Solicitation Procedures:
**SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY**

Other Than Full And Open Competition
**(blank)**

IDV Number of Offers:
**8**

Small Business Competitiveness Demonstration Program
**NO**

IDV Type Of Set Aside:
**WOMEN OWNED SMALL BUSINESS**

Evaluated Preference:
**NO PREFERENCE USED**

Local Area Set Aside:
**NO**

Number Of Offers Received:
**(blank)**

Number of Offers Source:
**BPA**

Type Of Set Aside:
**(blank)**

Type Of Set Aside Source:
**BPA**

Small Business Innovation Research (SBIR)/Small Business Technology Transfer (STTR)
**(blank)**

A76 Action:
**NO**

Simplified Procedures for Certain Commercial Products and Commercial Services
**(blank)**

## History

| Prepared Date: | Approved Date: | Last Modified User: | Closed Status Date: |
|---|---|---|---|
| **Sep 20, 2026** | **Sep 20, 2026** | **IDV_CORRECT** | **(blank)** |
| Prepared User: | Approved By: | Last Modified Date: | Closed By: |
| **JBEDREGAL7014** | **JBEDREGAL7014** | **Sep 21, 2026** | **(blank)** |

# Exhibit 17

**September 20, 2026**
**U.S. Government Spending**
**USAspending.gov**
**LMD Agency, Inc. & U.S. Coast Guard Contract Award ($20M National Media Campaign)**

An official website of the United States government
Here's how you know

USASPENDING.gov

Blanket Purchase Agreement (BPA) Call

PIID 70B06C26F00001137
In Progress
(11 months remain)

Unlinked Award

## Contract Summary

Recipient

LMD AGENCY, INC.
5950 SYMPHONY WOODS RD STE 500
COLUMBIA, MD 21044-3592
UNITED STATES
Congressional District: MD-03

Related Awards

Parent Award Unique Key
CONT_IDV_70Z02323ACGRC0001_7008

Dates

Today

| | |
|---|---|
| Start Date | Sep 20, 2026 |
| Current End Date | Sep 19, 2027 |
| Potential End Date | Sep 19, 2027 |

$ Award Amounts




View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $20,000,000.00 |
| Current Award Amount | $20,000,000.00 |
| Potential Award Amount | $20,000,000.00 |

## Description

NATIONAL MEDIA CAMPAIGN

**North American Industry Classification System (NAICS) Code**

- 54 : Professional, Scientific, and Technical Services
  - 5418: Advertising, Public Relations, and Related Services
    - **541810: Advertising Agencies**

**Product or Service Code (PSC)**

- SERVICES
  - R: SUPPORT SVCS (PROF, ADMIN, MGMT)
    - R7: MANAGEMENT SUPPORT SERVICES
      - **R701: SUPPORT- MANAGEMENT: ADVERTISING**

## Contract Activity




## Federal Accounts

⚠ **This award has not been linked to any federal account.**

View transactions table

## Award History

This section displays the awards:

**Transaction History** - Displays modification records for an award. Each modification appears as a row in the table below.

**Sub-Awards** - Displays any sub-contracts reported by this contract's recipient (the 'prime recipient' in the sub-award context). Sub-contracts are contractual agreements that a prime recipient makes with another entity (sub-recipient) to furnish supplies or services for the prime contract. Above the Sub-Award table, we display the total number of reported sub-contract actions and their total value.

**Federal Account Funding** - Each row in this table shows a transaction in the awarding agency's financial system that promises spending for the award from a federal account (a rollup of TAS, or Treasury accounts), broken down by program activity and object class.

Transaction History 1 | Sub-Awards 0 | Federal Account Funding 0

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 09/20/2026 | $20,000,000 | -- | NATIONAL MEDIA CAMPAIGN |

‹ 1 ›

1-1 of 1 results

## Additional Information

Expand All

- Unique Award Key
- Agency Details
- Parent Award Details
- Place Of Performance
- Period Of Performance
- Legislative Mandates
- Recipient Details
- Acquisition Details
- Competition Details
- Additional Details
- Executive Compensation

## Stay in touch

### Your USAspending ideas

We're looking for your ideas! Tell us what you want to see on USAspending.gov.

Tell Us →

### How to search USAspending.gov

Learn how you can search for federal spending in your area with our new Featured Content.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

USASPENDING.gov

Building a more transparent government.

Providing publicly accessible and searchable data on what the federal government spends each year.

ABOUT
Mission

HELP
FAQs
Community
Email Us

RELATED SITES
Fiscal Data
Bureau of the Fiscal Service

Accessibility Privacy Policy Freedom of Information Act D&B Information

© 2026 USAspending.gov

# Exhibit 18

**2017**
**Principles of Federal Appropriations Law GAO (Chapter 3) 4th Edition, Pages 278–305 *Publicity or Propaganda***

regulations. It is possible that our reasoning would differ if we were to evaluate a similar situation today.

In 1996, GAO determined that the state of Nevada improperly used grant funds in violation of a broad provision found in the annual Energy and Water Development appropriations acts prohibiting the use of federal funds to influence legislation and other lobbying activities.[165] *See* GAO, *Nuclear Waste: Nevada's Use of Nuclear Waste Grant Funds,* GAO/RCED-96-72 (Washington, D.C.: Mar. 20, 1996.) Emphasizing the prohibition of the "indirect use" of federal funds to influence pending legislation, GAO concluded that the production of a videotape advancing the state's opposition to a nuclear waste repository at Yucca Mountain constituted such an attempt to influence a matter pending before Congress.[166]

In our preceding discussion of lobbying by government agencies, we noted that appropriation act restrictions may be limited to lobbying the United States Congress or may also apply to lobbying at the state and local level where expressly provided. The same principle applies with respect to lobbying with grant funds. B-214455, Oct. 24, 1984; B-206466, Sept. 13, 1982.

### b. Publicity or propaganda

While lobbying restrictions are found in penal statutes and appropriations acts, restrictions on publicity or propaganda are found only in appropriations acts. In 1949, a House Resolution created a Select Committee on Lobbying Activities to review the operation of the Federal Regulation of Lobbying Act and to

165 "[N]one of the funds herein appropriated may be used directly or indirectly to influence legislative action on any matter pending before Congress or a State legislature or for any lobbying activity as provided in section 1913 of title 18, United States Code." Energy and Water Development Appropriations Act, 1995, Pub. L. No. 103-316, 108 Stat. 1707, 1716 (Aug. 26, 1994).

166 Note the language of the prohibition differed from the typical grassroots lobbying restriction, which prohibits the use of appropriations for "publicity or propaganda purposes" designed to support or defeat pending legislation.

investigate all lobbying activities both by the private sector and by federal agencies. The Committee held extensive hearings and issued several reports. In its final report, the Committee had this to say about lobbying by government agencies:

> "The existing law in this field, unlike the law governing lobbying by private interests, is not directed toward obtaining information of such activities, but is prohibitory in concept and character. It forbids the use of appropriated funds for certain types of lobbying activities and is specifically a part of the Criminal Code. Enacted in 1919, it is not a recent or in any sense a novel piece of legislation. Its validity has never been challenged and we consider it sound law. . . .
>
> "It is our conclusion that the long-established criminal statute referred to above should be retained intact and that Congress, through the proper exercise of its powers to appropriate funds and to investigate conditions and practices of the executive branch, as well as through its financial watch dog, the General Accounting Office, can and should remain vigilant against any improper use of appropriated funds and any invasion of the legislative prerogatives and responsibilities of the Congress."[167]

[167] House Select Committee on Lobbying Activities, *Report and Recommendations on Federal Lobbying Act*, H.R. Rep. No. 81-3239, at 36 (1951).

When the Select Committee referred to the "proper exercise" of the congressional power to appropriate funds, it of course had in mind the use of that power to restrict the use of funds for activities considered undesirable. While the use of appropriation act restrictions to control lobbying had some earlier precedent, the practice began in earnest shortly after the issuance of the Select Committee's final report with some fiscal year 1952 appropriations, and has continued ever since.

The publicity or propaganda prohibition made its first appearance in 1951. Members of Congress expressed concern over a speaking campaign promoting a national healthcare plan undertaken in the early 1950s by Oscar R. Ewing, the Administrator of the Federal Security Agency, a predecessor to the Department of Health and Human Services and the Social Security Administration. In reaction to this activity, Representative Lawrence R. Smith introduced the following provision, which was enacted in the Labor-Federal Security appropriation for 1952, Pub. L. No. 134, ch. 373, § 702, 65 Stat. 209, 223 (Aug. 31, 1951): "No part of any appropriation contained in this Act shall be used for publicity or propaganda purposes not heretofore authorized by the Congress." It prohibited expenditures for all unauthorized publicity or propaganda. Later versions of this provision prohibited activity throughout the government:

> "No part of any appropriation contained in this *or any other Act* shall be used directly or indirectly, including by private contractor, for publicity or propaganda purposes within the United States not heretofore authorized by the Congress."[168]

[168] *See, e.g.,* Financial Services and General Government Appropriations Act, 2016, Pub. L. No. 114-113, div. E, title VII, § 718, 129 Stat. 2242, 2477 (Dec. 18, 2015) (emphasis added).

Unfortunately, as with most of the publicity or propaganda statutes over the years, there is no definition of either term. Thus, the statutes have been applied through administrative interpretation.

In construing and applying a publicity or propaganda provision, it is necessary to achieve a delicate balance between competing interests. On the one hand, every agency has a legitimate interest in communicating with the public and with the Congress regarding its functions, policies, and activities. The Select Committee recognized this, quoting in its Interim Report from the report of the Hoover Commission:

> "Apart from his responsibility as spokesman, the department head has another obligation in a democracy: to keep the public informed about the activities of his agency. How far to go and what media to use in this effort present touchy issues of personal and administrative integrity. But of the basic obligation there can be little doubt."[169]

In addition, the courts have indicated that it is not illegal for government agencies to spend money to advocate their positions, even on controversial issues. *See Joyner v. Whiting,* 477 F.2d 456, 461 (4th Cir. 1973); *Donaggio v. Arlington County, Virginia,* 880 F. Supp. 446, 454–56 (E.D. Va 1995); *Arrington v. Taylor,* 380 F. Supp. 1348, 1364 (M.D. N.C. 1974).[170]

Yet on the other hand, the statute has to mean something. As the court said in *National Association for Community Development v. Hodgson,* 356 F. Supp. 1399 (D.D.C. 1973) in reference to

[169] H.R. Rep. No. 81-3138, at 53 (1950).

[170] Further useful discussion may be found in cases dealing with different but conceptually related issues such as *Glickman v. Wileman Brothers & Elliott, Inc.*, 521 U.S. 457 (1997), citing *United States v. Frame*, 885 F.2d 1119 (3rd Cir. 1989).

18 U.S.C. § 1913, "[o]bviously, Congress intended to remedy some problem or further some cause, otherwise they would not have bothered enacting the statute." *Id.* at 1403. As long as the law exists, there has to be a point beyond which government action violates it. Testifying before the Select Committee on March 30, 1950, former Assistant Comptroller General Frank Weitzel made the following remarks:

> "[I]f you set up an organization in the executive branch for the benefit of the three blind mice they would come up here with a budget program and prospectus which would convince any Member of Congress that that was one of the most important organizations in the executive branch. . . .
>
> "And no doubt by that time there would also be some private organizations with branches which would parallel your Federal agency, which would be devoted to the propagation and dissemination of information about the three blind mice . . . ."[171]

As noted, although the publicity or propaganda prohibition has appeared in some form in the annual appropriations acts since 1951, the prohibitions themselves provide little definitional guidance as to what specific activities are publicity or propaganda. Thus, and in light of the delicate balance described, GAO has identified three activities that are prohibited by the publicity or propaganda prohibition—self-aggrandizement, covert propaganda, and purely partisan materials.

[171] *The Role of Lobbying in Representative Self-Government: Hearings before the House Select Committee on Lobbying Activities*, 81st Cong., pt. 1, at 158 (1950).

