**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br>*Plaintiff*,<br>*v.*<br>DONALD TRUMP *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-3506-LLA |

## NOTICE OF APPEARANCE

Please take notice that undersigned attorney, William I. Friedman of the United States Department of Justice, enters his appearance as counsel for Defendants in this matter. Mr. Friedman hereby certifies pursuant to Local Civil Rule 83.2(d) that he is personally familiar with the Local Rules of this Court.

Dated: October 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

*/s/ William I. Friedman*
William I. Friedman
N.Y. Bar Reg. Number: 4039509
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 532-5541
Email: william.friedman@usdoj.gov

*Attorneys for the United States*