**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Democratic National Committee,<br>430 South Capitol Street SE<br>Washington, DC 20003;<br><br>Plaintiff,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500;<br><br>The White House Office<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500;<br><br>OFFICE OF MANAGEMENT AND BUDGET<br>725 17th Street NW<br>Washington, DC 20502;<br><br>and<br><br>U.S. Department of Homeland Security<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528<br><br>**Defendants.** | Civil Action No. 1:26-cv-03506<br><br>**SUPPLEMENTAL DECLARATION OF WEINESHET M. LINDHOLM IN SUPPORT OF THE DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Weineshet M. Lindholm, hereby declare and certify to the best of my knowledge and belief the following:

1. I am a paralegal at the Democratic National Committee (DNC).
2. I am over the age of eighteen and competent to make this declaration. I have personal knowledge of the facts set forth herein.
3. I am familiar with the facts and circumstances of the subject matter of this lawsuit and submit this Declaration in support of the Democratic National Committee's ("DNC") Motion for a Temporary Restraining Order.

**A. "Don't Play Games" (the "Maduro Ad")**

4. The attached link Exhibit 1 is a true and correct copy of the television broadcast version of the Maduro Ad, as it aired on October 11th, 2026, on ABC Miami in Miami Florida at 7:33pm available at, [https://insight.tveyes.com/public/share/93b66fdd-dc4a-4b46-8718-addb74d7f22d/51921fcd-0dab-45fb-90e2-8a3288304af3].

**B. "The Final Battle" (the "Final Battle Ad")**

5. The attached link Exhibit 2 is a true and correct copy of the television broadcast version of the Final Battle Ad, as it aired on October 11th, 2026, on WCVB (ABC) Boston, Massachusetts at 6:54pm available at, [https://insight.tveyes.com/public/share/15fdf2b5-e8cd-40b2-9eb3-696aed93502b/18af5261-7471-4595-a97a-e675e4cea3fb].
6. The attached link Exhibit 3 is a true and correct copy of the television broadcast version of the Final Battle Ad, as it aired on October 12th, 2026, on WABC-NY (ABC), New York, New York at 3:45am available at, [https://insight.tveyes.com/public/share/876c88e9-6401-4a69-8818-ac6fc40bc2cb/d9d57362-1c33-4c51-9017-b014e92c61b3].

## C. Public Reporting and Social Media Posts

7. Attached here as Exhibit 4 is a true and correct copy of the transcript of an interview with Homeland Security Secretary Markwayne Mullin on "Face the Nation with Margaret Brennan" on October 11, 2026, available at, [https://www.cbsnews.com/news/face-the-nation-full-transcript-10-11-2026/].

8. Attached here as Exhibit 5 is a true and correct copy of the article titled "Trump Blew Past Deadline to Halt Running Taxpayer-Funded Campaign-Style Ads" published by The Washington Post, on October 12, 2026 that I have reviewed, available at, [https://www.washingtonpost.com/politics/2026/10/12/judge-blocks-trump-administration-airing-taxpayer-funded-campaign-style-ads/].

9. Attached here as Exhibit 6 is a link to a true and correct copy of a video on the White House Office's YouTube page titled "$5000 to Americans," posted on October 12, 2026 that I have reviewed, available at, [https://www.youtube.com/watch?v=OaTi_y8_GLk].

10. Attached here as Exhibit 7 is a link to a true and correct copy of a video on the White House Office's YouTube page titled "Man in the Arena," posted on October 12, 2026 that I have reviewed, available at, [https://www.youtube.com/watch?v=0ImmQBafX7Y].

11. Attached here as Exhibit 8 is a link to a true and correct copy of a video on the White House Office's YouTube page titled "Every Democrat Voted Against No Tax on Tips," posted on October 12, 2026 that I have reviewed, available at, [https://www.youtube.com/watch?v=Uf8CQeM7jHo].

12. Attached here as Exhibit 9 is a true and correct copy of the article titled "Judge Orders Trump Administration to Cancel Taxpayer-Funded TV Ads" published by CBS News, on October 12, 2026 that I have reviewed, available at, [https://www.cbsnews.com/news/trump-taxpayer-funded-ads-judge-cancels/].

13. Attached here is Exhibit 10 is a true and correct copy of the article titled "Government spent $10 Million on Pro-Trump Ads after President said super PAC would fund" published by NPR News, on October 12, 2026 that I have reviewed, available at, [https://www.npr.org/2026/10/12/nx-s1-5998976/pro-trump-ads-taxpayer-funds-federal-judge].

14. Attached here is Exhibit 11 a true and correct copy of the article titled "Taxpayer-funded Ads Aired Hundreds of Times After Judge Ordered Trump to Halt the Push" published by CNN News, on October 11th, 2026 and updated most recently at 9:30am on October 12th, 2026, available at, [https://www.cnn.com/2026/10/11/politics/trump-taxpayer-funded-ads-stop].

