**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE,

*Plaintiff*,

*v.*

DONALD TRUMP *et al.*,

*Defendants.*

Civil Action No. 1:26-cv-3506-LLA

## STATUS REPORT

On October 14, 2026, this Court ordered Defendants to file a status report regarding their position on consolidating the above-captioned case with *The Democratic Party of Wisconsin v. Trump et al.*, 1:26-cv-03547. As Defendants in the latter case have not yet been served, attorneys for Defendants were unaware of that case until the Court issued its October 14 Order. Defendants respectfully request until 5:00 p.m. on Monday, October 19, 2026 to formulate their position on consolidation after reviewing the Complaint.

Dated: October 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

*/s/ Elisabeth Neylan*
Elisabeth J. Neylan
(N.Y. Bar Reg. Number 6125736)
William I. Friedman (N.Y. Bar Reg. Number 4039509)
*Trial Attorneys*
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for the United States*