**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, THE WHITE HOUSE OFFICE, OFFICE OF MANAGEMENT AND BUDGET, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 1:26-cv-3506 (LLA)

**STATUS REPORT**

The Democratic National Committee (DNC) respectfully submits this status report to update the Court concerning the pending motion for a temporary restraining order (or preliminary injunction) and § 705 stay. *See* DNC Mot. (Doc. 3).

Over the weekend, MAGA Inc., a super PAC effectively controlled by President Trump, began airing an ad entitled "Every Democrat Voted Against No Tax on Tips." *See, e.g.*, AdImpact Politics, X (Oct. 16, 2026, at 5:58 EST), https://perma.cc/NM6T-P53Q. This same ad (minus the tag-line indicating MAGA Inc. had paid for airtime) appeared on the Official White House YouTube Channel on October 12. Lindholm Supp. Decl. ¶ 11 & Ex. 8 (Doc. 10-1). Thus, rather than paying to develop its own advertisement, MAGA Inc. broadcast an ad unlawfully developed by White House Office personnel, whose salaries are paid using Congressional appropriations.

For the reasons already articulated in the DNC's pending motion, *see* DNC Mem. 22 n.2 (Doc. 3-1), DNC Reply 4 (Doc. 10), the White House Office should be enjoined from developing

and sharing this and similar publicity or propaganda ads, including the twelve ads crafted by the White House Office and provided to LMD Agency and the three publicity or propaganda ads recently posted to the official White House YouTube page: "Every Democrat Voted Against No Tax on Tips," "$5000 to Americans," and "The Man in the Arena." *See* DNC Mem. 6; Lindholm Decl. ¶ 25 & Ex. 22 (Doc. 3-2); Lindholm Supp. Decl. ¶¶ 9–11 & Exs. 6–8.

Dated: October 19, 2026

Respectfully submitted,

*<u>/s/ Daniel J. Freeman</u>*
Daniel J. Freeman
(Bar No. 90038422)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

Benjamin B. Klubes
(Bar No. 428852)
Adam Miller
(Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054
blkubes@klubeslaw.com
amiller@klubeslaw.com

*Counsel for Democratic National Committee*