**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, THE WHITE HOUSE OFFICE, OFFICE OF MANAGEMENT AND BUDGET, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 1:26-cv-3506 (LLA)

**THIRD STATUS REPORT**

The Democratic National Committee (DNC) respectfully submits this third status report to further update the Court concerning the pending motion for a temporary restraining order (or preliminary injunction) and § 705 stay. *See* DNC Mot. (Doc. 3).

Earlier today Judge Jennifer L. Rochon extended the temporary restraining order previously entered in the *Common Cause* litigation in the Southern District of New York. In light of discovery disputes, Judge Rochon postponed a scheduled preliminary injunction hearing and extended the temporary restraining order until November 15, 2026. *See* Order, *Common Cause v. Dep't of Homeland Security*, No. 1:26-cv-8882 (S.D.N.Y. Oct. 22, 2026) (Doc. 78).

In addition, Defendants in *Common Cause*—the U.S. Department of Homeland Security (DHS), Secretary of Homeland Security Markwayne Mullin, the Office of Management and Budget (OMB), OMB Director Russell Vought, the Executive Office of the President, and White House Chief of Staff Susie Wiles—have responded to discovery requests authorized by Judge

Rochon, and those responses confirm facts the DNC previously addressed using only hearsay. A copy of the *Common Cause* Plaintiffs' pending motion to compel, which incorporates these responses, is attached hereto as Exhibit 1. *See* Let. Mot. to Compel, *Common Cause v. DHS*, No. 1:26-cv-8882 (S.D.N.Y. Oct. 21, 2026) (Doc. 75). Most notably, the *Common Cause* Defendants admitted that "[Executive Office of the President] staff compiled" advertisements DHS provided to LMD Agency, Inc., as well as videos at issue on the White House YouTube page. *See* Defs.' Resps. & Objections to Pls.' Requests for Admis. No. 3–6, *Common Cause*, No. 1:26-cv-8882 (S.D.N.Y. Oct. 21, 2026) (Doc. 75-3); *see also* Lindholm Supp. Decl. ¶¶ 9–11 & Exs. 6–8 (Doc. 10-1) (identifying specific YouTube videos as publicity or propaganda). In addition, the *Common Cause* Defendants disclosed that they have paid approximately $8.6 million to date for advertising airtime under the DHS purchase order. *See* Defs.' Resps. & Objections to Pls.' Interrogs. No. 9, *Common Cause*, *v. DHS*, No. 1:26-cv-8882 (S.D.N.Y. Oct. 21, 2026) (Doc. 75-4).

Dated: October 22, 2026

Respectfully submitted,

*<u>/s/ Daniel J. Freeman</u>*

Daniel J. Freeman
(Bar No. 90038422)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

Benjamin B. Klubes
(Bar No. 428852)
Adam Miller
(Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054
blkubes@klubeslaw.com
amiller@klubeslaw.com

*Counsel for Democratic National Committee*