**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, THE WHITE HOUSE OFFICE, OFFICE OF MANAGEMENT AND BUDGET, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:26-cv-3506 (LLA) |

**FOURTH STATUS REPORT**

The Democratic National Committee (DNC) respectfully submits this fourth status report to further update the Court concerning the pending motion for a temporary restraining order (or preliminary injunction) and § 705 stay. *See* DNC Mot. (Doc. 3).

In the past 48 hours, the White House has placed two videos on its official YouTube page that are blatant publicity or propaganda and should be included in any relief.

- "Retribution Through Success" is a montage of military activity and President Trump's political events, over the intense chorus of "Somewhere I Belong" by Linkin Park. *See* The White House, *Retribution Through Success*, YouTube (Oct. 26, 2026), https://www.youtube.com/watch?v=AkGLdI8BDTc. "Retribution Will Be Through Success" was a slogan during President Trump's 2024 campaign, making the ad plainly partisan. *See, e.g.*, Jamie Joseph, *WATCH: Fox News Digital Focus Group Reacts to Trump Saying His Retribution Will Be Success*, Fox News (June 28, 2024),

https://www.foxnews.com/politics/watch-fox-news-digital-focus-group-reacts-trump-saying-retribution-success; *Trump's Retribution Will Be Success: Michael Whatley*, Fox Business (July 19, 2024), https://www.foxbusiness.com/video/6358533014112. Although the DNC is not aware of MAGA Inc. paying to air or stream this video to date, it has been cut to fit a 30-second ad break. In any case, this video is domestic publicity or propaganda, and the use of staff time to develop the video was ultra vires.

- "The Cost of Socialism" is a classic negative political advertisement. *See* The White House, *The Cost of Socialism*, YouTube (Oct. 25, 2026), https://www.youtube.com/watch?v=QmERsPeqy1g. It presents a series of unsubstantiated harms associated with the Democratic Socialists of America's "proposed agenda" and concludes with a warning: "The decisions we make today will shape tomorrow, and the cost of getting it wrong could be irreversible." *See id.* Throughout the 2026 election cycle, President Trump and Republicans have attempted to tie the Democratic Party to the Democratic Socialists of America, which is an independent political organization. *See, e.g.*, Anna Kaminski, *Republicans Attempt to Tie Kansas Democrats to Extremism with Spurious Claims at Trump Rally*, Kansas Reflector (Oct. 21, 2026). Although the DNC is not aware of MAGA Inc. paying to air or stream this video to date, it too has been cut to fit a 30-second ad break, although the version on YouTube also includes a five-second White House attribution. In any case, this video is domestic propaganda, and the use of staff time to develop the video was ultra vires.

Finally, Judge Jennifer L. Rochon has further extended the temporary restraining order previously entered in the *Common Cause* litigation in the Southern District of New York until November 20, 2026, in light of limitations on counsel availability for a preliminary injunction hearing. *See* Order, *Common Cause v. Dep't of Homeland Security*, No. 1:26-cv-8882 (S.D.N.Y. Oct. 22, 2026) (Doc. 20).

Dated: October 27, 2026

Respectfully submitted,

*/s/ Daniel J. Freeman*
Daniel J. Freeman
(Bar No. 90038422)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

Benjamin B. Klubes
(Bar No. 428852)
Adam Miller
(Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054
blkubes@klubeslaw.com
amiller@klubeslaw.com

*Counsel for Democratic National Committee*