**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; THE WHITE HOUSE OFFICE; OFFICE OF MANAGEMENT AND BUDGET; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 1:26-cv-3506 (LLA)

# JOINT STATUS REPORT

Pursuant to this Court's October 28, 2026 Opinion and Order, the parties have met and conferred regarding a proposed preliminary injunction briefing schedule. Mem. Op. & Order 35 (Doc. 26). The parties have been unable to reach a joint proposal.

## Statement of the Democratic National Committee

In an effort to reach a joint scheduling proposal balancing the equities of all parties, the DNC reached out to Defendants on Thursday, October 29 to schedule a conference later that day. The DNC immediately noted that the parties' options to build out a schedule depend on whether Defendants consent to an extension of the TRO beyond 28 days. Defendants asked to meet after 2:30 p.m. on Friday, October 30 or on Monday, November 2 but indicated that that DNC could provide alternative proposals immediately to begin working towards an agreement. The DNC responded with two potential proposals:

Proposal if Defendants Consent to a Brief Extension of the TRO

- November 6: DNC Motion
- November 16: Defendants' Opposition
- November 23: DNC Reply
- Week of November 30: Hearing

Proposal without an Extension of the TRO:

- November 5: DNC Motion
- November 12: Defendants' Opposition
- November 16: DNC Reply
- November 18: Hearing

Defendants did not respond to these proposals before their previously offered availability on Friday afternoon, and so the DNC requested to confer at that time. Defendants responded that any meeting would be futile, as they could not offer agreement or a counterproposal.

Late Monday morning, Defendants asked for a brief conference, during which they questioned the need for a preliminary injunction and requested to litigate any preliminary injunction request under ordinary motion deadlines. Notwithstanding its preference for prompt relief, the DNC expressed willingness to accept proceeding under the deadlines in Local Civil Rule 7, so long as Defendants would consent to an accompanying extension of the TRO. Shortly thereafter, Defendants indicated that they would not consent to extending the TRO or to a schedule that affords them less than 14 days to oppose the motion. They did not offer a complete counterproposal.

Despite Defendants' refusal to agree to any schedule under which a preliminary injunction could be fully briefed and resolved before the TRO dissolves—as well as the many competing matters around Election Day—the DNC is willing to stand by the scheduling proposals first offered on October 29 and will file its preliminary injunction motion on November 5 if necessary. The

DNC will meet any further briefing deadlines set by the Court and can appear at a hearing at this Court's convenience.

In response to Defendants' statement, the DNC notes that it did in fact move for a preliminary injunction—in the alternative—on October 9. *See* DNC Mot. (Doc. 3). In addition, the exigency warranting a preliminary injunction is not limited to the 2028 Presidential campaign, as close contests in Georgia, Louisiana, and Mississippi may trigger general election runoffs on December 1 (in Georgia and Mississippi) or December 12 (in Louisiana). *See* Ga. Code § 21-2-501; La. Rev. Stat. §§ 18:402, 18:511; Miss. Code § 23-15-191. Fundamentally, this Court directed the parties to negotiate a preliminary injunction schedule in an order granting a TRO and gave no indication that intended for that award of extraordinary relief to lapse during consideration of a preliminary injunction motion.

**Statement of the Defendants**

Defendants contend that no exigency warrants expedited briefing of Plaintiff's forthcoming Preliminary Injunction Motion. Any exigency is Plaintiff's own creation, because nothing precluded Plaintiff from moving for a Preliminary Injunction at any time after it commenced this case on October 7, 2026. In any event, there is no exigency. When asked what exigency warrants expedited briefing for the Preliminary Injunction Motion, opposing counsel indicated that the exigency is the 2028 Presidential election, which Defendants note is two years away. Therefore, Defendants respectfully request 14 days to respond to Plaintiff's motion. Under Plaintiff's proposal, then, if Plaintiff files its Preliminary Injunction Motion on November 5, Defendants propose to respond on November 19, six days before the TRO expires. Defendants have no position on a date for Plaintiff's Reply, if any. Further, Defendants defer to the Court regarding when a hearing would be most convenient, but request the opportunity to propose hearing dates depending

on the briefing schedule the Court enters, to account for an upcoming hearing for Government counsel for which travel will be necessary.

Dated: November 2, 2026

Respectfully submitted,

/s/ Daniel J. Freeman
Daniel J. Freeman
(Bar No. 90038422)
Nicolas F. Garcia*†
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org
garcian@dnc.org
* Admitted *pro hac vice*.
†*Not admitted to the D.C. Bar. Admitted to the bars of New York and Florida only. Practice in the District of Columbia is strictly limited to in-house counsel services for the Democratic National Committee pursuant to D.C. App. R. 49(c)(6) and matters before U.S. courts pursuant to D.C. App. R. 49(c)(3).*

Benjamin B. Klubes
(Bar No. 428852)
Adam Miller
(Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054
blkubes@klubeslaw.com
amiller@klubeslaw.com

*Counsel for Democratic National Committee*

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ Elisabeth Neylan
Elisabeth J. Neylan
N.Y. Bar Reg. Number: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for the United States*