**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Democratic National Committee,<br><br>Plaintiff,<br><br>*v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-03506 |

**SUPPLEMENTAL DECLARATION OF LIBERTY SCHNEIDER**

I, Liberty Schneider, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Deputy Executive Director at the Democratic National Committee. Before I was promoted to my current role, I served as the DNC's Chief of Staff.

3. In my role as Deputy Executive Director, I oversee many of the DNC's program teams, including organizing, communications, training, fundraising, political strategy, and coalitions. In my previous role as Chief of Staff, I was also heavily involved in programming, committee-wide initiatives, and the DNC's day-to-day operations.

4. The DNC is the Democratic Party's national committee and is dedicated to electing Democratic candidates at the national, state, and local levels. In support of its mission, the DNC encourages and assists Democratic Party members and supporters in successfully casting ballots and fights to preserve the legal rights of its members and voters.

5. The DNC has approximately 450 formal members nationwide, including State



Doc ID: db3446b048d11f6da859c901c40ae7141bb1be0d

Party leaders, elected officials, and Democratic voters. These formal members come from all 50 States, Washington D.C., and the five U.S. territories. In fact, 200 of the DNC's formal members are elected to their positions to represent specific jurisdictions across the country.

6. The DNC also considers any registered Democrat to be a member of the DNC and the Democratic Party, because Democratic voters influence and ultimately determine the DNC's strategic and political direction by electing DNC members and Democratic candidates to local, state, and federal offices.

7. Both the DNC itself and DNC members who are candidates for office have an interest in a fair and lawful electoral process for its members' campaigns. Even if these DNC members succeed in their campaigns, the DNC and its members are harmed by unlawful election rules, as they deprive the DNC and its candidate members of a fair process and an accurate result.

8. The DNC budgeted, strategized, and executed its plans for the 2026 midterm election cycle in all 50 States, Washington D.C., and the five U.S. territories.

9. On September 23, 2026, President Trump began developing and airing political propaganda ads created by the White House and paid for by the federal government. The President's propaganda ads enabled the President to reserve funds held by MAGA Inc., a super PAC he claims to control, for other political efforts adverse to Democratic candidates and the DNC.

10. President Trump's use of taxpayer funds to develop and air partisan political propaganda is an extraordinary and unprecedented attempt to influence American elections.

11. Since the propaganda ads began airing, the DNC has heard from members that they are extremely concerned about President Trump's use of their federal tax dollars for President Trump's partisan political purposes.



Doc ID: db3446b048d11f6da859c901c40ae7141bb1be0d

12. In mid-October 2026, MAGA Inc. began airing ads that had been developed in the White House and had previously appeared on White House social media pages, without a disclaimer that the ads had been developed at taxpayer expense.

13. By airing ads developed inside the White House—rather than paying an advertising firm to develop content—MAGA Inc. preserved funds for other political efforts adverse to Democratic candidates and the DNC.

14. The DNC has already begun budgeting, strategizing, and executing its plans for the 2028 election cycle in all 50 States, Washington, D.C., and the five U.S. territories.

15. The reputational interests of the DNC depend on public confidence in free and fair elections.

16. President Trump's propaganda ad campaign undermines fair and free elections and poses a direct threat to Democratic candidates, the DNC, and DNC members. The propaganda videos and ads are also intended to harm the public standing of Democratic candidates and the DNC.

17. President Trump's propaganda campaign alters the campaign spending rules by commandeering federal funds to advance his and Republicans' electoral interests.

18. Every taxpayer dollar President Trump spends on his propaganda campaign is a dollar that MAGA Inc. and other Republican-aligned organizations and committees can instead invest in paid media, get-out-the vote efforts, and direct voter communications. Each and every dollar matters in tight political elections. As a result, the DNC and its candidate members will necessarily suffer from the President's federally funded propaganda.

19. President Trump's initial campaign to air partisan propaganda at public expense ended only after federal courts intervened. Even after federal funds were no longer used to air the



Doc ID: db3446b048d11f6da859c901c40ae7141bb1be0d

propaganda ads, the White House Office continued to develop and publicize publicity and propaganda videos and ads on official government social media accounts.

20. New propaganda videos have been developed and published after the November 2026 election, including publicity reels for Secretary of Defense Pete Hegseth and White House Chief of Staff Stephen Miller.

21. President Trump's brazen use of federal funding continues to pose a severe risk to the DNC's campaign efforts. Two Louisiana congressional seats will hold a runoff election in December 2026, and there will be a special election for the U.S. Senate in Minnesota and state-level elections in Alabama, Kentucky, Louisiana, Mississippi, New Jersey, Virginia, and Wisconsin in 2027. Additional special elections may be called at any time to fill offices that become vacant.

22. The presidential election cycle has now begun, and the first Democratic primary will take place on January 22, 2028. Potential Democratic candidates are currently planning their campaigns, and some candidates will likely launch formal campaigns in the coming months. President Trump's continued use of federal funding to develop or air partisan videos and ads threatens a broader use of public funds to promote Republican candidates during the 2028 presidential election cycle.

23. The White House Office propaganda videos and ads impact electoral views and narratives that will shape these upcoming elections. They also undermine the DNC's continued investment in content creation, including partisan videos seeded on social media platforms.

24. Even without airing ads on television, the White House Office's propaganda videos support Republican electoral efforts. The Republican National Committee, Republican campaigns, and aligned organizations are able to use the White House Office's partisan content



Doc ID: db3446b048d11f6da859c901c40ae7141bb1be0d

creation for similar purposes without paying to develop videos.

25. The resources that the DNC and its candidate members have are finite in any given election cycle. If the President can order money to be diverted from the federal fisc to spend on developing or airing partisan propaganda, the DNC will inevitably be harmed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11 / 16 / 2026

Liberty Schneider

Liberty Schneider, Deputy Executive Director
Democratic National Committee



Doc ID: db3446b048d11f6da859c901c40ae7141bb1be0d