**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br>*Plaintiff*,<br>*v.*<br>DONALD TRUMP *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-3506-LLA |

**JOINT STATUS REPORT**

On November 19, 2026, this Court ordered the parties to file a joint status report regarding their positions on extending the Temporary Restraining Order (TRO) beyond November 25, 2026.

**The Democratic National Committee's Position:** The DNC consents to an extension of the TRO to afford the Court a reasonable opportunity to draft an opinion and order. The DNC notes that it is not the "adverse party" for purposes of Rule 65(b)(2). The DNC has also reiterated its request that Defendants consent to any relabeling of the amended complaint as a supplemental complaint *nunc pro tunc*, should this Court determine that relabeling would aid its jurisdiction. Defendants have declined to respond. Instead, Defendants offer cases, but neither decision cited indicates that a plaintiff who files a supplemental complaint advances the chronological benchmark for standing concerning the original claims. *See Lutter v. JNESO*, 86 F.4th 111, 125–26 (3d Cir. 2023) ("[F]or the claims and requested relief substantively affected by the alleged post-suit developments, a plaintiff's Article III standing is evaluated as of the date of the supplemental pleading."); *Tincher v. Mullin*, No. 0:25-CV-4669 (KMM/DTS), 2026 WL 2797318 (D. Minn. Sept. 18, 2026) (addressing amended complaint).

**Defendants' Position:** Defendants do not consent to extending the TRO. Defendants further note their position that the November 2, 2026 filing both amended and supplemented the Complaint, and

is the operative pleading in this case, so standing should be determined as of November 2. *See Lutter v. JNESO*, 86 F.4th 111, 126 (3d Cir. 2023); *cf. Tincher v. Mullin*, No. 0:25-CV-4669 (KMM/DTS), 2026 WL 2797318 (D. Minn. Sept. 18, 2026).

The parties also jointly inform the Court that the *Common Cause* Court has issued an opinion and order denying the preliminary injunction request in that case. *See Common Cause v. Dep't of Homeland Security*, No. 1:26-cv-8882 (S.D.N.Y. Nov. 20, 2026) (Doc. 118). A copy of the opinion and order is attached hereto.

Dated: November 20, 2026

Respectfully submitted,

Benjamin B. Klubes
(Bar No. 428852)
Adam Miller
(Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054
blkubes@klubeslaw.com
amiller@klubeslaw.com

*/s/ Daniel J. Freeman*
Daniel J. Freeman
(Bar No. 90038422)
Nicolas F. Garcia*†
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org
garcian@dnc.org
* Admitted *pro hac vice.*
†*Not admitted to the D.C. Bar. Admitted to the bars of New York and Florida only. Practice in the District of Columbia is strictly limited to in-house counsel services for the Democratic National Committee pursuant to D.C. App. R. 49(c)(6) and matters before U.S. courts pursuant to D.C. App. R. 49(c)(3).*

*Attorneys for the Democratic National Committee*

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

*/s/ Elisabeth Neylan*
Elisabeth J. Neylan
(N.Y. Bar Reg. Number 6125736)
William I. Friedman (N.Y. Bar Reg. Number 4039509)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for the United States*