In evaluating whether a given action violates a publicity or propaganda provision, GAO will ask for the agency's administrative justification. GAO will not accept the agency's justification where it is clear that the action falls into one of these categories. Before discussing these categories, two threshold issues must be noted.

First, it must be determined whether the agency in question is subject to a publicity or propaganda restriction. The existence and precise terms of the restriction can change over time. Therefore, it is always necessary to check the relevant appropriation acts for the year in which the questioned obligation or expenditure was made in order to determine what, if any, agency-specific or government-wide restrictions exist.

Second, a violation must be predicated on the use of public funds (either direct appropriations or funds which, although not direct appropriations, are treated as appropriated funds). If appropriated funds are not involved, there is no violation no matter how blatant the conduct may be. 56 Comp. Gen. 889 (1977) (involving a newsletter concerning the Clinch River Breeder Reactor Project containing material which would have been illegal had it been financed in any way with appropriated funds).

As noted above, the broadest form of the publicity or propaganda restriction prohibits the use of appropriated funds "for publicity or propaganda purposes not authorized by the Congress." Recent government-wide provisions have limited the restriction to activities "within the United States."[172]

### (1) Self-aggrandizement

The Comptroller General first had occasion to construe this provision in 31 Comp. Gen. 311 (1952). The National Labor

[172] *See, e.g.,* Pub. L. No. 114-113, div. E, title VII, § 718, 129 Stat. 2242, 2477 (Dec. 18, 2015); Pub. L. 113-235, div. E, title VII, § 718, 128 Stat. 2130, 2383 (Dec. 16, 2014); Pub. L. No. 113-76, div. E, title VII, § 718, 128 Stat. 5, 234 (Jan. 17, 2014).

Relations Board asked whether the activities of its Division of Information amounted to a violation. Reviewing the statute's scant legislative history, the Comptroller General concluded that it was intended "to prevent publicity of a nature tending to emphasize the importance of the agency or activity in question." *Id.* at 313. Therefore, the prohibition would not apply to the "dissemination to the general public, or to particular inquirers, of information reasonably necessary to the proper administration of the laws" for which an agency is responsible. *Id.* at 314. Based on this interpretation, GAO concluded that the activities of the Board's Division of Information were not improper. The only thing GAO found that might be questionable, the decision noted, were certain press releases reporting speeches of members of the Board.

Thus, 31 Comp. Gen. 311 established the important proposition that the statute does not prohibit an agency's legitimate informational activities. *See also* B-319075, Apr. 23, 2010; B-302992, Sept. 10, 2004; B-302504, Mar. 10, 2004; B-284226.2, Aug. 17, 2000; B-223098.2, Oct. 10, 1986. It also established that the publicity or propaganda restriction prohibits "publicity of a nature tending to emphasize the importance of the agency or activity in question." 31 Comp. Gen at 313. *See also* B-302504, Mar. 10, 2004; B-212069, Oct. 6, 1983. Such activity has become known as "self-aggrandizement."

In B-302504, Mar. 10, 2004, GAO considered a flyer and television and print advertisements that the Department of Health and Human Services (HHS) produced and distributed to inform Medicare beneficiaries of recently enacted changes to the Medicare program. While the materials had notable factual omissions and other weaknesses, GAO concluded that the materials were not self-aggrandizement because they did not attribute the enactment of new Medicare benefits to HHS or any of its agencies or officials.

There was also no violation found in B-303495, Jan. 4, 2005, which was affirmed in B-303495.2, Feb. 15, 2005. In this case, the Office of National Drug Control Policy used the term "Drug Czar" to describe its director in video news releases it issued under the Drug-Free Media Campaign Act of 1998. The term had common,

widespread, and long-standing usage by the media and Members of Congress, and was not being used by the agency to persuade the public of the importance of the director. Rather, it was used as "nothing more than a sobriquet." B-303495, at 15.

In B-326944, Dec. 14, 2015, we considered whether the Environmental Protection Agency (EPA) engaged in self-aggrandizement by posting various messages on its social media accounts emphasizing the importance of the agency's new clean water rule, using the hashtag #CleanWaterRules. The posts described perceived benefits that would be attributed to the new rule. While the social media posts certainly touted the significance of the *rule*, engendering praise for the *agency* was not the goal; therefore, we did not find EPA's posts to be self-aggrandizing.

In a 1973 case, the Republican National Committee financed a mass mailing of copies of editorials from British newspapers in praise of the President. The editorials were transmitted with a letter prepared by a member of the White House staff, on State Department letterhead stationery, and signed by the Ambassador to Great Britain. B-178528, July 27, 1973. GAO again noted the extreme difficulty in distinguishing between disseminating information to explain or defend administration policies, which is permissible, and similar activities designed for purely political or partisan purposes. *See also* B-194776, June 4, 1979. In addition, a legitimate function of a foreign legation is to communicate information on press reaction in the host country to policies of the United States. Thus, GAO was unable to conclude that there was any violation of the publicity or propaganda law.

Other cases, in which GAO specifically found no self-aggrandizement, are B-320482, Oct. 19, 2010 (Department of Health and Human Services' (HHS) contracts for technical assistance and production and airing of a television advertisement); B-319834, Sept. 9, 2010 (HHS's preparation and distribution of a brochure informing Medicare recipients about changes in Medicare); B-319075, Apr. 23, 2010 (HHS's creation and operation of its HealthReform.gov Web site and the State Your Support Web page); B-284226.2, Aug. 17, 2000 (Department of Housing and

Urban Development report and accompanying letter providing information to agency constituents about the impact of program reductions being proposed in Congress); B-212069, Oct. 6, 1983 (press release by Director of Office of Personnel Management excoriating certain Members of Congress who wanted to delay a civil service measure the administration supported); and B-161686, June 30, 1967 (State Department publications on Vietnam War). In none of these cases were the materials designed to glorify the issuing agency or official.

Similarly, GAO concluded that the Census Bureau did not violate this restriction when its employees participated in a symposium. The symposium was to attract thousands of African-Americans, a population the Bureau characterized as "hard-to-count" and therefore targeted in its outreach activities. The Bureau's participation in the symposium was limited to responding to questions about the census and giving away promotional items and was therefore legitimate informational activity, not puffery or self-aggrandizement. *See* GAO, *Census Bureau Participation in Los Angeles Symposium, August 2000*, GAO-01-124R (Washington, D.C.: Oct. 24, 2000).

Some agencies have authority to disseminate material that is promotional rather than purely informational. For example, the Commerce Department is charged with promoting commerce. In so doing, it entered into a contract with the Advertising Council to undertake a national multimedia campaign to enhance public understanding of the American economic system. Finding that this was a reasonable means of implementing its function and that the campaign did not "aggrandize" the Commerce Department, GAO found nothing illegal. B-184648, Dec. 3, 1975.

If an agency does not have promotional authority, the scope of its permissible activities is correspondingly more restricted. For example, GAO found the publicity or propaganda law violated when a presidential advisory committee, whose sole function was to advise the President and which had no promotional role, set up and implemented a public affairs program which included the hiring of a "publicity expert." B-222758, June 25, 1986. See section D.1.e

below for further discussion of agency promotional authorities and the employment of publicity experts.

### (2) Covert propaganda

Another type of activity that GAO has construed as prohibited by the publicity or propaganda statute is "covert propaganda." Covert propaganda refers to communications that fail to disclose the agency's role as the source of information, or that are misleading as to their origin. B-326944, Dec. 14, 2015; B-304716, Sept. 30, 2005. *See also* B-229257, June 10, 1988 (describing covert propaganda as "materials such as editorials or other articles prepared by an agency or its contractors at the behest of the agency and circulated as the ostensible position of parties outside the agency"). A critical element of the violation is concealment of, or failure to disclose to the target audience, the agency's role in sponsoring the material. B-326944; B-305368, Sept. 30, 2005; B-304228, Sept. 30, 2005; B-303495, Jan. 4, 2005; B-302710, May 19, 2004; B-306349, Sept. 30, 2005 (nondecision letter); B-229257.

In a 1986 case, the Small Business Administration (SBA) prepared "suggested editorials" and distributed them to newspapers. The editorials urged support of an administration proposal to merge the SBA with the Department of Commerce. Clearly, SBA had prepared and disseminated the "suggested editorials" to promote a particular viewpoint; in this sense, one may have considered them to be "propaganda" in the common sense of the word.[173] This, however, was not enough to violate the law. The problem was that the editorials were misleading as to their origin. The plan presumably was for a newspaper to print the editorial as its own without identifying it as an SBA document. This, the Comptroller General concluded, went beyond the range of acceptable public information

[173] *See American Heritage Dictionary of the English Language* 1404 (4th Ed. 2009) (propaganda is "[m]aterial disseminated by the advocates or opponents of a doctrine or cause").

activities and therefore violated the publicity or propaganda law. B-223098, B-223098.2, Oct. 10, 1986. *See also* B-129874, Sept. 11, 1978 ("canned editorials" and sample letters to the editor in support of Consumer Protection Agency legislation, had they been prepared, would have violated the law).[174]

Prepackaged news stories, ordinarily contained in video news releases, or "VNRs," have become a popular tool in the public relations industry, and for a period of time agencies' use of this tool was a focal point of GAO case law regarding covert propaganda. The prepackaged news stories may be accompanied by a suggested script, video clips known as "B-roll" film which news organizations can use either to augment their presentation of the prepackaged news story or to develop their own news reports in place of the prepackaged story, and various other promotional materials. These materials are produced in the same manner in which television news organizations produce materials for their own news segments, so they can be reproduced and presented as part of a newscast by the news organizations.

In B-302710, May 19, 2004, GAO found that the Department of Health and Human Services (HHS) violated the publicity or propaganda prohibition when it produced and distributed prepackaged video news stories that did not identify the agency as the source of the news stories. The HHS news stories were part of a media campaign to inform Medicare recipients about new benefits available under the recently enacted Medicare Prescription Drug, Improvement, and Modernization Act of 2003. HHS designed its prepackaged video news stories to be indistinguishable from video segments produced by private news broadcasters, allowing broadcasters to incorporate them into their broadcasts without alteration. The suggested anchor lead-in scripts included in the package facilitated the unaltered use of the prepackaged news stories, announcing the package as a news story by fictional news

[174] Note this opinion applied the appropriations provision prohibiting grassroots lobbying, rather than the publicity or propaganda prohibition.

reporters. HHS, however, did not include any statement in the news stories to advise the television viewing audience, the target of the purported news stories, that the agency wrote and produced the prepackaged news stories, and the television viewing audiences did not know that the stories they watched on television news programs about the government were, in fact, prepared by the government. *See also* B-304228, Sept. 30, 2005 (prepackaged news story produced by consultant hired by the Department of Education did not reveal to the target audience the Department's role so it was covert propaganda in violation of the prohibition); B-303495, Jan. 4, 2005 (prepackaged news stories produced by the Office of National Drug Control Policy were covert propaganda in violation of the prohibition).

In reaction to the growing use of prepackaged news stories within the government, GAO issued a circular letter to the heads of departments, agencies, and others concerned entitled Prepackaged News Stories, B-304272, Feb. 17, 2005. The letter fully explains the limitations imposed by the publicity or propaganda prohibition on the use of prepackaged news stories. It also explains when agencies are allowed to use prepackaged news stories, noting in particular that such use is valid so long as there is clear disclosure to the viewing audience that the material presented was prepared by or in cooperation with a government agency.