Executed on: _____10/13/2026___________

________/s/ *Weineshet M. Lindholm*____________
Weineshet M. Lindholm

# Exhibit 1

**October 11, 2026**
**“Don’t Play Games” (the “Muduro Ad”)**
**Television Advertisement Documentation on ABC - Miami, Florida**

https://insight.tveyes.com/public/share/93b66fdd-dc4a-4b46-8718-addb74d7f22d/51921fcd-0dab-45fb-90e2-8a3288304af3

tveyes.com

## 7:33:18 PM - ABC Miami - America's Funniest Home Videos




1/1 7:33:23 PM

PROGRAM TRANSCRIPTION VIEWERSHIP

Program name
**America's Funniest Home Videos**

**The laughs don't stop on this episode of "AFV," with squirrels' nutty behavior and**

Date
**October 11th, 2026 7:33:18 PM**

Event Type
**TV**

Source
**ABC Miami**

Category
**Other**

Genres
**talk, reality, comedy, candid camera/spy cam, entertainment**

# Exhibit 2

**October 11, 2026**
**“The Final Battle” Ad**
**Television Advertisement Documentation on ABC - Boston, Massachusetts**

https://insight.tveyes.com/public/share/15fdf2b5-e8cd-40b2-9eb3-696aed93502b/18af5261-7471-4595-a97a-e675e4cea3fb




1/1 6:54:47 PM

PROGRAM TRANSCRIPTION VIEWERSHIP

Program name
**ABC World News Tonight Sunday**

**A roundup of the day's events. Sunday edition.**

Date
**October 11th, 2026 6:54:30 PM**

Event Type
**TV**

Source
**WCVB Channel 5**

Market
**Boston, MA**

Country
**United States**

Category
**News**

Genres
**newscast, national news, other**

# Exhibit 3

**October 12, 2026**
**“The Final Battle” Ad**
**Television Advertisement Documentation on ABC - New York, New York**

https://insight.tveyes.com/public/share/876c88e9-6401-4a69-8818-ac6fc40bc2cb/d9d57362-1c33-4c51-9017-b014e92c61b3

tveyes.com

### 3:45:12 AM - WABC-NY (ABC) - This Week With George Stephanopoulos



1/1 3:45:26 AM

PROGRAM TRANSCRIPTION VIEWERSHIP

Program name
**This Week With George Stephanopoulos**

**George Stephanopoulos, Martha Raddatz, and**

Date
**October 12th, 2026 3:45:12 AM**

Event Type
**TV**

Category
**News**

Genres
**national news, newscast, current affairs, talk**

# Exhibit 4

**October 11, 2026**
**"Face the Nation with Margaret Brennan"**
**Department of Homeland Security Secretary Markwayne Mullin Interview**




**10/11: Face The Nation**
(46:02)

Face The Nation Transcripts

# Full transcript of "Face the Nation with Margaret Brennan," Oct. 11, 2026

October 11, 2026 / 1:48 PM EDT / CBS News

Add CBS News on Google

On this "Face the Nation with Margaret Brennan" broadcast, moderated by Margaret Brennan:

- Homeland Security Secretary **Markwayne Mullin**
- Sen. **Chris Murphy**, Democrat of Connecticut
- Senate Majority Whip **John Barrasso**, Republican of Wyoming
- Democratic New Hampshire Senate candidate Rep. **Chris Pappas**
- **Shyam Sankar**, chief technology officer of Palantir

Click here to browse full transcripts from 2026 of "Face the Nation with Margaret Brennan."

---

MARGARET BRENNAN: I'm Margaret Brennan in Washington.

And this week on Face the Nation: President Trump scrambles to cut last- minute deals ahead of the midterms, the latest prompting backlash within his own party. Twenty-three days to go before the votes are counted, and the atypical campaign continues.

(Begin VT)

Watch CBS News

DONALD TRUMP (President of the United States): What the hell am I doing in Tennessee?

(End VT)

MARGARET BRENNAN: It's a good question. The answer? Making sure his loyalists get out and vote Republican. Late Friday, Trump cut a deal with Vladimir Putin to import Russian diesel in an effort to lower the price of fuel in America.

(Begin VT)

PRESIDENT DONALD TRUMP: He's freeing up a lot of oil for the world, OK? That's a good thing.

(End VT)

Watch CBS News

MARGARET BRENNAN: But will Trump's deal with Putin prompt even more Republican candidates to distance themselves from him?

We will ask the number two in the Senate, Wyoming Republican John Barrasso.

Democrats have their own challenges. How are they going to get their loyalists to turn out? We will talk with Connecticut Senator Chris Murphy and the Democratic nominee for Senate in New Hampshire Congressman Chris Pappas.

Then: ICE deportation tactics are back in the spotlight following an ICE- involved shooting in New York City. We will get the latest on that and an update on the aftermath of Hurricane Isaias from Homeland Security Secretary Markwayne Mullin.

Finally, another view on AI with the chief technology officer at Palantir, Shyam Sankar.

It's all just ahead on Face the Nation.

Good morning, and welcome to Face the Nation.

We've got a lot of politics ahead, but we want to start with a quick update on the aftermath of Hurricane Isaias, which made landfall Friday night and resulted in the

deaths of four people.

Watch CBS News

For that update, we turn to Homeland Security Secretary Markwayne Mullin.

Good morning to you, Mr. Secretary.

This is the first Atlantic hurricane of the year, hundreds of thousands of people left without power. I know the president approves some federal support. What is needed?

MARKWAYNE MULLIN (U.S. Homeland Security Secretary): Well, we – we're in touch with the – with all the governors that are affected and might be affected by the continuing storm moving across the nation.

The president has been very involved in this from the get-go. Cam Hamilton, who is our director of FEMA, we started prepositioning assets into every state and working closely with their emergency responders.

Right now, from the conversation I have had with each governor, they're in good shape. We're – we have good partnership. What's interesting about this area is, they're – while they may not have been hit with storms real bad the last two years, they work really, really good together.

When I was talking to Governor Kemp from – you know, from Georgia, he was talking about his relationship with Ron DeSantis. When we're dealing with the other governors, they were talking about how they're cooperating with sending assets to the areas that are affected without power to get the – the power restored.

Watch CBS News

FEMA is standing by, responding with – with lifesaving responses. The Coast Guard is out in the inner waters and the Mississippi, the mouth of Mississippi, out in the – our shores. And we are still doing some boat rescues, but, really, it's more recovery of the boats, not of the individuals.