In May 2005, Congress enacted section 6076 of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005, Pub. L. No. 109-13, 110 Stat. 231, 301 (May 11, 2005). Section 6076 provided that no appropriations "may be used by an executive branch agency to produce any prepackaged news story intended for broadcast or distribution unless the story includes a clear notification within the text or audio of the prepackaged news story that the prepackaged news story was prepared or funded by that executive branch agency." *Id.* In the conference report submitted to both houses of Congress the conferees specifically adopted GAO's analysis of covert propaganda and stated that section 6076 "confirms the opinion of the Government Accountability Office dated February 17, 2005 (B-304272)." H.R. Conf. Rep. No. 109-72, at 158–59 (2005)

(emphasis added). The opinion to which the report was referring was the Comptroller General's circular letter which clearly stated that the critical element in determining whether prepackaged news stories constitute covert propaganda is whether the intended audience is informed of the source of the materials. B-304272, Feb. 17, 2005. Section 6076 did not create new law or impose a new requirement: "Congress enacted section 6076 to emphasize that the publicity or propaganda prohibition always restricted the use of appropriations to disseminate information without proper source attribution." B-307917, July 6, 2006, at 2 (concerning newspaper article without source attribution that agency contracted for before passage of section 6076). Therefore, transactions entered into before the date of enactment of section 6076 are held to the same requirement for source attribution. *Id.*

In 66 Comp. Gen 707 (1987), involving newspaper articles and editorials in support of Central American policy, we found an analogous violation. Here, materials were prepared by paid consultants at government request, and published as the work of nongovernmental parties. The decision also found that media visits by Nicaraguan opposition leaders, arranged by government officials but with that fact concealed, constituted another form of "covert propaganda." *See also* B-305368, Sept. 30, 2005 (Department of Education contract with radio and television personality to comment regularly on the No Child Left Behind Act without assuring that the Department's role was disclosed to the targeted audiences violated the publicity or propaganda prohibition); B-306349, Sept. 30, 2005 (Department of Education urged to review newspaper article written by a Department of Education contractor which did not disclose the agency's involvement in its writing for possible publicity or propaganda violations).

However, where an economist, on contract with HHS for technical assistance, acted on his own behalf in writing opinion pieces, testifying, or otherwise speaking on health reform, HHS did not violate the publicity or propaganda provision. B-320482, Oct. 19, 2010. Unlike the situations described above, HHS did not contract for, or have any involvement with, these activities. Similarly, in B-316443, July 21, 2009, Department of Defense (DOD) outreach

to retired military officers (RMOs) who served as media analysts did not violate the prohibition. DOD sought to influence public opinion of its war policies by providing the RMOs with talking points and information and by organizing meetings and travel, but DOD did not engage the RMOs, by contract or otherwise, to have them deliver to the public, analysis created by DOD, or particular commentary. *See also* B-304716, Sept. 30, 2005 (articles praising the President's Healthy Marriage Initiative, prepared by expert consultant hired by the Department of Health and Human Services, Administration for Children and Families (ACF), did not violate the publicity or propaganda prohibition, as ACF did not contract with the consultant for the publication of favorable articles, but rather she performed those activities on her own).

The publicity or propaganda provision applies to actions carried out by or at the behest of a government entity, using appropriated funds. Again, a violation of the provision based on covert propaganda will stem from the agency's failure to disclose its role to the target audience of its communication. B-326944, Dec. 14, 2015. As demonstrated in the opinions and decisions discussed above, an agency's transparency to the distributors of its messages—for example, the person delivering positive commentary pursuant to a contract with the agency, or the television station airing a prepacked news story with knowledge of the source from which it received the material, or the newspaper entreated to publish a canned editorial, with awareness of its government author—are not the communications at issue, as these distributors are not the target audiences of the messages they will deliver. *See, e.g.*, B-305368, Sept. 30, 2005; B-302710, May 19, 2004; B-223098, B-223098.2, Oct. 10, 1986. Nor are the actions of non-government actors taken on their own behalf, independent of solicitation by a government entity or official, the communications to which the covert propaganda restriction applies. *See, e.g.*, B-320482, Oct. 19, 2010, B-304716, Sept. 30, 2005. These precepts persist regardless of the medium through which the government message is being disseminated.

In B-326944, Dec. 14, 2015, we considered whether the Environmental Protection Agency (EPA) engaged in covert

propaganda through its use of two social media platforms: Thunderclap and Twitter. We found a violation of the publicity or propaganda provision as to the agency's use of Thunderclap, because the Thunderclap message that EPA created did not identify EPA as the author to the intended viewers.

Thunderclap describes itself a "crowdspeaking platform" that allows a single message to be shared across multiple Facebook, Twitter, and Tumblr accounts at the same time. To this end, the website allows "campaign organizers" to create campaign pages describing the organizer's cause or issue, including a short message that will be shared if enough people sign up to support the organizer's Thunderclap campaign. Thunderclap shares this short message on the date and at the time chosen by the campaign organizer, using the social media accounts of the supporters. EPA created a Thunderclap campaign, called "I Choose Clean Water," during the public comment period of its proposed rule to define the term "Waters of the United States" under the Clean Water Act. While the campaign page clearly identified EPA as the creator, the Thunderclap message to be shared using supporter social media accounts did not. Instead, EPA's Thunderclap message was written in the first person, as though coming from the individual supporter, declared support of EPA's efforts, and provided a link to the agency's website on the proposed rule. As with the prepacked news stories and canned editorials discussed above, EPA's message was able to be shared without alteration, and that message, as created by EPA, did not provide indication of EPA's role to the intended audience of the communication.

As highlighted in the opinion, there are arguably two target audiences of a Thunderclap campaign—the campaign requires supporters to share its message, and those supporters are one audience. But, as the chief purpose of a Thunderclap campaign is to gain enough support so as to maximize the reach of your particular message, the target audience of the short statement created to be shared extends beyond this supporter group to the friends and followers of the supporters' social media accounts. The adoption or belief in the message held by supporters who signed up to allow Thunderclap to share EPA's message via their accounts

did not alter the fact that EPA constructed a message to be shared by others to reach a broader group, and in that message did not identify its role. *See* B-326944.

Separately, EPA engaged in a Twitter effort, titled #DitchtheMyth, to dispel certain "myths" being circulated about its proposed rule. As part of this effort, EPA created a webpage displaying various "myths" followed by the corresponding "truth." Readers could share the truth by clicking a hyperlink labeled "Tweet the truth," which would generate a prewritten tweet. The prewritten tweets included EPA's twitter handle, @EPAWater, at the end, which EPA described as its byline. Here, we agreed that EPA created a message identifying the agency's involvement to the intended audience. We did not find EPA's #DitchtheMyth campaign to violate the publicity or propaganda provision. B-326944.

In B-302992, Sept. 10, 2004, the Forest Service produced video and print materials to explain and defend its controversial land and resource management plan for the Sierra Nevada Forest. Because the video and print materials clearly identified the Forest Service and the Department of Agriculture as the source of the materials, GAO concluded that they did not constitute covert propaganda. *See also* B-301022, Mar. 10, 2004 (the Office of National Drug Control Policy was clearly identified as the source of materials sent to members of the National District Attorneys Association concerning the debate over the legalization of marijuana); B-229257, June 10, 1988 (Federal Trade Commission's (FTC) preparation of a variety of materials critical of the Postal Service's "monopoly" on letter class mail, for distribution at a National Press Club breakfast that the Postmaster General was to attend, while unquestionably propaganda, did not violate the law because materials identified FTC as the source).

#### (3) Purely partisan materials

A third category of materials identified in GAO case law as violating the publicity or propaganda prohibition is purely partisan materials. To be characterized as purely partisan in nature, the offending materials must be found to have been "designed to aid a political

party or candidate." B-147578, Nov. 8, 1962. It is axiomatic that funds appropriated to carry out a particular program would not be available for political purposes. *See* B-147578, Nov. 8, 1962.

It is often difficult to determine whether materials are political or not because "the lines separating the nonpolitical from the political cannot be precisely drawn." *Id.*; B-144323, Nov. 4, 1960. *See also* B-130961, Oct. 26, 1972. An agency has a legitimate right to explain and defend its policies and respond to attacks on that policy. B-319834, Sept. 9, 2010; B-319075, Apr. 23, 2010; B-302504, Mar. 10, 2004. A standard GAO applies is that the use of appropriated funds is improper only if the activity is "completely devoid of any connection with official functions." B-322882, Nov. 8, 2012. B-147578, Nov. 8, 1962. As stated in B-144323, Nov. 4, 1960:

> "[The question is] whether in any particular case a speech or a release by a cabinet officer can be said to be so completely devoid of any connection with official functions or so political in nature that it is not in furtherance of the purpose for which Government funds were appropriated, thereby making the use of such funds . . . unauthorized. This is extremely difficult to determine in most cases as the lines separating the nonpolitical from the political cannot be precisely drawn.
>
> ". . . As a practical matter, even if we were to conclude that the use of appropriated funds for any given speech or its release was unauthorized, the amount involved would be small, and difficult to ascertain; and the results of any corrective action might well be more technical than real."

While GAO has reviewed materials to determine whether they are partisan in nature, to date there are no opinions or decisions of the Comptroller General concluding that an agency's informational materials constituted impermissible publicity or propaganda by virtue of any purely partisan material contained therein. For example, in B-304228, Sept. 30, 2005, GAO determined that appropriations were not available for the Department of Education to conduct a media analysis to gather information regarding public perception of the Republican Party's commitment to education, as such use was purely partisan. Ultimately, GAO concluded that there was no publicity or propaganda violation, given that other content of the analysis was acceptable, and thus there was minimal additional expense incurred by including the improper element. However, GAO cautioned the Department to be more diligent in its efforts to keep any future analyses free from explicit partisan content.

In 2000, GAO concluded that an information campaign by the Department of Housing and Urban Development (HUD) using a widely disseminated publication, entitled *Losing Ground: The Impact of Proposed HUD Budget Cuts on America's Communities*, had not violated the prohibition. B-284226.2, Aug. 17, 2000. In the publication, HUD criticized what it called "deep cuts" in appropriations that were proposed by the House Appropriations Committee for particular HUD programs. The publications stated that, if enacted, the "cuts would have a devastating impact on families and communities nationwide." GAO found that this publication was a legitimate exercise of HUD's duty to inform the public of government policies and that HUD had a right to justify its policies to the public and rebut attacks against those policies.

In B-302504, Mar. 10, 2004, GAO examined a flyer and print and television advertisements about changes to Medicare enacted by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Pub. L. No. 108-173, 117 Stat. 2066 (Dec. 8, 2003). The flyer contained information about new prescription drug benefits and price discount cards. GAO noted that while the materials contained opinion and notable factual omissions, the materials did not constitute impermissible publicity or propaganda. GAO explained:

> "To restrict all materials that have some political content or express support of an Administration's policies would significantly curtail the recognized and legitimate exercise of the Administration's authority to inform the public of its policies, to justify its policies and to rebut attacks on its policies. It is important for the public to understand the philosophical underpinnings of the policies advanced by elected officials and their staff in order for the public to evaluate and form opinions on those policies."

B-302504, at 10. *See also* B-320482, Oct. 19, 2010 (Department of Health and Human Services' (HHS) television advertisement describing changes to Medicare are not purely partisan despite some overstatement of the benefits); B-319834, Sept. 9, 2010 (although an HHS brochure contained instances in which HHS presented abbreviated information and a positive view of recent changes to Medicare that are not universally shared, nothing in the brochure constituted communication that is purely partisan); B-319075, Apr. 23, 2010 (while HHS's *HealthReform.gov* Web site and *State Your Support* Web page contained statements that may be characterized as having political content, GAO found no statements that are purely partisan).

In B-302992, Sept. 10, 2004, GAO upheld the Forest Service's right to produce and distribute a brochure and video materials regarding its controversial policy on managing wildfire in the Sierra Nevada Forest. Because the materials sought to explain hundreds of pages of scientific data, official opinions, and documents of the Forest Service, they were not comprehensive and did not explain all the positive and negative aspects of the thinning policies adopted in its regional forest plan. GAO concluded that the Forest Service had the authority to disseminate information about its programs and policies and to defend those policies.