So we're working together well as a team. We were – you know, you never can be fully prepared for – for a storm like this, but I can tell you that the coordination from – from the Oval Office with President Trump's leadership to the – to the governors to the county first responders...

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: ... we're all working very closely together.

MARGARET BRENNAN: Well, we hope everyone in that pathway is safe.

I want to ask you about something else on the enforcement side of things. There have been at least 30 DHS officer-involved shootings under the Trump administration, according to CBS's tally of events here. There was this incident last week in New York City.

And the NYPD did release security video that shows a man dressed as a civilian with a gun drawn approaching a car and then punching in the window. I know you have said there were other DHS ICE officers in the area who were put at risk by the driver.

But just to clarify events, when are you going to release the body cameras worn by those officers?

Watch CBS News

SECRETARY MARKWAYNE MULLIN: Well, Margaret, what you're seeing is a pole cam.

What you're not seeing is actual – the audio footage or a different angle, where you have multiple officers that are actually approaching this – this individual named Oscar with a long, very long, extensive rap sheet.

He's only been in the country for – for three years, and he has a rap sheet of four charges of felony robbery, two charges of felony assault, felony larceny, misdemeanor assault, possession of – of weapons, possession of stolen property, two felony charges of drugless – of dangerous drugs, and strong gang affiliation that – that has direct or indirect knowledge of – of a CBP officer that was shot last year.

And this guy evaded officers last month when we tried to get to him.

MARGARET BRENNAN: OK.

SECRETARY MARKWAYNE MULLIN: We knew he was armed. We knew he was dangerous. We knew – or there was a possibility of him being armed. We knew he was dangerous, and we knew he was going to evade.

So when we approached his vehicle, we were giving lawful commands. We had approached him just like any other undercover agency that's out there from local, state, federal or – or county that has undercover officers. We had our badges out, once again, giving lawful demands.

He decided that he was going to accelerate and try to evade again. We had taken every precaution to try to keep that from happening, and – and, unfortunately, this took

place.

Watch CBS News

We would have loved for him to exit the vehicle like we asked him to. He decided not to. And, unfortunately, because of the selfish behavior, he put his 5-year-old at danger. But as far as...

MARGARET BRENNAN: You said they were wearing body cameras. Will...

SECRETARY MARKWAYNE MULLIN: ... the information being released...

MARGARET BRENNAN: When will you release that footage?

SECRETARY MARKWAYNE MULLIN: As far – Margaret, as far as the information being released, FBI and HSI is going to do the investigation, continue to do the investigation. When it's completed, we'll release all the information.

MARGARET BRENNAN: OK.

There was that 5-year-old you just mentioned. Given that rap sheet and how long you'd been monitoring, how come those officers didn't notice that a child was put in that car?

SECRETARY MARKWAYNE MULLIN: Well, what our understanding is, is, he drove into the neighborhood.

We knew his pattern of life, but we didn't know the 5-year-old was in the vehicle. Who did know who the 5 – who was in the vehicle was Oscar. Now, as a father of six individuals – or six kids, I mean...

MARGARET BRENNAN: Yes.

Watch CBS News

SECRETARY MARKWAYNE MULLIN: ... no way would I ever put my kids in danger. If I was getting lawful commands – and he knew he was being sought after. He knew the police was looking for him because, like I said, he just evaded a month ago.

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: I would have immediately got out of my vehicle to protect my – my – my child.

There's no way I would have been selfish enough to put my child in danger.

MARGARET BRENNAN: OK.

SECRETARY MARKWAYNE MULLIN: He was absolutely selfish enough to put his child in danger. He's the one that decided to accelerate and – and ram into another vehicle with his 5-year-old in the vehicle, and then tried to accelerate towards other police officers.

MARGARET BRENNAN: Well...

SECRETARY MARKWAYNE MULLIN: That's – that is – that tells you the type of character that Oscar is. And yet somehow the mayor is out there protesting about this.

Watch CBS News

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: But yet, seven days ago, when an NYPD officer got stabbed in the same neighborhood by – by criminals that they released – by the way, Oscar had been released multiple times back onto the streets.

Not one time did the governor, not one time did the mayor have a press conference or talk about...

MARGARET BRENNAN: They did release a statement and visit the officer in the hospital.

SECRETARY MARKWAYNE MULLIN: ... how awful it was that these criminals are stabbing NYPD officers.

That's right.

MARGARET BRENNAN: But I think we're all thankful, as I'm sure you are, that that 5-year-old was not harmed.

Let me ask you about something else, though.

SECRETARY MARKWAYNE MULLIN: Absolutely.

Watch CBS News

MARGARET BRENNAN: OK. Let me ask you.

SECRETARY MARKWAYNE MULLIN: It's frustrating, though, Margaret...

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: ... because this guy should have never been on the streets...

MARGARET BRENNAN: OK.

SECRETARY MARKWAYNE MULLIN: ... because we had asked – we had had a detainer on him and asked the – New York City to hand him over to us...

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: ... when they had him on – in – in their possession. He was on probation. He's an illegal. He should have never been on the streets to begin with.

MARGARET BRENNAN: Let me ask you about another concern.

Secretary Hegseth said that he plans to livestream the upcoming execution by firing squad of convicted murderer Nidal Hasan, who killed 13 service members in 2009. Hasan's in a wheelchair. Doesn't the administration risk livestreaming this and making him a martyr to his cause? Couldn't this be a risk to the homeland?

SECRETARY MARKWAYNE MULLIN: No one – no one has to watch it.

Watch CBS News

MARGARET BRENNAN: Well, then why are you livestreaming it?