In B-322882, Nov. 8, 2012, GAO reviewed an e-mail written by a Consumer Product Safety Commission staff member to a swimming pool industry representative. The e-mail encouraged the recipient to contact nine Members of Congress belonging to the same political party who supported a change in a Commission interpretive rule. The staffer explained that hearing from the industry representative may provide the Members of Congress "some insight into the safety of the current [before the revised rule] system." GAO acknowledged that encouraging a person to contact Members of Congress of a single political party "may imbue the [e-mail] with a subtle political tone." However, the publicity or propaganda prohibition "does not bar materials that may have some political content or express support for a particular view." Moreover, an e-mail is not purely partisan solely because it fails to present a balanced view of the consequences of agency action. Because the e-mail purported to facilitate an exchange of information regarding pool safety, the staff member's e-mail was not completely devoid of official functions and therefore did not violate the prohibition.

Apart from considerations of whether any particular law has been violated, GAO has taken the position in two audit reports that the government should not disseminate misleading information. In 1976, the former Energy Research and Development Administration (ERDA) published a pamphlet entitled *Shedding Light On Facts About Nuclear Energy*. Ostensibly created as part of an employee motivational program, ERDA printed copies of the pamphlet far in excess of any legitimate program needs, and inundated the state of California with them in the months preceding a nuclear safeguards initiative vote in that state. While the pamphlet had a strong pro-nuclear bias and urged the reader to "Let your voice be heard," the pamphlet did not violate any anti-lobbying statute because applicable restrictions did not extend to lobbying at the state level. B-130961-O.M., Sept. 10, 1976. However, GAO's review of the pamphlet found it to be oversimplified and misleading. GAO characterized it as propaganda not suitable for distribution to anyone, employees or otherwise, and recommended that ERDA cease further distribution and recover and destroy any undistributed copies. *See* GAO, *Evaluation Of the Publication and Distribution Of*

> the Congress in connection with any matter pertaining to the employment of such other officer or employee or pertaining to the department or agency of such other officer or employee in any way, irrespective of whether such communication or contact is at the initiative of such other officer or employee or in response to the request or inquiry of such Member, committee, or subcommittee . . . ."

Pub. L. No. 114-113, div. E, title VII, § 713, 129 Stat. 2242, 2475-2476 (Dec. 18, 2015); *see also* Pub. L. No. 113-235, div. E, title VII, § 713, 128 Stat. 2130, 2382 (Dec. 16, 2014). This provision has its antecedents in several older pieces of legislation, including section 6 of the Lloyd-La Follette Act of 1912, Pub. L. No. 336, ch. 389, 66 Stat. 539, 540 (Aug. 24, 1912), which stated: "The right of persons employed in the civil service of the United States, either individually or collectively, to petition Congress, or any Member thereof, or to furnish information to either House of Congress, or to any committee or member thereof, shall not be denied or interfered with."

Congress enacted section 6 in response to concern over executive orders by Presidents Theodore Roosevelt and Howard Taft that prohibited federal employees from contacting Congress except through the head of their agency. The legislative history of this provision indicates that Congress intended to advance two goals: to preserve the First Amendment rights of federal employees regarding their working conditions and to ensure that Congress had access to programmatic information from frontline federal employees. *See* H.R. Rep. No. 62-388, at 7 (1912); 48 Cong. Rec. 5634, 10673 (1912).

In B-302911, Sept. 7, 2004, GAO concluded that the Department of Health and Human Services violated this provision by paying the salary of the Director of the Centers for Medicare & Medicaid Services (CMS) who prohibited the CMS Chief Actuary from

*"Shedding Light On Facts About Nuclear Energy,"* EMD-76-12 (Washington, D.C.: Sept. 30, 1976).

In a later report, GAO reviewed a number of publications related to the Clinch River Breeder Reactor Project, a cooperative government/industry demonstration project, and found several of them to be oversimplified and distorted propaganda, and as such questionable for distribution to the public. However, the publications were produced by the private sector components of the Project and paid for with utility industry contributions and not with federal funds. GAO recommended that the Department of Energy work with the private sector components in an effort to eliminate this kind of material, or at the very least ensure that such publications include a prominently displayed disclaimer statement making it clear that the material was not government approved. GAO, *Problems With Publications Related To The Clinch River Breeder Reactor Project*, EMD-77-74 (Washington, D.C.: Jan. 6, 1978).

### c. Employee communications with Congress

Since 1998, annual appropriations acts each year have contained a government-wide prohibition on the use of appropriated funds to pay the salary of any federal official who prohibits or prevents another federal employee from communicating with Congress. *See* Pub. L. No. 105-61, § 640, 111 Stat. 1272, 1318 (Oct. 10, 1997). Specifically, this provision states:

> "No part of any appropriation contained in this or any other Act shall be available for the payment of the salary of any officer or employee of the Federal Government, who . . . prohibits or prevents, or attempts or threatens to prohibit or prevent, any other officer or employee of the Federal Government from having any direct oral or written communication or contact with any Member, committee, or subcommittee of

providing certain cost estimates of Medicare legislation to Congress. The Director specifically instructed the Chief Actuary not to respond to any requests for information and advised that there would be adverse consequences if he released any information to Congress. GAO recognized that certain applications of the provision could raise constitutional separation of powers concerns; however, there was no controlling judicial opinion declaring the provision unconstitutional. GAO found that the provision, as applied to the facts in this case, precluded the payment of the CMS Director's salary because he specifically prevented another employee from communicating with Congress, particularly in light of the narrow, technical nature of the information requested by Congress and Congress's need for the information in carrying out its constitutional legislative duties. *See also* B-325124.2, Apr. 5, 2016 (the Department of Housing and Urban Development's (HUD) General Deputy Assistant Secretary for Congressional and Intergovernmental Relations and its Associate General Counsel prevented HUD's Regional Director from appearing before a congressional committee for a transcribed interview, in violation of the provision).

### d. Advertising in government publications

Suppose you opened this publication and found on the inside front cover a full-page advertisement for somebody's soap or underwear or aluminum siding or the local pool parlor. We assume most readers would find this offensive. There is, in fact, a long-standing policy against involving the government in commercial advertising. In the case of government publications, the policy is codified in section 13 of the Government Printing and Binding Regulations issued by the Joint Committee on Printing (1990 reprint):

> "No Government publication or other Government printed matter, prepared or produced with either appropriated or nonappropriated funds or identified with an activity of the Government, shall contain any advertisement inserted by or for any private individual, firm, or

# Exhibit 19

**2006**
**Principles of Federal Appropriations Law GAO (Chapter 6) 3rd Edition, Pages 34–38**
***The Antideficiency Act***

## C. The Antideficiency Act

### 1. Introduction and Overview

The Antideficiency Act is one of the major laws in the statutory scheme by which Congress exercises its constitutional control of the public purse. It has been termed "the cornerstone of Congressional efforts to bind the Executive branch of government to the limits on expenditure of appropriated funds."[34]

As with the series of funding statutes as a whole, the Antideficiency Act did not hatch fully developed but evolved over a period of time in response to various abuses. As we noted in Chapter 1, as late as the post-Civil War period, it was not uncommon for agencies to incur obligations in excess, or in advance, of appropriations. Perhaps most egregious of all, some agencies would spend their entire appropriations during the first few months of the fiscal year, continue to incur obligations, and then return to Congress for appropriations to fund these "coercive deficiencies."[35] These were obligations to others who had fulfilled their part of the bargain with the United States and who now had at least a moral—and in some cases also a legal—right to be paid. Congress felt it had no choice but to fulfill these commitments, but the frequency of deficiency appropriations played havoc with the United States budget.

The congressional response to abuses of this nature was the Antideficiency Act. Its history is summarized in the following paragraphs:[36]

> "Control in the execution of the Government's budgetary and financial programs is based on the provisions of section 3679 of the Revised Statutes, as amended . . ., commonly referred to as the Antideficiency Act. As the name . . .

[34] Hopkins & Nutt, *The Anti-Deficiency Act (Revised Statutes 3679) and Funding Federal Contracts: An Analysis*, 80 Mil. L. Rev. 51, 56 (1978).

[35] Hopkins & Nutt, at 57–58; Louis Fisher, *Presidential Spending Power*, 232 (1975).

[36] Senate Committee on Government Operations, *Financial Management in the Federal Government*, S. Doc. No. 87-11, at 45–46 (1961). In the Senate document, the Antideficiency Act is cited as "section 3679 of the Revised Statutes," a designation that is now obsolete.

implies, one of the principal purposes of the legislation was to provide effective control over the use of appropriations so as to prevent the incurring of obligations at a rate which will lead to deficiency (or supplemental) appropriations and to fix responsibility on those officials of Government who incur deficiencies or obligate appropriations without proper authorization or at an excessive rate.

"The original section 3679 . . . was derived from legislation enacted in 1870 [16 Stat. 251] and was designed solely to prevent expenditures in excess of amounts appropriated. In 1905 [33 Stat. 1257] and 1906 [34 Stat. 48], section 3679 . . . was amended to provide specific prohibitions regarding the obligation of appropriations and required that certain types of appropriations be so apportioned over a fiscal year as to 'prevent expenditures in one portion of the year which may necessitate deficiency or additional appropriations to complete the service of the fiscal year for which said appropriations are made.' Under the amended section, the authority to make, waive, or modify apportionments was vested in the head of the department or agency concerned. By Executive Order 6166 of June 10, 1933, this authority was transferred to the Director of the [Office of Management and Budget]. . . .

"During and following World War II, with the expansion of Government functions and the increase in size and complexities of budgetary and operational problems, situations arose highlighting the need for more effective control and conservation of funds. In order to effectively cope with these conditions it was necessary to seek legislation clarifying certain technical aspects of section 3679 of the Revised Statutes, and strengthening the apportionment procedures, particularly as regards to agency control systems. Section 1211 of the General Appropriation Act, 1951 [64 Stat. 765], amended section 3679 . . . to provide a basis for more effective control and economical use of appropriations. Following a recommendation of the second Hoover Commission that agency allotment systems should be simplified, Congress passed legislation in 1956 [70 Stat. 783] further amending section 3679 to provide that each agency work toward the

> objective of financing each operating unit, at the highest practical level, from not more than one administrative subdivision for each appropriation or fund affecting such unit. In 1957 [71 Stat. 440] section 3679 was further amended, adding a prohibition against the requesting of apportionments or reapportionments which indicate the necessity for a deficiency or supplemental estimate except on the determination of the agency head that such action is within the exceptions expressly set out in the law. The revised Antideficiency Act serves as the primary foundation for the Government's administrative control of funds systems."

In its current form, the law prohibits:

- Making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341(a)(1)(A).
- Involving the government in any contract or other obligation for the payment of money for any purpose in advance of appropriations made for such purpose, unless the contract or obligation is authorized by law. 31 U.S.C. § 1341(a)(1)(B).
- Accepting voluntary services for the United States, or employing personal services in excess of that authorized by law, except in cases of emergency involving the safety of human life or the protection of property. 31 U.S.C. § 1342.

- Making obligations or expenditures in excess of an apportionment or reapportionment, or in excess of the amount permitted by agency regulations. 31 U.S.C. § 1517(a).[37]

Subsequent sections of this chapter will explore these concepts in detail. However, the fiscal principles inherent in the Antideficiency Act are really quite simple. Government officials may not make payments or commit the United States to make payments at some future time for goods or services unless there is enough money in the "bank" to cover the cost in full. The "bank," of course, is the available appropriation.