SECRETARY MARKWAYNE MULLIN: But to – for me to have sympathy for anybody that killed 13 service members and a scumbag like this, it's a psycho who was supposed to be a psychiatrist, I have no feelings for him at all. I don't...

MARGARET BRENNAN: I'm not asking about him. I'm asking about the livestreaming and the risk that could be created by it.

SECRETARY MARKWAYNE MULLIN: Listen, once again, no one has to watch it if they don't choose to.

MARGARET BRENNAN: Why livestream it?

SECRETARY MARKWAYNE MULLIN: I – I follow President Trump. He's a the commander – he's the commander in – in chief of the – of the country, and he does a phenomenal job.

He leads this country with a very, very, very direct, forward, straight hand, and he's restoring America values and bringing us and bringing – where America should be back in line with what we want.

MARGARET BRENNAN: Your Republican colleagues Lisa Murkowski and Kevin Cramer have both said that this provides exactly what terrorists crave, an audience. It risks martyrdom.

Watch CBS News

Have you weighed the risk here of radicalization, of just creating a risk?

SECRETARY MARKWAYNE MULLIN: Margaret, we weigh – we weigh the risk every single day in this country. The Department of Homeland Security, that's what we do, is we protect the homeland.

But I don't see an elevated risk at this point at all because of this. I – I – I think people need to understand, if you attack – if you attack America, we will come after you, and we will make sure that the – that the punishment fits the crime.

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: And, in this case, he killed 13 individuals on Fort – Fort Hood. I have no sympathy for him, and I give absolutely zero thought to the way that this man dies.

I – my job as secretary of homeland security is to protect the homeland.

MARGARET BRENNAN: Exactly.

Watch CBS News

SECRETARY MARKWAYNE MULLIN: And that's what we do. And all 270,000 employees we do...

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: Or that work in DHS do every single day.

MARGARET BRENNAN: Yes, that's why I was asking about the homeland.

I want to ask you about another issue. Money that was allocated by Congress to Customs and Border Protection was used to purchase roughly $20 million in ads that have run on networks. One of the ads will be on this program as well. It's touting President Trump's accomplishments and also him personally.

There has been outcry from some Republican senators, including on this program last week. The president has since said his political action committee will pay for future ads. That's taken care of. OK.

What about the past spending? Will U.S. taxpayers be reimbursed for the money that was spent on this?

SECRETARY MARKWAYNE MULLIN: Any time we can do a public service – announcement and brag about America, I'm all about it.

You have so much negative media that's out there by fake media that's constantly controversy, that, if it bleeds, it leads. I think 99 percent of the coverage on President

Watch CBS News

Trump is negative. The majority of it is negative about our country and supposedly the direction that we're headed.

MARGARET BRENNAN: So, no reimbursement of the $20 million?

SECRETARY MARKWAYNE MULLIN: But yet murder rates are down to a 126-year low. We have – we have the most secure borders in probably our nation's history.

Fentanyl – fentanyl deaths are dropping.

MARGARET BRENNAN: Yes.

SECRETARY MARKWAYNE MULLIN: Drug seizures are dropping every – or drug apprehension is – is – is gaining speed every single day.

And we should be bragging about what's happening inside America. I – I commend the opportunity to have the – I commend the opportunity of President Trump to give us the opportunity to brag about America.

MARGARET BRENNAN: OK, so no reimbursement.

Secretary Mullin, thank you.

SECRETARY MARKWAYNE MULLIN: Thank you, Margaret.

MARGARET BRENNAN: And we're joined now by Connecticut Democratic Senator Chris Murphy.

Good morning.

(END VC)

Watch CBS News

MARGARET BRENNAN: "60 MINUTES" airs tonight on CBS and Paramount Plus at 7:00 p.m. Eastern.

As for us, we'll see you next week. For "FACE THE NATION," I'm Margaret Brennan.

(ANNOUNCEMENTS)

**Face The Nation Transcripts** More ›

CBS NEWS
Transcript: Sen. Chris Murphy on "Face the Nation with Margaret Brennan," Oct. 11, 2026



CBS NEWS
Transcript: Sen. John Barrasso on "Face the Nation with Margaret Brennan," Oct. 11, 2026



CBS NEWS
Transcript: Rep. Chris Pappas on "Face the Nation with Margaret Brennan," Oct. 11, 2026



CBS NEWS
Transcript: Shyam Sankar, chief technology officer of Palantir, on "Face the Nation with Margaret Brennan," Oct. 11, 2026



**Go deeper with The Free Press**

THE FREEPRESS
Nick Fuentes's Plan to 'Infiltrate Politics' and Subvert the GOP



THE FREEPRESS
What Happens After Trump?: Why Tim Miller Thinks Politics Can't Go Back



In: Politics

© 2026 CBS Interactive Inc. All Rights Reserved.

Watch CBS News

**Featured**

Political News

Iran War Latest

NFL Scores

College Football Rankings

**Follow Us On**

YouTube

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

Minors' Privacy Policy

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community
Watch CBS News
Help
Feedback
Contact the Ombudsman

Copyright ©2026 CBS Interactive Inc. All rights reserved.

# Exhibit 5

**October 12, 2026**

**“Trump Blew Past Deadline to Halt Running Taxpayer-Funded Campaign-Style Ads”**

**The Washington Post**

*Democracy Dies in Darkness*

# Trump blew past deadline to halt running taxpayer-funded campaign-style ads

A coalition of nonprofits had sued, calling the ads "propaganda." The president has said campaign funds would be used to pay for the commercials going forward.