The combined effect of the Antideficiency Act, in conjunction with the other funding statutes discussed throughout this publication, was summarized in a 1962 decision. The summary has been quoted in numerous later Antideficiency Act cases and bears repeating here:

> "These statutes evidence a plain intent on the part of the Congress to prohibit executive officers, unless otherwise authorized by law, from making contracts involving the Government in obligations for expenditures or liabilities beyond those contemplated and authorized for the period of availability of and within the amount of the appropriation under which they are made; to keep all the departments of the Government, in the matter of incurring obligations for expenditures, within the limits and purposes of appropriations annually provided for conducting their lawful functions, and to prohibit any officer or employee of the Government from involving the Government in any contract or other obligation for the payment of money for any purpose, in advance of appropriations made for such

[37] *See* S. Doc. No. 87-11, at 48; B-131361, Apr. 12, 1957. Further discussion of the Antideficiency Act from varying perspectives will be found in the following sources: James A. Harley, *Multiyear Contracts: Pitfalls and Quandaries*, 27 Public Contract L.J. 555 (1998); Col. James W. McBride, *Avoiding Antideficiency Act Violations on Fixed Price Incentive Contracts (The Hunt for Red Ink)*, June Army Lawyer (1994); Fenster & Volz, *The Antideficiency Act: Constitutional Control Gone Astray*, 11 Public Contract L.J. 155 (1979); Rollee H. Efros, *Statutory Restrictions on Funding of Government Contracts*, 10 Public Contract L.J. 254 (1978); Hopkins & Nutt, *The Anti-Deficiency Act (Revised Statutes 3679) and Funding Federal Contracts: An Analysis*, 80 Mil. L. Rev. 51 (1978); William J. Spriggs, *The Anti-Deficiency Act Comes to Life in U.S. Government Contracting*, 10 National Contract Management Journal 33 (1976–77); Col. John R. Frazier, *Use of Annual Funds with Conditional, Option, or Indefinite Delivery Contracts*, 8 A.F. JAG L. Rev. 50 (1966).

> purpose; and to restrict the use of annual appropriations to expenditures required for the service of the particular fiscal year for which they are made."

42 Comp. Gen. 272, 275 (1962).

To the extent it is possible to summarize appropriations law in a single paragraph, this is it. Viewed in the aggregate, the Antideficiency Act and related funding statutes "[restrict] in every possible way the expenditures and expenses and liabilities of the government, so far as executive offices are concerned, to the specific appropriations for each fiscal year." *Wilder's Case*, 16 Ct. Cl. 528, 543 (1880).

## 2. Obligation/Expenditure in Excess or Advance of Appropriations

The key provision of the Antideficiency Act is 31 U.S.C. § 1341(a)(1):[38]

> "(a)(1) An officer or employee of the United States Government or of the District of Columbia government may not—
>
> > "(A) make or authorize an expenditure or obligation exceeding an amount available in an appropriation or fund for the expenditure or obligation; or
> >
> > "(B) involve either government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law."

Not only is section 1341(a)(1) the key provision of the Act, it was originally the only provision, the others being added to ensure enforcement of the basic prohibitions of section 1341.

The law is not limited to the executive branch, but applies to any "officer or employee of the United States Government" and thus extends to all branches. Examples of legislative branch applications are B-303964, Feb. 3,

[38] Prior to the 1982 recodification of title 31 of the United States Code, the Antideficiency Act consisted of nine lettered subsections of what was then 31 U.S.C. § 665. The recodification scattered the law among several new sections. To better show the relationship of the material, our organization in this chapter retains the sequence of the former subsections.

# Exhibit 20

**September 29, 2026**
**Axios**
***"Scoop: Trump's hand-picked, taxpayer-funded ads about to ramp up"***

Sep 29, 2026 - Politics & Policy

# Scoop: Trump's hand-picked, taxpayer-funded ads about to ramp up

Alex Isenstadt

Add Axios on Google

Add Axios as your preferred source to see more of our stories on Google.



Photo: Alex Wroblewski/AFP via Getty Images

President Trump is personally selecting which government-funded ads his administration is airing ahead of the midterms — with more to come, Axios has learned.

- "This is just the beginning," an administration official told Axios.

**Why it matters:** The seemingly partisan nature of the taxpayer-funded ads — which come a little more than a month before the midterms — has drawn bipartisan pushback.

**Behind the scenes:** Trump — a former reality TV producer who has long fixated on how things play on television — has taken a hands-on role in the ad campaign.

- The ads are being produced inside the White House.
- Trump liked videos the White House digital team — which regularly churns out aggressive, war-room-style social media posts — was producing and began posting them to his Truth Social account.
- He then decided he wanted to put them on TV and picked the videos he wanted to air.
- The decision was made a couple of weeks ago, and the ads began airing Sept. 23.

**Zoom in:** The administration has run three ads spotlighting Trump touting his record and echoing themes from his campaign rhetoric, including warnings about "communism, socialism and Marxism."

- One closely mirrors a 2024 Trump campaign ad in which he vows to take on the "deep state," "globalists" and "warmongers" — but replaces the campaign sponsorship tagline with a disclaimer saying, "Paid for by the U.S. Government."

**Between the lines:** The Department of Homeland Security is placing the ad buys using money from an existing budget, according to the administration official.

- A DHS spokesperson referred Axios to a White House statement defending the ads.
- "Patriotism isn't partisan. These public service announcements are unapologetically American, clearly disclosed, and aimed at the country — not a line on the ballot," the statement said.
- The White House also noted that previous Democratic administrations used government money to air public service announcements.

**State of play:** The government has spent at least $2.5 million to air the ads, according to an estimate by the ad-tracking firm AdImpact.

- The ads have aired more than 2,000 times on broadcast networks and more than 50 times on cable.
- The single biggest program outlay was on Fox's NFL coverage over the weekend, with 340 airings.
- The football push comes as Republicans are pouring millions into advertising during NFL and college football games in an effort to reach male voters.

**Friction point:** The ads have drawn criticism from within the GOP, including from Senate Majority Leader John Thune (R-S.D.).

- Thune praised the message behind the ads but said they "shouldn't be paid for with taxpayer dollars."
- Democratic lawmakers, for their part, have claimed the ads are an illegal use of taxpayer dollars and blasted the videos as the "sort of government propaganda one might expect in North Korea."

**Yes, but:** The roughly $2.5 million spent so far is a tiny fraction of the $100M+ Trump's political operation is pouring into the midterms.

**The bottom line:** Republicans say the outrage is part of the point: Every time a network or cable show covers the ads, it gives them additional airtime for free.

- "When CNN takes a segment on it, they play the entire thing and it's great," the administration official said.

Add Axios on Google

## What to read next

Smarter, faster on what matters.

Explore Axios Newsletters

About Axios
Advertise with us
Careers
Contact us
Newsletters
Axios Live
Axios HQ
Privacy policy
Terms of use
Your Privacy Choices

Axios Media Inc., 2026

# Exhibit 21

**September 10, 2026**
**The Hill**
**"*Trump Tells Voters Ahead of Midterms: 'Pretend I'm on the ballot'*"**

THE HILL

Live: Lisa Cook Trending: Michigan Senate debate ICC sanctions Iowa election poll Sponsore

ADMINISTRATION

# Trump tells voters ahead of midterms: 'Pretend I'm on the ballot'

BY SARAH DAVIS - 08/27/26 2:04 PM ET

14



76° WATCH

0 Comment Share

**TOPICS:** TRUMP REPUBLICANS MIDTERM ELECTION DALLAS CONVENTION CONGRESS DEMOCRATS IMMI

President Donald Trump is putting himself at the center of the Republican Party's midterm strategy, urging supporters to vote in November as though his own name were once again on the ballot.

Trump tells Republicans: 'Pretend I'm on the ballot' in midterm push
The National Desk

Watch on

and promote Republican candidates ahead of the Nov. 3 elections.

> ***"And pretend that I'm on the ballot," Trump told the crowd. "I'm on the ballot. I'm on. Just one more time."***

ADVERTISEMENT

Trump framed control of Congress as essential to preserving his administration's policies, warning supporters that a Democratic takeover could threaten priorities ranging from immigration enforcement to taxes.

"Because if we lose, you're going to lose your border. You're going to lose your tax cuts. You're going to lose your safety and security. You're going to lose your wealth," Trump said.

The message reflects one of the central challenges facing Republicans this fall: motivating voters who turned out for Trump during the 2024 presidential election to return to the polls when he is not personally running.

76° WATCH

The National Desk

Trump on midterms: 'Pretend I'm on the ballot'

Presidents historically face political headwinds during midterm elections, and Trump experienced that dynamic during his first administration when Democrats captured control of the House in 2018.

This time, Trump is explicitly attempting to make the congressional elections a referendum on his presidency.

"We're running together," Trump told the Dallas convention. "This is the most important election of your lives."

Speaking with The National News Desk, political strategist and policy adviser Cory J. Ruth said Trump's presence could help Republicans energize portions of their coalition, but argued the convention alone will not determine what happens in November.

"Not enough by itself," Ruth said.

Ruth pointed to the increasingly narrow margins separating the parties in recent elections and argued that even relatively small changes in turnout could become consequential in competitive congressional races.

"Things are getting narrower," Ruth said. "Move from waves in the midterm to ripples."

76° WATCH

Republicans and Republican-leaning voters described themselves as extremely motivated to vote, compared with 66% of Democrats and Democratic-leaning voters.

The president has responded by repeatedly telling supporters to treat the midterms as though he is running again.

> ***"I'm asking you to pretend that I'm on the ballot," Trump said Wednesday. "Just one more time."***

Another major theme of Trump's convention address was his portrayal of Democrats as moving increasingly to the political left.

Trump has highlighted victories by progressive and democratic socialist candidates in Democratic primaries as evidence of an ideological shift within the opposition party.

Polling indicates perceptions of the Democratic Party's ideology could become an issue in November. CNN analysis earlier this year found 58% of voters viewed the Democratic Party as too liberal, described by the network's chief data analyst as an all-time high for that measure.

76°
WATCH

"I think the internal divide that's happening between mainstream Democrats and the socialist wing of the party, along with the perception that the party has gone too far to the left, has them wanting to change the subject," Ruth said.

Democrats, meanwhile, have sought to make the election a referendum on Trump's second term, focusing on issues including affordability, the economy and the administration's policies at home and abroad. Polling also shows significant dissatisfaction within the Democratic coalition itself, with nearly six in 10 Democratic-aligned voters telling CNN earlier this summer that they wanted major changes or a complete reform of their party.

The interview also examined another potential shift in the electorate: generational differences among Black voters.

Ruth argued younger Black voters are less tied to endorsements from longtime political and community leaders than previous generations.

"The younger generation is less attached to the sort of African-American gatekeepers that have signaled to the population who is acceptable for our vote and who is not," Ruth said.

He described younger voters as increasingly willing to evaluate candidates independently rather than automatically following traditional partisan voting patterns.

> ***"They're much more sort of shopping around, almost like an ideological mall, if you would, and looking for what their options are," Ruth said.***

Ruth argued that greater competition for Black voters could increase the political influence of the constituency if neither party assumes its support.

"The time when voting as a bloc was a strength for the Black community has sunset," Ruth said, offering his assessment of the changing electorate.

Recent polling in Michigan illustrates some of that uncertainty. CNN reported this week that 60% of likely Black voters in the state said they had firmly made up their minds in the Senate race, while the remaining 40% either could change their minds or had not yet decided.

76°
WATCH

constituencies that could determine closely contested races.

With less than two months remaining before Election Day, Trump's Dallas message makes clear how Republicans intend to approach the final stretch.

The president may not personally appear on any ballot this November, but he is asking his supporters to behave as though he does.

Whether voters ultimately view the midterms as a referendum on Trump, congressional Republicans, Democrats or broader concerns about the economy and direction of the country will be decided when they cast their ballots Nov. 3.

# Exhibit 22

**October 2, 2026**

**CNN**

**"'*God Made Trump' Ad and at Least 12 Others Are Part of Controversial Taxpayer-Funded Ad Campaign*"**

POLITICS • 6 MIN READ

# 'God made Trump' ad and at least 12 others are part of controversial taxpayer-funded ad campaign

UPDATED OCT 2, 2026

By  Betsy Klein

What we know about Trump's latest taxpayer-funded ad campaign

1:54

The Trump administration has created at least 13 campaign-style ads as part of its controversial taxpayer-funded, multi-million-dollar effort to promote President Donald Trump and his policies.