Today at 1:31 p.m. EDT

By Scott Nover, Aaron Schaffer and Aoife Walsh

A federal judge issued a temporary order Sunday blocking the Trump administration from airing taxpayer-funded campaign-style television commercials. But the administration blew past a Sunday evening deadline and ran two of the ads into the early hours of Monday, advertising data from AdImpact shows.

U.S. District Judge Jennifer L. Rochon in Manhattan wrote in an order Sunday that the administration must "cancel or cause to be cancelled" any ads from airing or dissemination, including those that were scheduled to air Sunday evening.

Her decision came after the Department of Homeland Security said in a court filing Saturday that the ads would "not continue" past Sunday and that it had no plans to purchase additional ad spaces past that date. President Donald Trump said earlier that campaign funds would be used to pay for the ads going forward.

The two-week order prohibits the administration from "using, disbursing, or transferring funds" appropriated to DHS to "develop, create, disseminate, place, distribute, publish, or air" the commercials.

However, two of the ads aired numerous times after the deadline passed at 6:45 p.m. Eastern time Sunday, according to data provided byAdImpact. The two ads ran during airings of various shows, including "America's Funniest Home Videos," "ABC World News Tonight" and CBS News's "60 Minutes."

"DHS did not receive notice from the court in time to cancel the ad buys," the White House wrote in a Monday statement. "The PSAs will be paid for by outside groups moving forward."

The ads, which began airing in late September, included one that resembled a commercial for Trump's 2024 presidential campaign and another of him and Defense Secretary Pete Hegseth advocating the Iran war.

The ads were paid for with $20 million the Office of Management and Budget added to a DHS budget line for "commemorative events," The Washington Post previously reported. Congress had approved that spending for "Line-of-Duty death memorials, Department or agency anniversaries, and commendation ceremonies," according to a House Budget Committee report.

The lawsuit challenging the commercials was brought by a coalition that included the advocacy group Common Cause. It argued that the ads violate federal law prohibiting agencies from using taxpayer money for unauthorized "publicity and propaganda."

Rochon wrote that the plaintiffs are "likely to succeed on the merits" of their challenge and "will suffer irreparable harm in the absence of an injunction."

Trump has not publicly commented on the order, but after backlash from Democrats and some Republicans, he said on Oct. 5 that his super PAC would cover future ad costs.

In a statement issued by Democracy Forward, a nonprofit legal organization, the coalition said it was "pleased the court acted swiftly," calling the ads "blatantly unlawful political propaganda."

OMB and DHS did not respond to requests for comment on the ads that ran after the judge's deadline.

Last week, the Democratic National Committee filed a separate lawsuit over the ads, arguing that they violate campaign spending rules and make it harder for the group's candidates to compete.

## What readers are saying

The comments express strong disapproval of President Donald Trump's use of taxpayer money for campaign-style ads, which many view as illegal and unethical. Commenters are frustrated with the perceived lack of accountability and consequences for Trump's actions, with some calling... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# Exhibit 6

**October 12, 2026**
**“$5,000 to Americans”**
**White House YouTube Post**

**https://youtu.be/OaTi_y8_GLk?si=gzpRq_F4s40e6y9e**

YouTube Search




**$5000 to Americans**

The White House
3.34M subscribers
Subscribe

6.7K Share Ask Download

87,971 views Oct 12, 2026
*No description has been added to this video.*

# Exhibit 7

**October 12, 2026**
**"Man in the Arena"**
**White House YouTube Post**

**https://youtu.be/0ImmQBafX7Y?si=QBwUg2cN1nk4WZWn**

YouTube

Search



**Man in the Arena**

The White House
3.34M subscribers

Subscribe

1.3K | Share | Ask | Download

25,353 views Oct 12, 2026
*No description has been added to this video.*

**Ask**

# Exhibit 8

**October 12, 2026**
**“Every Democrat Voted Against No Tax on Tips”**
**White House YouTube Post**

**https://youtu.be/Uf8CQeM7jHo?si=bQnFQGFjJE8lk0uj**

YouTube

white house



**Every Democrat Voted Against No Tax on Tips**

The White House
3.34M subscribers

Subscribe

1.1K Share Ask Download

13,078 views Oct 12, 2026
*No description has been added to this video.*

Ask

# Exhibit 9

**October 12, 2026**
**"Judges Orders Trump Administration to Cancel Taxpayer-Funded Ads"**
**CBS News**

CBS NEWS

U.S. Iran War Talarico In Texas Midterms World Politics HealthWatch MoneyWatch Ent



**Why Trump now says his PAC will pay for government-funded ads**
(05:57)

Politics

# Judge orders Trump administration to cancel taxpayer-funded TV ads

Updated on: October 12, 2026 / 12:08 PM EDT / CBS/AP

Add CBS News on Google

President Trump must cancel any remaining television commercials paid for with millions of dollars in taxpayer money to promote his political message, a federal judge ordered Sunday night, even as the administration said the ad campaign was coming to an end.

U.S. District Judge Jennifer L. Rochon in New York sided with a coalition, including the nonpartisan watchdog Common Cause, which challenged the ads as an illegal misuse of funds. She ordered the administration to cancel any remaining ads, including any set to air Sunday night, in granting a temporary restraining order.

"Defendants shall not enter into, renew, or expand any agreement authorizing the development, creation, dissemination, placement, or airing of the challenged advertisements" during the two-week duration of her order, the judge said.

The order was in effect as of 6:45 p.m. ET on Sunday.

The spending on cable and broadcast for the five Trump ads that disclose on screen that they were "paid for by the U.S. Government" now exceeds $20 million, according to political ad tracker AdImpact. That's the amount the Department of Homeland Security had allocated for a "National Media Campaign," awarding a contract for the

Watch CBS News

ads to Maryland-based LMD Agency on Sept. 20. A day earlier, the White House Office of Management and Budget had granted DHS's Customs and Border Protection $20 million for "OBBB Commemorative Events," according to a nongovernment database. The source of the funds was first reported by The Washington Sun.