Yet-to-be-aired spots include a trio of ads highlighting the US military and operations in Iran and Venezuela, one called "God Made Trump" and another recapping the UFC fight

he hosted at the White House. Republicans and Democrats alike have questioned the wisdom of spending so much taxpayer money on the ads, which the White House has defended as public service announcements.

CNN has obtained clips of 12 ads, which range from 15 seconds to three minutes long, including two that have already aired. They appear in a Dropbox account — which was shared with CNN — run by LMD, the agency that has been given the government contract for the ad buys. Each ends with "Paid for by the U.S. Government" at the bottom of the screen. Another ad that is not in the Dropbox account, "Final Battle," has also aired in recent weeks.

The three ads that have already aired have appeared on TV networks including CBS, CNN, MS NOW, Fox News and Fox. It's not clear if all of the ads will air on television or digital platforms.

Asked for comment, the White House on Friday afternoon pointed to a just-posted video compilation of the president criticizing CNN.

While each of the ads has a different theme, many of them include imagery of the president and audio with positive reviews from news reports, which is likely to intensify criticism that the campaign is using taxpayer dollars to help Trump personally. They also include patriotic images — including the cap toss at a military graduation, fireworks over Mount Rushmore and military flyovers.

First lady Melania Trump, who has been a rare presence at the White House during the president's second term, is featured in many of the ads. There are also images from Trump's reciprocal tariff announcement, the border wall, his escalator presidential-campaign announcement and the tongue-in-cheek framed photograph of an auto pen signifying former President Joe Biden on Trump's "Presidential Walk of Fame."



As part of its controversial taxpayer-funded ad campaign, President Donald Trump's White House created a spot titled "UFC" that showcases the June match held at the White House. *(Obtained by CNN)*

CNN previously reported that Trump has personally driven the video ads, including helping select the imagery and videos used, according to a source familiar with the matter. Two Trump advisers familiar with the ads said that they were being created in-house by the White House video team — which is part of the communications team, responsible for the administration's public messaging — though at least one of them was produced by a pro-Trump meme group.

The ads that have aired so far have spurred widespread condemnation, even as the White House indicates it plans to ramp up its efforts. Democratic Rep. Jamie Raskin, the ranking member of the House Judiciary Committee, said in a post on X that the ads "may be felony criminal theft and conversion of government property for political campaign purposes." If Democrats win control of the House next year, he'll gain congressional subpoena power.

Even some Republicans have criticized the ad campaign.

“Look, if you want to spend money out of your super PAC or other campaign account to communicate that message, that’s fine. It’s not an appropriate PSA. It’s just not, you know, it’s not how we should be spending taxpayer dollars,” said Sen. Thom Tillis of North Carolina.

Sen. John Cornyn of Texas has said “no” the ads are not an appropriate use of taxpayer dollars. “It’s not even a close question.”



As part of its controversial taxpayer-funded ad campaign, the White House created a spot titled "Resilience" that shows President Donald Trump's progression from a younger man in the New York real estate market to the US president. *(Obtained by CNN)*

The “UFC 250” ad heavily promotes the company and the June fight that Trump hosted at the White House, prominently featuring UFC CEO Dana White as well as the fighters, the lit-up “claw” over the Octagon and the championship belt.

The “Maduro” spot intersperses a speech by Nicolas Maduro with appearances by Trump and his team at Mar-a-Lago following the Venezuelan dictator’s capture.

And "Military Hype" shows images of fighter jets and unclassified video of what appears to be missile launches. It also includes Trump's February speech announcing the war with Iran, a conflict which remains deeply unpopular with the American people.




...

CNN 5 Things

**In 2026, You Can't Spell 'Campaign Ads' Without AI**

Oct 05, 2026 • 15 min

"This regime will soon learn that no one should challenge the strength and might of the United States Armed Forces," Trump says in the ad, now seven months into the war.

Some of the ads are starkly political: The two-minute "King of the Jungle" video features images of Trump's perceived political enemies — former Presidents Barack Obama and Biden, Speaker Emerita Nancy Pelosi, former Secretary of State Hillary Clinton and California Gov. Gavin Newsom, all Democrats. There's video of lions hunting in the wild and a bald eagle sweeping down on the water. A cover of "In the Air Tonight" by In This Moment plays. And Christopher Walken's lion speech from the 2002 film, "Poolhall Junkies," is interspersed.




As part of its controversial taxpayer-funded ad campaign, President Donald Trump's White House created a spot titled "King of the Jungle" that intersperses images of Trump, campaign rallies, lions and eagles. *(Obtained by CNN)*

One of the spots, a three-minute-long ad titled “God Made Trump,” was broadcast during Republicans’ midterm convention in Dallas. In it, Trump is presented as a messianic figure with a riff on Paul Harvey’s “God Made a Farmer.” It was created by Dilley Meme Team, according to NPR, and began going viral earlier this year.

“I need somebody with arms strong enough to rustle the deep state, and yet gentle enough to deliver his own grandchild. Somebody to ruffle the feathers,” the voiceover says, “So God made Trump.”



As part of its controversial taxpayer-funded ad campaign, President Donald Trump's White House created a spot titled "God Made Trump," which portrays him as a messianic figure. *(Obtained by CNN)*

The ad “Resilience” shows Trump at multiple points in his life, including early in his New York real estate career, an appearance he made on “The Oprah Winfrey Show,” his descent down the Trump Tower escalator as he announced his candidacy in 2015 and then his time at the White House. In the audio, a reporter refers to him as “the bodyguard of Western Civilization.” His 2023 mugshot from a Fulton County, Georgia, sheriff’s office features prominently, along with video of an assassination attempt on him in Butler, Pennsylvania.

At least an estimated $5.6 million in taxpayer dollars have already been spent on the ads, according to a leading political ad-tracking firm, AdImpact. The actual cost of the taxpayer-funded ad campaign is even higher, but can’t be fully ascertained because public service announcements are subject to different public disclosure rules than campaign ads.

A total of $20 million has been allocated for the effort. The money for these ads is coming from Customs and Border Protection, two sources familiar with the matter told CNN.

Watchdog groups have said the ads mark a clear violation of appropriations law restricting the use of federal funding for propaganda or partisan communications, but it's not clear if outside groups have standing to file a lawsuit. Though the ads have received bipartisan criticism, Congress — which groups said had the clearest lane to provide some accountability — has not acted to block the ads.

*This story has been updated to reflect the White House response.*

Search CNN...

Subscribe

Sign in

Listen

Watch

US

World

Politics

Business

# Exhibit 23

**October 2, 2026**

**The New York Times**

**"T*rump Directed Use of Taxpayer Money for Ads Praising His Presidency*"**

# *Trump Directed Use of Taxpayer Money for Ads Praising His Presidency*

The government-funded ads show just how much President Trump has been able to use federal money for his own aims.

Listen · 10:54 min






**By Maggie Haberman, Hamed Aleaziz, Shane Goldmacher and Jonathan Swan**

Oct. 2, 2026

See more of our coverage in your search results.

**Add The New York Times on Google ↗**

President Trump personally instructed his budget director to use taxpayer money for TV ads praising him and his presidency, setting in motion a $20 million contract that used funds from the Department of Homeland Security, according to people familiar with the matter.

The ads have run across cable and network television — on Fox News, CNN and MS Now, with football games on Fox and with national newscasts on CBS, ABC and NBC, including “Meet the Press,” which Mr. Trump is known to watch.

Mr. Trump was eager to see the laudatory ads on the air and told Russell T. Vought, the director of the Office of Management and Budget, to come up with the money from within the government, the people said. Mark Paoletta, the budget office’s counsel, and Will Scharf, the White House counsel, both said it would be legal to

use D.H.S. funds. The president and Susie Wiles, the White House chief of staff, both spoke with Markwayne Mullin, the homeland security secretary, about the ads.

On Sept. 20, U.S. Customs and Border Protection — which falls under D.H.S. — awarded the contract to LMD, a Maryland marketing firm, federal records show.

This article is based on interviews with 12 people familiar with the president's interest in the ads and how they came to be. They spoke on condition of anonymity to describe the president's demand.

The taxpayer-funded ads have been criticized by Democrats and even some Republicans as a possible violation of federal laws against using taxpayer dollars for "publicity or propaganda purposes." And they come as the president is also directing spending from his super PAC — MAGA Inc., which entered the fall with $400 million — for which he has been raising money since he won re-election in 2024.

It was not clear why taxpayer funds, and not money from the super PAC, were used for the spots.

The White House has called the ads public service announcements and said they are appropriate because there is no "call to action" to vote for any candidate. Some of his aides also noted that Mr. Trump is not running for office now, in an attempt to blunt criticism of the ads as violating federal laws about the use of public money.

When pressed by a reporter on Wednesday, Mr. Trump said: "If somebody said that that's wrong, I'll gladly pay the money."

"But these are ads for the country," he added. "You have to understand. I'm not promoting a candidate. I'm not promoting myself because I'm not running for office. I'm promoting the country."

At least four spots have run so far, at a cost of about $5.5 million, and that is expected to grow, according to the media tracker AdImpact and people familiar with the spending. One played images of Mr. Trump to the song "Love Me" by

Christian Berishaj, who performs as JMSN. (The artist has protested the use of his song.)

**Sign up to get Maggie Haberman's articles emailed to you.** Maggie Haberman is a White House correspondent reporting on President Trump. Get it sent to your inbox.

Another was identical to a Trump campaign video from 2024 that condemns “villains” whom the president perceives as enemies. The use of material originally made during Mr. Trump’s political campaign has given fuel to critics who reject the White House claim that the ads are simply public service announcements.

A third ad, about the Iran war, features remarks from both Mr. Trump and Defense Secretary Pete Hegseth.

Such public service spots typically say which agency paid for them. In this case, all of the ads had an unusual tagline: “Paid for by the U.S. government.”



Fighter jets fly over the White House before an Ultimate Fighting Championship match on June 14 that was attended by President Trump and Dana White, the U.F.C. president who was featured in an ad paid for by a Trump-linked nonprofit. Kenny Holston/The New York Times

## 'Love Me'

On Aug. 7, Mr. Trump was in the Oval Office with a group of Republican strategists working with his team, along with James Blair, his top political adviser, and Ms. Wiles. Natalie Harp, his ever-present assistant and provider of positive news about himself, was there as well.

At the time, Mr. Trump's advisers were waiting for him to sign off, finally, on spending from his super PAC for midterm candidates, after months of anxiety from Republican candidates about whether he would help them financially in tight races.

But during that meeting, the president was much more interested in looking at videos of himself.

He turned to Ms. Harp and asked her to show the group the type of imagery he favors.

**Sign up for the On Politics newsletter.** It's a pivotal moment for American politics. Join us for 2026 and beyond. Get it sent to your inbox.

Ms. Harp pulled up a series of videos made by the White House digital team on her tablet: Mr. Trump standing in front of vast crowds; Mr. Trump beside Marine One; Mr. Trump with fighter jets streaking overhead.

One video showed Dana White, the U.F.C. president, at the 2024 Republican convention, calling Mr. Trump "the toughest, most resilient person that I've ever met." Mr. Trump has talked with delight about that quote repeatedly ever since.

Mr. Trump made clear he planned to travel to support candidates in the midterms, but also that his presidency needed to be promoted, front and center, in the commercials his advisers were making.

Later that month, The Atlantic reported that MAGA Inc. was planning a blitz of midterm ads, with Trump as the centerpiece.

Instead, a Trump-linked nonprofit called Securing American Greatness aired a spot featuring the Dana White quote, spending just under $60,000, according to AdImpact. The ad primarily aired over Sept. 2 and Sept. 3 around Washington, where Mr. Trump was sure to see them.

But then, weeks later, several ads glorifying Mr. Trump began appearing across the country — this time paid for by taxpayers, by way of Customs and Border Protection.

The ads included the "Love Me" spot, in which Mr. Trump says in a voice-over that "America will never be a communist country."