By Monday morning, AdImpact showed U.S. government spending on the five ads had reached $21,705,138. (Because the ads were classified by the White House as PSAs, AdImpact may not reflect the exact total amount spent.)

Here are the five ads listed in AdImpact and the amount spent, as of Monday:

- Maduro ($3.1 million): Featuring Mr. Trump, Joint Chiefs of Staff Chairman Gen. Dan Caine, Defense Secretary Pete Hegseth and Secretary of State Marco Rubio talk about the operation to capture and remove Nicolás Maduro from power in Venezuela.
- Final Battle ($13 million): A refurbished version of a Trump 2024 campaign video shows Mr. Trump walking down the hallway as part of a Trump campaign speech plays. He can be heard vowing "once and for all" to "demolish the deep state," "expel the warmongers from our government," "throw off the sick political class that hates our country" and "rout the fake news media."
- Celebrating The Enduring Spirit ($3.1 million): This is a general pro-America ad, with audio of Mr. Trump's July 3 Mount Rushmore speech, extolling the America as the "most successful, most accomplished, most exceptional nation ever to exist in human history."
- To The Great Proud People of Iran ($1.1 million): Footage from the beginning of the Iran War cut together with shots of President Trump as audio from remarks by Mr. Trump and Hegseth play.
- The Country He Loves ($1.4 million) - The "Love Me" ad features Mr. Trump vowing to defeat "communism, socialism and Marxism in America" as a series of flash-cut highlights from his second administration play on the screen. Audio from JMSN's "Love Me" plays throughout the ad, and JMSN has demanded that his song be dropped from the ad.

Watch CBS News

Asked for comment, the White House referred to an Oct. 5 social media post from Mr. Trump in which he defended the taxpayer-funded ads as "rather standard" but after Republicans criticized the use of taxpayer money to air the ads, he said he would pay for them from his own political fundraising. In a court filing late Saturday, the Justice Department argued that the temporary restraining order was unnecessary because "the alleged offending conduct will end tomorrow."

Legal experts have suggested that the use of taxpayer money for the ads violated a federal statute against congressionally appropriated money being used for "publicity or propaganda" and potentially other laws.

"We are pleased the court acted swiftly to prevent more taxpayer dollars from being used for such blatantly unlawful political propaganda," the plaintiffs said in a statement issued by Democracy Forward, the nonprofit legal organization that represents them. "There is no legal justification — and no precedent — for the president to use the machinery of the government and funds set aside by Congress for other uses to influence electoral outcomes that further his own agenda."

In a court declaration Saturday, senior DHS official Holly Mehringer wrote that the money had come from congressionally appropriated funds that are "available for,

among other things, 'commemorating efforts and events related to border security.'"

Watch CBS News

The White House has defended the ads as public service announcements similar to those of past administrations to promote various policies. But the recent ads differ from many past public service announcements because they aren't aimed at helping the public benefit from specific government programs.

A White House official said last month the PSAs "are clearly not political," and noted: "The President is not on the ballot and the ads don't have a call to action."

Top Republicans who criticized the use of public funds include Senate Majority Leader John Thune, of South Dakota. "It shouldn't be paid for with taxpayer dollars," Thune told reporters.

On "Face the Nation," GOP Sen. John Kennedy of Louisiana said last month, "I don't think any public official, including President Trump or [former DHS Secretary] Kristi Noem or John Kennedy, should spend public money on private ads for themselves."

The Democratic National Committee has separately sued the Republican administration over the ads.

"This is the sort of government propaganda one might expect in North Korea, not the United States of America, and it is an egregious and illegal misuse of Americans' hard-earned tax dollars," a group of Senate Democrats said in a letter last month.

Amid the backlash, Mr. Trump said he would start paying for the ads with political funds. A White House official said there were no immediate plans to reimburse the government for money already spent.

Aaron Navarro contributed to this report.

Watch CBS News

**More from CBS News**

CBS POLITICS
DOJ investigating TV networks over suspension of press pool after Trump media ban



CBS WORLD
Trump announces Russia-Ukraine "energy ceasefire" after criticizing Zelenskyy



CBS POLITICS
Republicans voice concerns over livestream execution plan



CBS POLITICS
Data center boom puts GOP in a bind before midterms



**Go deeper with The Free Press**

THE FREE PRESS
Are Trump's Taxpayer-Funded Ads Legal?



THE FREE PRESS
Trump's Victims Fund Is a Scandal. But It May Be Legal.



In: **Donald Trump** **Politics**

© 2026 CBS Interactive Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.

Featured

Political News

# Exhibit 10

**October 12, 2026**
**"Government Spent $10 Million on Pro-Trump Ads After President said Super PAC Would Fund"**
**NPR News**

HOURLY NEWS
WAMU 88.5
On Air Now
LISTEN LIVE
MY PLAYLIST

npr WAMU 88.5

DONATE

ELECTIONS

# Government spent $10 million on pro-Trump ads after president said super PAC would fund

OCTOBER 12, 2026 · 6:16 PM ET

Hea of Tam Kei

Tamara Keith

President Trump leaves the stage after speaking during an election rally at in Syracuse, New York on Oct. 9, 2026.

President Trump leaves the stage after speaking during an election rally in Syracuse, New York on Oct. 9, 2026.
*Alex Wong/Getty Images*

Ads promoting President Trump and his policies continued to be paid for by the U.S. government well after Trump announced he would have his MAGA Inc. super PAC take over funding the ads and kept airing despite a federal judge ordering them to come down.