As the taxpayer-funded spots began running, MAGA Inc. has spent directly to help out in one specific race, putting more than $20 million into the Texas Senate campaign. Two other new groups linked to MAGA Inc. — No Going Back PAC and Safety and Affordability PAC — were recently created and have spent and reserved more than $163 million on spots in races across the country.

But those ads feature Mr. Trump only sparingly.

Asked to comment for this story, the White House press office sent an unsigned statement saying, "These public service announcements are about reminding Americans to love their country and understand what makes it worth defending, at home, at our borders and abroad."

The White House has said there is precedent for using taxpayer money for the ads. "Don't let the Fake News get away with their lies about our epic Public Service Announcements that have been running on tv," Steven Cheung, the White House communications director, posted on X on Sept. 27.

His office sent out an email stating that "presidential public service announcements are nothing new," comparing the spots to efforts to promote health care policy in past administrations, or President Woodrow Wilson's World War I propaganda campaign.

The Government Accountability Office has found likely or confirmed violations of the anti-propaganda rule before, including during the tenures of both President Barack Obama and President George W. Bush. Those cases concerned publicity campaigns related to policies, not ads focused on the presidents themselves.




Homeland Security Secretary Kristi Noem appeared in a $200 million-plus government ad campaign in 2025 that led to her ouster. Michelle Gustafson for The New York Times

## ‘This Is My Money’

The money for the ads was freed up on Sept. 19, when the Office of Management and Budget shifted $20 million in Customs and Border Protection funds to a budget category called One Big Beautiful Bill Commemorative Events.

The next day, C.B.P. awarded a $20 million contract to LMD, a marketing firm based in Columbia, Md., that federal records show had past work as a government contractor. The actual purchase of the airtime was made by a second firm, LMO, according to a person familiar with the events, who wasn’t authorized to discuss them publicly.

A spokeswoman for the Office of Management and Budget declined to comment on the reporting for this story. A spokesperson for the Homeland Security Department would only say, “D.H.S. follows all applicable rules for contracting decisions and

keeps all decision makers informed. All contracting decisions are made in accordance with applicable law." Officials with LMD and LMO did not respond to requests for comment.

The spots started out airing narrowly but soon ran in heavy rotation not just on cable channels, but on broadcast networks as well. They ran heavily on the network morning programs like "Good Morning America" and "CBS Mornings," according AdImpact, and appeared in entertainment shows including "Jimmy Kimmel Live!" and "The Amazing Race." One aired repeatedly during weekend football broadcasts on the Fox network.

The ads are not the first costly television campaign under Mr. Trump, nor are they the first controversial ones. In 2025, Kristi Noem, the homeland security secretary at the time, appeared in a $200 million-plus government ad campaign. The ads, which showed Ms. Noem on a horse at Mount Rushmore, ultimately drew the president's disapproval, and became the justification for replacing Ms. Noem.

The latest ads promoting Mr. Trump come as his standing with the public has dropped. His approval rating sits at around 37 percent, a number that has been low and steady for months, according to a polling tracker by The New York Times. Republicans are increasingly fearful of a Democratic sweep of both House and Senate, and losses in state legislatures.

Mr. Trump has remained a prodigious fund-raiser for his various construction projects around Washington and at the White House, as well as his future presidential library. Last month, he promised to spend "probably" $400 million to $500 million on midterm election races, but he made clear who holds the purse strings to his super PAC.

"This is my money that I control," Mr. Trump said.

Reporting was contributed by Jim Rutenberg in New York and Luke Broadwater in Washington.

**Maggie Haberman** is a White House correspondent for The Times, reporting on President Trump.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy for The Times.

**Shane Goldmacher** is a Times national political correspondent.

**Jonathan Swan** is a White House reporter for The Times, covering the administration of Donald J. Trump. Contact him securely on Signal: @jonathan.941

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Trump Ordered Public Funding For Praise Ads

# Exhibit 24

**September 29, 2026**

**PBS NewsHour "*Homeland Security Spending $20M in Taxpayer Funds for Pro-Trump Ads*"**

# Homeland Security spending $20M in taxpayer funds for pro-Trump ads

**Politics** Sep 29, 2026 3:04 PM EDT

WASHINGTON (AP) — The Department of Homeland Security has tapped $20 million to pay for the campaign-style ads glorifying President Donald Trump that have drawn widespread criticism from Republicans and Democrats as a blatant misuse of taxpayer dollars that likely runs afoul of anti-propaganda law.

In a letter Tuesday to Homeland Security Secretary Markwayne Mullin, two top Democratic senators said that the money is being drawn from Trump's so-called "One Big Beautiful Bill" and was supposed to go for U.S. Customs and Border Protection.

"We should not have to remind you that using government funding to create or air political ads like the ones that have been running over the last few days is illegal and a shockingly corrupt misuse of taxpayer dollars," wrote Sen. Patty Murray of Washington, the top Democrat on the Senate Appropriations Committee, and Sen. Chris Murphy of Connecticut, the ranking Democrat on the subcommittee that handles Homeland Security funding.

The senators, in their letter to Mullin, demanded answers within the next 48 hours about "how this president is literally stealing their tax dollars to air campaign ads celebrating himself."

They asked the secretary if the department plans to use additional federal funds to air these ads or create new ones, and if so to share contracting information with the Congress. They also asked Mullin if he had spoken to Trump about using the taxpayer funds for the ads.

The political uproar over Trump's hagiographic ads, which started running last week during popular TV shows, including college and National Football League programming, has not abated as critics on the left and right raise alarms about the use of taxpayer funds, particularly so close to the midterm elections.

The White House has defended the advertisements, which disclose that they are funded by the U.S. government, as public service announcements.

## Ad spend is up to $2.5m as criticism and legal scrutiny grow

The unusual commercials, which echo the GOP's midterm election slogans, against imagery of Trump's tenure in office — one with a "Love me, Love me" song refrain in the background — appear to violate a law against congressionally appropriated funds being used for propaganda. Experts also have said the ads, which are airing on network and cable TV and streaming, differ from other administrations' PSAs because they aren't designed to help Americans access any specific program.

Over the weekend, a new ad promoting the president resembles a black-and-white video from his own 2024 campaign that shows Trump walking down a hallway as his voice can be heard warning of a "final battle" against "globalists" and "warmongers." It ends with Trump staring straight into the camera lens with the "Paid for by the U.S. Government" message printed.

**WATCH: Tamara Keith and Amy Walter on taxpayer funds used for TV ads promoting Trump**

Sen. Thom Tillis, a Republican from North Carolina, compared Trump's ads to those used by authoritarian former leader Viktor Orban of Hungary. Senate Majority Leader John Thune, a Republican from South Dakota, said it "shouldn't be paid for with taxpayer dollars."

Data from the outside firm AdImpact shows more than $2.5 million was spent on the three ads over the past seven days. The actual amount spent could be significantly more, depending on whether networks classified the ads as political.

The senators said that DHS has committed $20 million to the campaign.

A person who was unauthorized to discuss the situation and granted anonymity confirmed the findings, which were first reported by the Wall Street Journal.

## Trump's ads use taxpayer dollars, likely skirting the law

The unusual ad campaign comes as Republicans face an increasingly volatile midterm election season with their control of the House and Senate — and Trump's future agenda — all at risk.

Voters say they are struggling with high prices of gas and groceries, and are concerned about the lengthy U.S. war against Iran, now in its seventh month. Democrats are gearing up for vast oversight of Trump and his administration if they seize power, and impeachment is not off the table.

House Democrats said Trump's director of the Office of Management and Budget, Russ Vought, moved the money from Homeland Security to the ad campaign on Sept. 19.

The Homeland Security funds are part of a whopping $175 billion Congress gave the department in the "Big, Beautiful, Bill" as part of his immigration enforcement and deportation agenda. Democrats voted against that package, which Trump signed into law last summer, in part because of its steep cuts to Medicaid and the Supplemental Nutrition Assistance Program, known as SNAP.

Rep. Rosa DeLauro of Connecticut, the top Democrat on the House Appropriations Committee, and Rep. Henry Cuellar of Texas, the ranking Democrat on the Homeland Security subcommittee, said that after gutting $1 trillion from Medicaid and social services and "more than quadrupling funding for mass deportations, it turns out the Trump administration used Republicans' One Big Beautiful Bill to pay for President Trump's political ads."

They said when Democrats regain control, they "will work to uncover and reverse misuses of taxpayer money like this and hold those who abused their power accountable."

What's also striking about the administration's use of taxpayer dollars for the ads is that Trump's own political campaign committee MAGA Inc. is sitting on hundreds of millions of dollars of funding that could be used during the midterm season. Groups aligned with MAGA Inc. have started shelling out funds for the House and Senate races.

The administration has defended the use of the taxpayer dollars for the ads and shown no signs of changing course.

# Exhibit 25

**October 6, 2026**
**Politico**
**"*Trump Will Not Reimburse Federal Government For Taxpayer-Funded Advertisements*"**

POLITICO

# Trump will not reimburse federal government for taxpayer-funded advertisements

Trump has spent about $11.6 million on ads promoting himself using funds from the Department of Homeland Security.




President Donald Trump waves as he departs after delivering remarks during an event at Tradepoint Atlantic in Baltimore County, Maryland, on Oct. 6. | Francis Chung/POLITICO

By **CHEYANNE M. DANIELS**
10/06/2026 8:58 PM EDT

+ Add POLITICO on Google

President Donald Trump will not reimburse the federal government for taxpayer-funded advertisements promoting him and his administration ahead of the November midterms — and even dropped a new ad on Tuesday.

Following bipartisan backlash to the more than $10 million spent on what the White House dubbed "Patriotic Ads," Trump announced Monday on Truth Social that his super PAC would cover the cost of the ads. But White House officials clarified on Tuesday to

POLITICO that the president's post did not mean the PAC would pay for the spots that had already aired.

The latest ad highlights the American mission to remove Venezuela's former leader Nicolás Maduro. The minute-long spot features Trump, Secretary of State Marco Rubio and Defense Secretary Pete Hegseth speaking from a podium about the operation.

In all, Trump has spent about $11.6 million on more than a dozen ads, according to an estimate from AdImpact, an analytics firm which tracks advertising. The advertisements were reportedly paid for with funds from a $20 million contract awarded by the Department of Homeland Security. One ad is titled "God made Trump." Another is nearly identical to a 2024 presidential campaign ad Trump aired, though it ends with the message, "Paid for by the U.S. Government."

Lawmakers of both parties have criticized the ads for their political nature and the use of taxpayer dollars. The White House pointed out that in 2003 and 2004, the Bush administration ran a national television campaign explaining the Medicare Prescription Drug, Improvement, and Modernization Act to seniors. The Obama administration used national advertising to promote the Affordable Care Act, subsidies and open enrollment. And the Biden administration used television, digital, radio and print spots to promote Covid-19 vaccinations.

Trump on Tuesday also defended the ads to reporters outside the White House.

"The ads were really good. They were promotion for the country," he said. "Done by many presidents before, so we'll decide."

The White House did not clarify if the president will finish airing ads on the remaining funds from the contract. In a Sept. 25 statement, the White House said the videos are "very clearly not campaign ads."

"President Trump is not on the ballot and there is no call to action," the White House said. "Instead, the announcements are a reminder for Americans to love their country and know why it's worth defending — at home, at the border, and abroad."

Related Tags

**Advertisements** **Midterm Elections** **White House** **Donald Trump**

# Exhibit 26

**October 7, 2026**

**The New Republic**

**"*Trump Is Still Airing Campaign Ads With Your Money by the Way*"**

# Breaking News

from Washington and beyond

Most Recent Post

# Trump Is Still Airing Campaign Ads With Your Money by the Way

Share This Story

The president hasn't stopped those taxpayer-funded advertisements, despite promising he would.




signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Cookie preferences

**Ensure our investigative pieces, political dispatches, and cultural critiques are front and center when you search. Prioritize TNR on Google.**

President Trump is still using your money to pay for his propaganda hype video commercials ahead of the midterms.