An NPR analysis of data from AdImpact finds that nearly $22 million in taxpayer dollars has been spent to air the ads since the campaign began in late September. Nearly $10 million of that total was spent after Oct. 5, when the president pledged to fund it privately in a post on Truth Social.

Sponsor Message

"The Radical Left is upset with the fact that I am taking Ads, which I consider to be a positive promotion for our Great U.S.A., and paying for them with U.S.A. money," Trump posted at the time. "This is a rather standard thing to do but, rather than doing that, although nothing will make them happy, I have decided to do the Patriotic Ads, among others, and pay for them myself, and with money I raised for MAGA, Inc."

The ads have been criticized by lawmakers on both sides of the aisle with Republicans praising the president's choice to shift funding for the ads to an outside super PAC. But, that praise was premature. Despite giving the impression that there'd been a policy change, the government-funded ads didn't stop airing after Trump's post.

The White House has repeatedly referred to the ads as public service announcements, but a lawsuit filed by Common Cause and others argued they were being funded without congressional approval and violated restrictions on publicity and propaganda produced with taxpayer dollars.

The ads — five of them in all — cover a wide range of pro-Trump content. One includes a splashy montage of photos of the president with a chorus singing "love me" serving as the soundtrack. Another is an exact duplicate of an ad made by the Trump campaign during the 2024 election cycle. Two promote the military operations in Venezuela and Iran. All of them end with the words "Paid for by the U.S. Government" on the screen.

Sponsor Message

The spots continued being broadcast for several hours after a federal judge overseeing the lawsuit issued a temporary ruling Sunday night saying the

government "shall cancel or cause to be cancelled any slot, placement, reservation, or arrangement for the airing or dissemination of the challenged advertisements, including those placements for the evening of October 11, 2026."

Pro-Trump spots aired hundreds of additional times Sunday night into the wee hours of Monday morning.

"The last PSAs paid for by the government aired yesterday evening," a White House official not authorized to speak publicly told NPR on Monday afternoon, adding that the government "did not receive notice from the court in time to cancel the ad buys. The PSAs will be paid for by outside groups moving forward."

The White House had previously said that taxpayer funds used for ads would not be reimbursed. The White House has also insisted these ads were merely about promoting patriotism. They argued the ads can't be campaign related because the president isn't running for office this year and have nothing to do with the midterm elections next month. But Trump has repeatedly implored voters to vote like he is on the ballot and his dismal approval ratings have been dragging down Republicans all over the country.

A recent Reuters/Ipsos poll found the ads are pretty unpopular. The poll asked whether it is appropriate or inappropriate to use "taxpayer funds to pay for election-related television ads featuring the President or members of his cabinet." It wasn't even close, with 86% of Americans saying it is inappropriate. Even 80% of Republicans said the ads were inappropriate.

It's rare to get such bipartisan agreement on anything these days.

***NPR does not offer or accept money for coverage or interviews.***
*Anyone who makes such an offer or request is not an NPR employee and does not represent NPR.*

2026 midterms

**This free press is powered by you.**

The NPR Network doesn't ask permission to report the news. We deliver the facts and hold power to account every single day.

We do this work without fear or favor because you have a right to know the facts.

Your support is essential to sustaining this essential public service.

DONATE NOW →

## More Stories From NPR

A Wake County Board of Elections employee prepares a mail-in ballot to be sent out to a voter in September in Raleigh, N.C.

ELECTIONS

**Why mailing a ballot close to Election Day may get it rejected for a late postmark**

Rep. Mike Lawler, R-NY, speaks during a press conference in Chappaqua, New York. Lawler is running in a tight race in a toss-up district that could help determine control of Congress.

ELECTIONS

**Republican congressman tries to outrun a potential blue wave in New York toss-up seat**

The U.S. Capitol stands on Sept. 23 in Washington, D.C.

ELECTIONS

**Democrats' advantage is clear with less than a month to go in the midterm elections**

Alaska U.S. House candidate Bill Hill, an independent, poses in a park in downtown Juneau, Alaska, on June 4, 2026.

ELECTIONS

**Win or lose, independent candidates want to meet voters in the middle**

Residents line up to cast their early-voting ballots in Arlington, Virginia, on September 18, 2026.

ELECTIONS

**Polls are a snapshot, and other helpful things to remember during the midterm elections**

A view from the road shows large, multistory homes with grassy yards.

ONLY ON NPR

**Voters here will decide whether to force cities to build cheaper, smaller homes**

Sponsor Message

## Popular on NPR.org

FILE - RJ Mitte poses for a portrait to promote the film, "Time Share", at the Music Lodge during the Sundance Film Festival, Jan. 20, 2018, in Park City, Utah.

OBITUARIES

**RJ Mitte, 'Breaking Bad' actor and disability rights champion, dies at 34**

President Trump greets supporters during an election rally at the Covelli Centre on Oct. 12, 2026, in Youngstown, Ohio.