On Wednesday morning, another "Final Battle" commercial for the president aired on *Fox & Friends*, featuring a black and white clip of Trump walking while he references a "final battle." It's the same one that aired on September 27.

"This is the final battle. With you at my side, we will demolish the deep state. We will expel the warmongers from our government. We will drive out the globalists, we will cast out the Communists, Marxists, and fascists," he says in the ad. "We will throw off the sick political class that hates our country. We will rout the fake news media and we will liberate America from these villains once and for all."

×
Privacy Badger has replaced this X (Twitter) widget
Allow once
Always allow on this site

"Paid for by the U.S. Government" flashes at the bottom of the screen as the commercial concludes. The advertisement is virtually identical to a 2024 Trump campaign ad.

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

service announcements. The first was that strange "Love Me" ad, which debuted late September on Fox News during *Jesse Watters Primetime*.

And these commercials aren't convincing anyone. According to a recent Reuters/Ipsos poll, 86 percent of Americans disapprove of Trump's use of taxpayer funds on the commercials. Even Republican Senators John Thune and Mike Rounds were critical, while Vice President JD Vance insisted that the ads were somehow "not partisan" and that they were "trying to tell a story."

Whatever story that is doesn't seem to matter ahead of midterms, as Americans struggling with rising prices need more than cool videos to assuage them.

Most Recent Post

Share This Story

# Leaked Emails Show ICE Slashed Training Time for Partner Agencies

Share This Story

Officers working with local ICE-partnered law enforcement agencies now only have to undergo 40 hours of virtual training, down from four weeks of in-person work.

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

BLAKE FAGAN/AFP/GETTY IMAGES

Edith Olmsted /
October 7, 2026 / 11:33 a.m. ET

The Department of Homeland Security radically reduced training requirements for local law enforcement officers whose departments had agreed to help Immigration and Customs Enforcement.

In an email obtained by American Oversight, an ICE official whose name was redacted explained that the training had been reduced from four weeks of in-person

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Since President Donald Trump reentered office, the number of local police departments collaborating with ICE has increased exponentially. Under the Biden administration, there were 135 active 287(g) agreements across 16 states. Now, more than 2,600 agencies are receiving compensation to assist in Trump's sweeping deportation efforts, according to the *Post*. White House deputy Chief of Staff Stephen Miller demanded last year that ICE arrest 3,000 immigrants a day.

Chioma Chukwu, executive director of American Oversight, told the *Post* that some of the materials cut from the training would have helped officers understand whether they had a lawful basis to arrest someone in the first place.

"So for example, who is actually a citizen, what is their immigration status, what grounds could possibly justify seeking their removal?" Chukwu said.

The dangerous consequences of these changes seem obvious: less training will only sow more confusion and chaos during arrests, which will inevitably lead to violent encounters between civilians and law enforcement.

Read more about ICE:
**ICE Secretly Investigated Hundreds of Nonprofits Across the Country**

Share This Story

Most Recent Post

# ICE Secretly Investigated Hundreds of Nonprofits Across the Country

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

CHARLY TRIBALLEAU/AFP/GETTY IMAGES

Hafiz Rashid /
October 7, 2026 / 10:43 a.m. ET

Immigration and Customs Enforcement investigated hundreds of voter registration groups over the past year as part of their efforts to catch noncitizens voting.

The nonprofit organization Democracy Forward obtained government documents showing a wide-ranging probe into the nonprofit groups. The documents also revealed deliberations within Homeland Security Investigations, which conducts

signal detected and applied.

This website uses cookies and other tracking technologies (“Cookies”) to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

HSI focused on groups in the battleground states of Pennsylvania and Ohio, although it also looked into organizations in Minnesota, Washington, D.C., and New Jersey as well. There is no proof that HSI ever went ahead with using undercover agents, according to Democracy Docket.

The investigations involved using nonprofit search engines and other databases attempting to find "derogatory information" about them. HSI looked into at least 82 organizations in Pennsylvania, including the state's branch of Council on American-Islamic Relations, the country's largest civil rights and advocacy organization for American Muslims.

The efforts went beyond nonprofits, as HSI investigated state primary elections earlier this year, the documents revealed, trying to find "any notable trends or vulnerabilities in upholding election integrity."

HSI's efforts in Pennsylvania also included investigating Zumiez, a clothing brand that has worked with organizations like Voto Latino and Rock the Vote that encourage civic engagement among young people. Why Zumiez received scrutiny is unclear, as it is a national corporation with headquarters in Washington state.

All of the administration's efforts seem to be an attempt to prove a long-standing conservative conspiracy theory that Democrats register noncitizens to vote to win elections. Despite the right's repeated claims of rigged elections, the few actual cases of voter fraud appear to catch conservatives more than anyone else.

Editor's Pick:
**Republican Sheriff Ordered to Return Thousands of Ballots He Stole**

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Donald Trump refused to give an update on whether he has received more information.

Share This Story

BONNIE CASH/UPI/BLOOMBERG/GETTY IMAGES

Ellie Quinlan Houghtaling /
October 7, 2026 / 10:35 a.m. ET

Donald Trump is dragging his feet in dealing with the recent pneumonic plague case in Russia.

Speaking with reporters on the White House South Lawn Tuesday evening, the

signal detected and applied.

This website uses cookies and other tracking technologies (“Cookies”) to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

"I have a call scheduled, yup," Trump said.

"When is that call scheduled for?" the reporter followed up.

"Very soon," Trump added.

When asked by another reporter if American intelligence agencies had more intel on the suspicious death, Trump relented that he was in "deep discussions" with U.S. officials and could speak about it "probably tomorrow."

But Trump did not answer any other questions on the matter, including an attempt to specify if the timeframe for speaking with Putin was contained to sometime this week.

Darya Shipilova, a 28-year-old laboratory technician who worked at the Irkutsk Anti-Plague Research Institute in Siberia, died of severe pneumonia on the night between October 1 and October 2. Russian health officials have not yet confirmed that her death was the result of pneumonic plague, or explained how she got ill, but her death sparked enough regional concern to place 200 people who had been in contact with Shipilova into quarantine.

Rospotrebnadzor, Russia's health watchdog, announced Wednesday that 90 percent of the people placed into quarantine had been released after thousands of lab tests came back negative for dangerous pathogens, according to Reuters.

The agency rejected assertions that the lab worker fell ill from exposure at her workplace, noting in a statement that Shipilova was vaccinated and therefore "immune to the dangerous infections with which she worked."

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

# Now Trump Wants To Turn His Golf Club Into Camp David

Share This Story

Trump has submitted the plans to the Palm Beach County commissioners.

JEFF J MITCHELL/GETTY IMAGES

Malcolm Ferguson /
October 7, 2026 / 10:20 a.m. ET

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

property, it lies on land leased by Palm Beach County, hence the gracious proposal letter.

The plans have appeared to progress significantly, with the county seriously considering the proposal, *The Washington Post* reported Wednesday.

The president has long found Camp David to be undesirable for his tastes, saying in 2017 that he could only enjoy the historic retreat center "for about 30 minutes."

"Just as Camp David, Windsor Castle, or the Elysee Palace are known worldwide, so too will the Presidential Golf Course in Palm Beach County," attorney Harvey Oyer, who is representing the property, wrote in his letter to the county commissioners. "It would further cement Palm Beach County as one of the most recognizable brands and destinations in the world."

"The property is minutes away from the Donald J. Trump International Airport, does not have buildings looming, does not have houses along the course, has great security features, is close to law enforcement, and happens to be a highly-rated golf course," an anonymous White House official told the *Post*. "These are features that are necessary for any presidential retreat."

This is the most corrupt president in modern history trying to use his own private property to replace a historic presidential retreat center—which is in perfectly fine condition and was more than adequate for every other president and diplomat before him. But while we may see this new property, which Trump intends to keep under his own company, as another grift, Trump is framing it as a "gift" and a "lasting contribution" to all future presidents, even offering to comp membership fees for them. Thanks. Now he'll never need to leave Palm Beach ever again.

signal detected and applied.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

The TNR Blue Book

**Get daily scoops, strategy, and developments inside the liberal ideas factory delivered right to your inbox.**

**It's free. Sign up.**

**Read More:** Politics, Law, Supreme Court, Constitution, Foreign Policy, Health Care, Economic Inequality, Taxes, Washington

*signal detected and applied.*

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

# Exhibit 27

**October 6, 2026**

**Daily Express U.S.**

**"*DWTS Fans Furious as Trump 'Propaganda' Ad Funded by Taxpayers Airs and 'Ruined my Night*"**

DAILY EXPRESS U.S.

# DWTS fans furious as Trump 'propaganda' ad funded by taxpayers airs and 'ruined my night'

**Dancing With the Stars fans were left ruming over a Donald Trump ad that ran during the middle o the ABC show's Mariah Carey night episode.**



Dancing with the stars fans were left fuming over Donald Trump's ad that ran during the show (Image: ABC)

Dancing With the Stars fans were left fuming after a Donald Trump ad took over their screens during one of the show's commercial breaks on Mariah Carey night, with some calling it "propaganda."

The dance competiton series (/latest/dancing-with-the-stars), which airs on ABC (/latest/abc) and Disney+, has long been applauded by fans for largely swerving political discourse and drama, even when it casts politicians who aren't deemed popular.

Article continues below

ADVERTISEME

ADVERTISEMENT

However, during Season 35's Mariah Carey night, where one celebrity was deemed most at risk of potentially being cut (/entertainment/tv/217470/dwts-elimination-jackson-olson-birthday), the praise disappeared following one commercial break with a partisan political ad featuring none other than Trump.

- **Meghan and Harry just got slapped with a truth bomb - this blunder may end their UK dream (/entertainment/celebrity-news/216951/harry-meghan-slapped-truth-bomb)**
- **Meghan has just demanded princess 'treatment' - it's about to blow up in her face (/entertainment/celebrity-news/216839/meghan-has-just-demanded-princess)**

Trump has been actively campaigning for MAGA Republican candidates on tickets ahead of the midterm elections, and he's been sharing concerning comments during rallies that have sparked backlash.

Article continues below

ADVERTISEME

ADVERTISEMENT

However, the new ad unleashed a flurry of negative commentary, as viewers quickly slammed it as "propaganda" with the message it promoted.

Article continues below

ADVERTISEME

ADVERTISEMENT

# Exhibit 28

**September 25, 2026**
**The Independent**
**"*CBS Continues to Air Ads Promoting Trump*"**

INDEPENDENT

bulletin

News for seriously busy people

Download our app

All News Sport Culture Lifestyle

# CBS continues to air ads promoting Trump

Rhian Lubin

Friday 25 September 2026 17:41 BST



Trump offers Xi state dinner guests first-ever tour of ballroom construction site

- CBS stations aired a second taxpayer-funded advertisement praising President Donald Trump, featuring a military operation to capture former Venezuelan President Nicolas Maduro.
- The commercial follows a similar anti-communist ad on Fox News, both of which have drawn heavy criticism and accusations of government-funded propaganda.
- Congressional Democrats strongly condemned the ads, calling them an egregious and illegal misuse of taxpayer dollars for political propaganda.

Skip to content

- The White House defended the commercials as educational and unapologetically patriotic public service announcements, denying any political purpose.
- The broadcast comes as CBS News faces ongoing scrutiny over its editorial shift toward a more conservative stance under new leadership.

**IN FULL**

**CBS's Trump push ramps up as it airs taxpayer-funded 'campaign' ad**



MORE BULLETINS

Skip to content

# Exhibit 29

**October 6, 2026**
**Maduro Ad; Television Ad**

Wini

tveyes.com

## 4:19:09 AM - WCAX-BUR (CBS) - CBS News Mornings




1/1 4:19:15 AM

PROGRAM TRANSCRIPTION VIEWERSHIP

Auto scroll

4:19:10 AM

Real food just tastes better only at old foods market. Last night on the order of the President of the United States, in support of a request from the Department of Justice, United States military conducted an apprehension mission in Caracas