UP FIRST NEWSLETTER

**Government spent millions on Trump ads. And, federal agents raid Ilhan Omar's home**

POLITICS

**New White House press secretary a 'devoted fan' of Trump and MAGA**

PLANET MONEY NEWSLETTER

**What ice cream has to do with this year's Nobel Prize in economics**

CLIMATE

**One way to protect coral reefs? Bring back seabirds**

THE INDICATOR FROM PLANET MONEY

**The echo of the bison (Encore)**

## NPR Editors' Picks

EUROPE

**DNA and vehicle-tracking help French investigators recover stolen Renoirs**

CULTURE

**Actor Selma Blair removed from plane by police after altercation**

NEWS

**Federal agents search Rep. Ilhan Omar's DC home, DOJ says it's part of criminal investigation**

ASIA

**India's opposition parties march to top court as protests over voter lists escalate**

LIVING BETTER

**Here's what to know if you're unsure about your measles immunity status**

MUSIC INTERVIEWS

**Fontaines D.C.'s decadent, dystopian vision of our time**

READ & LISTEN

- Home
- News
- Culture
- Music
- Podcasts & Shows

CONNECT

- Newsletters
- Facebook
- Instagram
- Press
- Public Editor
- Corrections
- Transcripts
- Contact & Help

ABOUT NPR

- Overview
- Diversity
- NPR Network
- Accessibility
- Ethics
- Finances

GET INVOLVED

- Support Public Radio
- Sponsor NPR
- NPR Careers
- NPR Shop
- NPR Extra

terms of use

privacy

your privacy choices

text only

© 2026 npr

# Exhibit 11

**October 12, 2026**
**"Taxpayer-funded Ads Aired Hundreds of Times After Judge Ordered Trump to Halt the Push"**
**CNN News**

POLITICS • 4 MIN READ

# Taxpayer-funded ads aired hundreds of times after judge ordered Trump to halt the push

☰ CNN Politics Subscribe Sign in

By Betsy Klein, Brian Stelter



President Donald Trump speaks to the media before ...

A federal judge on Sunday ordered the Trump administration to cancel all

further airings of President Donald Trump's controversial taxpayer-funded ads. But the spots continued to air after the deadline, prompting further legal maneuverings.

A Justice Department lawyer on Monday apologized "to the court and the plaintiffs" for the delay in complying with the order.

The unprecedented ads, which were classified as "public service announcements," began in late September. Watchdog groups, including the nonprofit, nonpartisan Common Cause, said the ads were a clear violation of appropriations law restricting the use of federal funding for propaganda or partisan communications.




A coalition led by Common Cause challenged the "blatantly unlawful political propaganda" in a New York federal court. The Democratic National Committee also separately sued over the ads.

On Saturday, as Judge Jennifer Rochon considered Common Cause's motion for a temporary restraining order to halt the use of taxpayer funds, the

Justice Department told Rochon the ad push was set to end Sunday night.

But Rochon, an appointee of Joe Biden, concluded the impending end of the ad campaign didn't render the lawsuit moot. Rochon granted the restraining order and told the administration to halt any further airings as of 6:45 p.m. ET Sunday.

CNN and other news outlets reported on the court order immediately. But the Justice Department claimed in a Monday evening letter that the relevant lawyers at the Department of Homeland Security "did not become aware" of the order "until this morning."

Advertisement

DHS was responsible because the administration allocated $20 million for the ads from US Customs and Border Protection.

An advertising company, LMD Agency Inc., "purchased media buys under the terms of the Order through Sunday, October 11, 2026, at an approximate cost of $19,000,000," senior Department of Homeland Security official Holly

Mehringer said in a sworn declaration in the case.

Mehringer said there were "no plans" to purchase any additional ads.

The ad campaign sparked bipartisan criticism. On October 5, Trump acknowledged the backlash and said, "I have decided to do the Patriotic Ads, among others, and pay for them myself, and with money I raised for MAGA, Inc.," his super PAC.

Advertisement

But the taxpayer-funded ads continued to air for six days.

There were at least 13 campaign-style ads, some of which aired on TV networks including CBS, CNN, MS NOW, Fox News and Fox.

CNN previously reported that Trump personally drove the ad campaign, including helping select the imagery and videos used, according to a source familiar with the matter. Two Trump advisers familiar with the ads said they were created in-house by the White House video team — which is part of the

communications team, responsible for the administration's public messaging — though at least one of them was produced by a pro-Trump meme group.

Mehringer, in the court filing, described the ads as "depicting the President of the United States and his administration's various efforts related to protecting America's borders, including enhancements of border security by combating drug trafficking," though that is not the exact substance of many of the ads obtained by CNN.

Advertisement

And while the Justice Department conceded the ads "(attack) a generic list of 'villains,'" it emphasized they did not "address any specific race, electoral candidate, or party."

The Justice Department's Saturday court filing said Common Cause's effort to halt the spending should be denied because the ads "will not continue past tomorrow."

The judge's order was intended to halt the ads before primetime TV

programming Sunday night.

But data shared by AdImpact and reviewed by CNN showed that two ads — "Final Battle" and "Maduro" — aired hundreds of times after the 6:45 p.m. ET deadline. Another ad, "The Country He Loves," aired most recently at 12:17 p.m. Monday, according to the AdImpact data.

Advertisement

The Justice Department's follow-up letter Monday admitted to the airings and apologized to the court, then went on to insist the government "is in compliance" with the order.

Homeland Security Secretary Markwayne Mullin was pressed during an appearance Sunday on CBS News' "Face the Nation" on whether the taxpayer dollars would be refunded, and gave no indication that the money would be.

"Anytime we can do a public service announcement and brag about America, I'm all about it," Mullin said, taking aim at negative coverage of the Trump administration as he pointed to success in securing the border and lowering

fentanyl-related deaths.

"We should be bragging about what's happening inside America," he said, adding, "I commend the opportunity of President Trump to give us the opportunity to brag about America."

*This story and headline have been updated with additional developments.*

## Up next

Sales take a hit at 'Trump Town' merch store as shoppers voice frustration over president's policies
5 MIN READ

Trump's DOJ probes major TV networks over response to White House ban of CNN
5 MIN READ

Obama cuts new ads for Democratic Senate candidates in Mississippi & other states
4:46

Former Trump donor at heart of the Guilfoyle scandal: 'It's grifting on the highest level'
3:58